UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ANNA MCNEIL, ET AL.

CASE NO. : 3:19-CV-00209-VAB

*Plaintiff*

vs

YALE UNIVERSITY, ET AL.

*Defendant*

## AFFIDAVIT OF SERVICE

State of Connecticut }
County of Hartford } ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in the state of Connecticut.

That on **03/14/2019** at **2:15 PM** at **10 Middle Street, 15th Floor, Bridgeport, CT 06604**

deponent served **Summons in a Civil Case, Class Action Complaint for Damages, Jury Trial Demanded**

on **402 Crown LLC**, a domestic limited liability company, c/o Zeisler & Zeisler, P.C., Registered Agent,

by delivering thereat a true copy of each to **Matthew Beatman (Attorney/Authorized to Accept Service) personally.**

Description of Person Served:
Gender : Male
Skin : White
Hair : Gray
Age : 51 - 65 Yrs.
Height : 5' 4" - 5' 8"
Weight :131-160 Lbs.
Other :

Sworn to before me this
18th day of March, 2019

_____
NOTARY PUBLIC

AMY J. CHANTRY
NOTARY PUBLIC
MY COMMISSION EXPIRES 3/31/2023

_____
Eric Rubin