# EXHIBIT A

5554830

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANNA MCNEIL, et al., <br><br> Plaintiffs, <br><br> - against - <br><br> YALE UNIVERSITY, et al. <br> Defendants. | No. 3:19-CV-00209 (VAB) <br><br> April 15, 2019 |

I, Stephanie L. Fox, Esq. hereby declare as follows:

1. I make this Declaration based upon personal knowledge and in support of the Motion to Appear Pro Hac Vice. If called and sworn a witness, I would testify competently and truthfully as to the facts in this Declaration.

2. I am an attorney duly admitted to practice law in the states of New York and New Jersey and the United States District Courts for the Southern, Eastern, and Northern Districts of New York. My bar identification numbers are as follows:

   a. New York: 5332556
   b. New Jersey: 124072014
   c. SDNY: SF6948
   d. EDNY: SF6948
   e. NDNY: 519930

3. I am an Associate at Kaufman Borgeest & Ryan LLP. My contact information is as follows:

   Stephanie L. Fox
   KAUFMAN BORGEEST & RYAN LLP
   120 Broadway, 14th Floor
   New York, New York 10271
   Telephone: 212.980.9600
   Facsimile: 212.980.9291
   sfox@kbrlaw.com

4. Kaufman Borgeest & Ryan LLP is lead counsel for Defendants:

   - Alpha Delta Phi International Inc.
   - Conn. Omega of Sigma Alpha Epsilon
   - Alpha Epsilon Pi Fraternity, Inc.
   - Alpha Kappa Delta of Chi Psi

House Corp.
- Alpha Epsilon Pi, Epsilon Upsilon
- Delta Kappa Epsilon Fraternity
- High Street Housing Corporation
- House Corporation of Sigma Chi at Yale
- Sigma Alpha Epsilon Fraternity
- Sig Ep Housing of Connecticut Delta LLC
- Sigma Chi, Theta Upsilon Chapter
- Sigma Nu Fraternity, Inc.
- Zeta Psi Fraternity, Inc.
- ZP Nutmeg Association

- Chi Psi Fraternity
- Leo
- Delta Kappa Epsilon, Phi Chapter
- Sigma Phi Epsilon, Connecticut Delta Chapter
- Sigma Chi International Fraternity
- Mother Phi Foundation, Inc.
- Sigma Nu Fraternity Beta Alpha Chapter
- Sigma Phi Epsilon Fraternity
- Yale Chapter of Alpha Delta Phi International, Inc.
- Zeta Psi, ETA Chapter

in the above-captioned matter.

5. I am familiar with all prior proceedings and the nature of this case.

6. There are no disciplinary proceedings presently against me.

7. I have never been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court while facing a disciplinary complaint.

8. I have fully reviewed and am familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

9. I hereby designate Attorney Joan M. Gilbride, Kaufman Borgeest & Ryan LLP, as my agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of my admission to the U.S. District Court for the District of Connecticut.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
April 15, 2019

Stephanie L. Fox

5554830