## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANNA MCNEIL, et al.,<br><br>      Plaintiffs,<br><br>v.<br><br>YALE UNIVERSITY, et al.,<br><br>      Defendants. | Case No. 3:19-cv-00209-VAB |

## YALE UNIVERSITY'S MOTION TO DISMISS

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and Rule 7(a) of the Local Rules for this Court, defendant Yale University respectfully moves to dismiss the following claims in Plaintiffs' Complaint: the alleged violations of Title IX of the Education Amendments of 1972 (Counts I and II, Compl. ¶¶ 225-243); the alleged violations of Connecticut's public accommodations law, Conn. Gen. Stat. §§ 46a-63, 46a-64 (Counts VI and VII, Compl. ¶¶ 270-289); the alleged breach of contract (Count VIII, Compl. ¶¶ 290-298); and the alleged violation of the Connecticut Unfair Trade Practices Act, Conn. Gen. Stat. § 42-110a *et seq.* (Count IX, Compl. ¶¶ 299-311). For the reasons set forth in the accompanying memorandum of law, Yale University's Motion should be granted.

Oral Argument Requested

DEFENDANT YALE UNIVERSITY

By: */s/ James M. Sconzo*
    James M. Sconzo (ct04571)
    Brendan N. Gooley (ct30584)
    CARLTON FIELDS P.C.
    One State Street, Suite 1800
    Hartford, CT 06103
    Tel.: (860) 392-5000
    Fax.: (860) 392-5058
    Email: jsconzo@carltonfields.com
           bgooley@carltonfields.com

    Jessica L. Ellsworth (*Pro Hac Vice Pending*)
    Benjamin A. Field (*Pro Hac Vice Pending*)
    HOGAN LOVELLS US LLP
    Columbia Square
    555 Thirteenth Street, NW
    Washington, D.C. 20004
    Tel.: (202) 637-5886
    Fax: (202) 637-5910
    Email: jessica.ellsworth@hoganlovells.com
           benjamin.field@hoganlovells.com

    Its Attorneys

## CERTIFICATE OF SERVICE

I certify that on this 22nd day of April, 2019, the foregoing was electronically filed through this Court's CM/ECF system, which will send a notice of filing to all counsel who are registered users. Notice of this filing will be sent to the following parties via first class mail:

402 Crown LLC
10 Middle St., 15th Floor
Bridgeport, CT 06604

Wallace H. Campbell & Company, Inc.
6212 York Road
Baltimore, MD 21212

                                         */s/ James M. Sconzo*
                                         James M. Sconzo