## LIST OF EXHIBITS

Exhibit 1:    Yale University's Equal Opportunity Statement

Exhibit 2:    Yale Sexual Misconduct Policies and Related Definitions

Exhibit 3:    UWC Procedures

Exhibit 4:    Voluntary Resolution Agreement

Exhibit 5:    June 15, 2012 Letter from OCR to Yale

Exhibit 6:    Dec. 18, 2017 Letter from OCR to Yale

Exhibit 7:    Yale College Council Task Force on Greek Life Report

Exhibit 8:    Jan. 14, 2019 Email from Dean Chun

Exhibit 9:    May 17, 2011 Letter from the Dean Regarding the Disciplinary Charges Against DKE

Exhibit 10:   Report to the President and Fellows of Yale University of the Advisory Committee on Campus Climate

Exhibit 11:   President's Response to the Report of the Advisory Committee on Campus Climate

Exhibit 12:   Report of the 2012-13 Campus Sexual Climate Assessment

Exhibit 13:   Westat-Yale Report on the AAU Campus Climate Survey

Exhibit 14:   Important Updates on SAE and Buckley Investigations

Exhibit 15:   Review of DKE and Campus Culture: Information Gathered from Students

Exhibit 16:   Undergraduate Regulations 2018-2019

Exhibit 17:   Instagram Post