# Exhibit 17



**yaleadmissions** • Follow

**yaleadmissions** This past week freshmen and sophomore women had the opportunity to rush Yale's four sororities. While only about 10% of students participate in Greek life, sororities and fraternities can be valuable social spaces on campus for those who pursue them. #sorority #fraternity #greeklife #yale #yaleextraxurriculars #yale #studentlife

**retiredlifenow** keep winning!

**evveeellynn** My vest @rdomingou

**rdomingou** Omll😂 @evveeellynn

**robertsammanuel** Only 10%? Hahaha. one has time. lol

**genevieveesse** @robertsammanuel actually this 10% is incorrect

**genevieveesse** "Although most websites cite the size of the Greek community at

697 likes

JANUARY 31, 2017

Log in to like or comment.