### UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANNA MCNEIL, *et. al.*, on behalf of themselves and all others similarly situated<br>    *Plaintiff*,<br>    v.<br><br>YALE UNIVERSITY, *et. al.*,<br>    *Defendants*. | No. 3:19-cv-209 (VAB) |

### ORDER DENYING MOTION TO DISMISS AS MOOT AND DENYING MOTION TO STAY DISCOVERY

Because of Plaintiff's Amended Complaint, and consistent with Rule 15 of the Federal Rules of Civil Procedure, Defendant Yale's motion to dismiss is **DENIED AS MOOT**. Consistent with its previous order, *see* ECF No. 47, the Court sets the following briefing schedule for any motion to dismiss the Amended Complaint: (1) Defendant Yale and 340 Elm, LLC shall file its motion to dismiss the Amended Complaint on or before **May 29, 2019**, and the remaining Defendants, Yale Chapter of Alpha Delta Phi International, Inc, Alpha Epsilon Pi, Epsilon Upsilon, Alpha Kappa Delta of Chi Psi, Phi Chapter Delta Kappa Epsilon, Leo, Sigma Chi, Theta Upsilon Chapter, Sigma Nu Fraternity Beta Alpha Chapter, Sigma Phi Epsilon, Connecticut Delta Chapter, Zeta Psi, Eta Chapter, Alpha Delta Phi International, Inc., Alpha Epsilon Pi Fraternity, Inc., Chi Psi Fraternity, Delta Kappa Epsilon Fraternity, Sigma Alpha Epsilon Fraternity, Sigma Chi International Fraternity, Sigma Nu Fraternity, Inc., Sigma Phi Epsilon Fraternity, Inc., Zeta Psi Fraternity, Inc., Sig Ep Housing of Connecticut Delta, LLC, Wallace H. Campbell & Company, Inc., 402 Crown LLC, Mother Phi Foundation, Inc., Connecticut Omega of Sigma Alpha Epsilon House Corporation, House Corporation of Sigma Chi at Yale I, High Street Housing Corporation, ZP Nutmeg Associates Inc., and Edward J.

1

Donahue, III shall file their motion to dismiss the Amended Complaint on or before **May 31, 2019**; (2) Plaintiffs shall file their response to any motions to dismiss the amended complaint on or before **July 3, 2019**; and (3) any replies to Plaintiffs' response shall be due on or before **July 24, 2019**. The Court will hear oral argument on the anticipated motions to dismiss Plaintiff's Amended Complaint on **September 18, 2019 at 10:00 a.m.**

To the extent that Defendants wish to have all discovery stayed until the Court rules on the anticipated motions to dismiss, that motion is **DENIED**. The Court, however, will limit the scope of discovery before any ruling on the anticipated motions to dismiss.

With the exception of electronically stored information, the parties shall provide the initial disclosures required under Rule 26 (a)(1) by **June 14, 2019**. The parties also may begin serving discovery on **July 19, 2019**, but any responses to any discovery served, including any objections to it, shall be deferred until **November 1, 2019**. By **November 1, 2019**, the parties also shall file a Rule 26(f) report, proposing dates for further discovery and resolution of the case as well as setting forth a proposed protocol for the discovery of electronically stored information.

**SO ORDERED** at Bridgeport, Connecticut, this 14th of May 2019.

/s/ Victor A. Bolden
VICTOR A. BOLDEN
UNITED STATES DISTRICT JUDGE