IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANNA MCNEIL, et al., <br><br>        Plaintiffs, <br><br>v. <br><br>YALE UNIVERSITY, et al., <br><br>        Defendants. | Case No. 3:19-cv-00209-VAB |

## YALE UNIVERSITY'S MOTION TO DISMISS

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and Rule 7(a) of the Local Rules for this Court, defendant Yale University respectfully moves to dismiss all claims asserted against it in Plaintiffs' Amended Complaint, ECF No. 63, specifically:  the alleged violations of Title IX of the Education Amendments of 1972 (Counts I and II, Am. Compl. ¶¶ 237-255); the alleged violations of Connecticut's public accommodations law, Conn. Gen. Stat. §§ 46a-63, 46a-64 (Counts VIII and IX, Am. Compl. ¶¶ 310-335); the alleged breach of contract (Count X, Am. Compl. ¶¶ 336-344); the alleged breach of the implied covenant of good faith and fair dealing (Count XI, Am. Compl. ¶¶ 345-352); the alleged violation of the Connecticut Unfair Trade Practices Act, Conn. Gen. Stat. § 42-110a *et seq.* (Count XII, Am. Compl. ¶¶ 353-365); and the alleged negligent misrepresentation (Count XIII, Am. Compl. ¶¶ 366-374).  For the reasons set forth in the accompanying memorandum of law, Yale University's Motion should be granted. Given that Plaintiffs already amended their complaint in response to Yale University's earlier motion to dismiss the original Complaint, the dismissal should be with prejudice.

Oral Argument Requested

DEFENDANT YALE UNIVERSITY

By: */s/ Jessica L. Ellsworth*
    Jessica L. Ellsworth (*Pro Hac Vice*)
    Benjamin A. Field (*Pro Hac Vice*)
    HOGAN LOVELLS US LLP
    Columbia Square
    555 Thirteenth Street, NW
    Washington, D.C. 20004
    Tel.: (202) 637-5886
    Fax: (202) 637-5910
    Email: jessica.ellsworth@hoganlovells.com
           benjamin.field@hoganlovells.com

    James M. Sconzo (ct04571)
    Brendan N. Gooley (ct30584)
    CARLTON FIELDS P.C.
    One State Street, Suite 1800
    Hartford, CT 06103
    Tel.: (860) 392-5000
    Fax.: (860) 392-5058
    Email: jsconzo@carltonfields.com
           bgooley@carltonfields.com

    Its Attorneys

## CERTIFICATE OF SERVICE

I certify that on this 29th day of May, 2019, the foregoing was electronically filed through this Court's CM/ECF system, which will send a notice of filing to all counsel who are registered users. Copies of this filing will be sent to the following parties via first class mail:

Wallace H. Campbell & Company, Inc.
6212 York Road
Baltimore, MD 21212

Edward J. Donahue, III
The Municipal & Financial Services Group, LLC
911-A Commerce Road
Annapolis, MD 21401

                   */s/ Jessica L. Ellsworth*