UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANNA MCNEIL, et al.,<br><br>  Plaintiffs<br><br>v.<br><br>YALE UNIVERSITY, et al.,<br><br>  Defendants. | CIVIL ACTION NO:<br>3:19-cv-00209 (VAB)<br><br><br><br><br><br>MAY 29, 2019 |

**340 ELM, LLC'S MOTION TO DISMISS**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and Rule 7(a) of the Local Rules for this Court, defendant 340 Elm, LLC respectfully moves to dismiss all claims directed to it, including and specifically the following claims in plaintiffs' complaint: the alleged violations of the Fair Housing Act (Count 3, ¶¶ 256-264); the alleged violations of the Connecticut Discriminatory Housing Practices Act (Count 4, ¶¶ 265-277); Civil Conspiracy (Count 5, ¶¶ 278-284) and alleged discriminatory behavior in places of public accommodation under Connecticut General Statutes, §§ 46a-63, 46a-64 for denial of membership in fraternities (Count 6, ¶¶ 285-297) and hostile environment (Count 7, ¶¶298-309).  For the reasons set forth in the accompanying memorandum of law, 340 Elm, LLC's Motion should be granted.

2

        THE DEFENDANT,
        340 ELM, LLC

        BY MILANO & WANAT LLC

        By:    /s/ CT 30406
                  Liza M. Fletcher
                  Milano & Wanat LLC
                  471 East Main Street
                  Branford, Connecticut 06405
                  Phone: (203) 315-7000
                  Fax: (203) 315-7007

**CERTIFICATE OF SERVICE**

      I hereby certify that on **May 29, 2019**, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by first-class mail to all parties who are unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

      /s/  CT 30406
      Liza M. Fletcher