## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| **ANNA MCNEIL, et al.,** | |
| **Plaintiffs** | **CIVIL ACTION NO:** |
| | **3:19-cv-00209 (VAB)** |
| **v.** | |
| **YALE UNIVERSITY, et al.,** | |
| **Defendants.** | **MAY 29, 2019** |

## AFFIDAVIT IN SUPPORT OF
## 340 ELM, LLC'S MOTION TO DISMISS

I, Jesse Horsford, declare:

1. I am the sole member of 340 Elm, LLC, a named defendant in the above-entitled action.

2. I have been the sole member of 340 Elm, LLC since it was incorporated on July 5, 2016.

3. I am authorized to execute this affidavit on behalf of 340 Elm, LLC.

4. 340 Elm, LLC is a limited liability company with a principal place of business located in North Haven, Connecticut.

5. In 2016 340 Elm, LLC purchased a duplex located at 340-342 Elm Street, New Haven, CT (the "Property").

6. 340 Elm, LLC does not own any other properties.

7. The Property consist of two residences, which collectively have eight bedrooms.

8. Both 340 Elm Street and 342 Elm Street consist of several bedrooms, a living room, kitchen area, shared bathrooms and other communal space.

9. At the time 340 Elm, LLC purchased the Property, it was already occupied by Yale students, none of whom were members of a fraternity.

10. At the end of the 2016-2017 lease term, extensive renovations began on the Property, and it was not rented again until June 2018.

11. The Farnam Realty Group, LLC was retained by 340 Elm, LLC to act as 340 Elm, LLC's agent for the purpose of leasing and performing landlord functions at the 340 Elm Property (The Farnam Realty Group, LLC and 340 Elm, LLC will be referred to throughout this affidavit, interchangeably as "340 Elm, LLC").

12. In June 2018, the 340 Elm Property was rented for a 2018-2019 lease term to nine tenants who approached 340 Elm, LLC as two groups.

13. A true and correct copy of the 2018-2019 340 Elm Property leases are attached to this affidavit as **Exhibit A**.

14. The 2018-2019 lease term ran from June 1, 2018 to May 31, 2019.

15. These nine individuals who entered into 2018-2019 leases for the 340 Elm Property reported themselves to be members of Alpha Kappa Delta ("Kappa Delta"), the Yale Chapter of the Chi Psi fraternity.

16. 340 Elm, LLC was approached by several groups interested in leasing the 340 Elm Property for the 2018-2019 year.

17. One such group of prospective tenants for the 2018-2019 year included the Yale Women's Volleyball Team (*see* **Exhibit B** to this affidavit).

18. Ultimately, the decision to lease the 340 Elm Property to these tenants who are allegedly members of Kappa Delta/Chi Psi was made solely based on those particular tenants'

abilities to afford and/or willingness to pay the amount of rent being charged for the Property.

19. Two leases have been executed for the 2019-2020 lease term, to begin June 1, 2019 and extend through May 31, 2020.

20. A true and accurate copy of 2019-2020 340 Elm Property leases are attached hereto as **Exhibit C** to this affidavit.

21. The individuals who executed the 2019-2020 leases also reported themselves to be members of Kappa Delta/Chi Psi.

22. During the time that 340 Elm, LLC owned the Property, none of the named plaintiffs, nor any groups identifying themselves as members of Engender approached 340 Elm, LLC about leasing the Property.

23. 340 Elm, LLC does not have any contract, relationship, dealings or connection with Kappa Delta, Chi Psi, or any of the other defendants named in the plaintiffs' complaint, other than allegedly leasing the 340 Elm Property to these reported members of Kappa Delta/Chi Psi for the 2018-2019 lease term, and prospectively the 2019-2020 lease term.

24. 340 Elm, LLC did not rent the Property to Kappa Delta or Chi Psi for use as a "fraternity house," and, indeed, there is no lease arrangement at all with those fraternities.

25. 340 Elm, LLC rented the Property to nine individuals who each executed leases for 2018-2019 and 2019-2020 calendar years.

26. 340 Elm, LLC has never denied a prospective tenant the opportunity to rent the Property because of their gender or their (lack of) relationship to Kappa Delta or Chi Psi.

27. 340 Elm, LLC does not manage the house for Kappa Delta's and Chi Psi Fraternity's mutual benefit.

28. 340 Elm, LLC did not agree that the Property would be used as a "fraternity house."

29. 340 Elm, LLC did not agree that the units in the Property would be solely made available to men, or that men would receive priority in renting units at the Property.

30. 340 Elm, LLC is unaware of any discriminatory behavior of the individual tenants it has leased the Property to.

31. 340 Elm, LLC is unaware of any discriminatory behavior of Kappa Delta or Chi Psi other than the general allegations asserted by the plaintiffs in this action.

## CERTIFICATION

_____

Jesse Horsford

Subscribed and sworn to me this 29th day of ___May___, 2019.

_____

Commissioner of the Superior Court/Notary Public

# **EXHIBIT A**

## The Farnam Group

982 State Street • New Haven, CT 06511
(203) 671-1924



FARNAM

# 1. Lease Agreement

## 1.1 BASIC INFORMATION

This Lease Contract is between you, the undersigned resident(s):



and us, the owner/agent:

**The Farnam Group**

You have agreed to rent the property located at

340 Elm Street - 1
New Haven, CT 06511

for use as a private residence only. The terms "you" and "your" refer to all residents listed above.

The terms "we," "us," and "our" refer to the owner/agent  listed.

The apartment will be occupied exclusively by the resident(s) listed above. The Owner/Agent
must approve unauthorized occupants living in the premises for longer than 7 consecutive days.

## 1.2 TENANT INFORMATION



Financially Responsible

Financially Responsible

Financially Responsible

Financially Responsible

Date of Birth: _____

1

SSN: _____

Co-Signer(s), if applicable:

## 1.3 ADDITIONAL OCCUPANTS

Additional Authorized Occupant(s), if applicable:

## 1.4 LEASED PREMISES

340 Elm Street
New Haven, CT 06511

## 1.5 TERM OF LEASE

06/01/2018 to 05/31/2019

## 1.6 RENT

Monthly Rent: $5,050.00

Total Rent for Lease Term: $60,600.00

Security Deposit: _

$5,050.00

Pet, parking, or other monthly charges:

## 1.7 AGREEMENT

You, and we, agree that this Lease and its attachments set forth our entire agreement. Neither you, nor we, shall claim that the other has made any other promise or agreement unless the promise or agreement is in writing and signed by the party making the promise or agreement after date of this lease. The co-signer agrees to all aspects of this lease in the event that the Lessee defaults on his or her obligations.

## 1.8 BINDING EFFECT

The agreement in this lease shall be binding upon and benefit us, and you, and our and your respective successors, heirs, executors, administrators, and assigns.

By initialing below, you acknowledge and agree to the terms in Section 1.

X ▮▮▮▮ — X ▮▮▮▮ — X ▮▮▮▮ — X ▮▮▮▮ —

# 2. Terms and Responsibilities

## 2.1 DEFINITIONS

In this lease, the following words in this Definitions section have the meanings, which follow them:

**YOU, YOUR, and TENANT:** The person signing this lease as Tenant and any other person occupying the dwelling with our permission.

**WE, OUR, US and LANDLORD:** The person or agent signing this Lease as Landlord and anyone who becomes the owner of the dwelling after the date this Lease is signed and still in effect.

## 2.2 GENERAL TERMS

1. Pets are an important consideration for tenant and landlord alike. Pets are not permitted at the time of move-in or at any time that this lease is in effect without our prior written authorization, which may be reasonably withheld. Should we determine that you are allowed to keep or acquire any pets, you will be required to sign a Pet Addendum to this Lease and pay a monthly Pet Fee as specified. You have disclosed to us that you have or intend to have the following pets:

2. If you or any occupant are currently or should later enlist in the military service while occupying this unit you must notify us in writing immediately.
3. Tenant has inspected all smoke detectors in the unit and has found them to be in good working condition and agrees not to tamper with them and if said detectors become in need of repair Tenant agrees to contact the Landlord in writing of their disrepair. Tenant shall be responsible to replace batteries as needed.
4. Tenant understands and covenants that taking occupancy of this leased unit makes them the controlling factor of this unit and does by this action take full responsibility of upkeep and compliance with all state federal and local codes. Tenant agrees to contact the Landlord in writing of any noncompliance.
5. The taking possession of the leased premises shall be conclusive evidence that the tenant has examined the unit and building that the unit is in, with all common areas, and that they were in good condition at the time of occupancy.
6. Tenant agrees to insure (Tenants Insurance) against all losses that may occur to him or herself or visitors or occupants, and name the Landlord as additional insured on the policy. Tenant agrees to hold Landlord harmless from any and all losses to tenant resulting from tenant's lack of obtaining such insurance.
7. In the event environmental conditions are found to exist at the premises and the health and safety of the occupants is determined to be in jeopardy, the Lessee agrees to vacate the premises and this lease will become null and void.
8. Landlord agrees to comply with their responsibilities imposed by Connecticut Law to the extent that such responsibilities have been permissibly imposed upon the tenant elsewhere herein.

## 2.3 TENANT RESPONSIBILITIES

Tenant agrees to the following terms:

1. We may access your unit upon 24-hours' notice for the purpose of examining the unit, to show the unit to prospective tenants or buyers and to make repairs. We may access your unit without notice in an emergency or to cure a defect that requires immediate attention or further damage will be caused. We strongly recommend that you adjust your schedule to be present when we access your unit.
2. At the termination of this lease, you agree to clean the appliances, leave the unit clean and in the same condition as when you moved in reasonable wear and tear excepted.
3. You agree to leave behind any fixture added to this unit. A fixture is anything that is attached to a wall, door, or other surface of the unit.
4. You agree not to leave behind rubbish or furniture when vacated.
5. If the unit is a single family residence, you agree to provide and maintain appropriate receptacles for the removal of rubbish and other waste. In a multi-family residence, you agree to remove all rubbish and other waste to the receptacles provided by us. You agree not to leave rubbish or other waste on grounds, in front of or next to containers or in any other areas of parking lots.
6. You agree to abide by any responsibility placed upon you by all state, federal, and local codes including fire codes.
7. You agree not to store any type of grill or cooking device on your deck or patio, or within 10 feet of the building.
8. You agree not to add to or remove fixtures or other improvements from the property without the Landlord's permission.
9. You agree not to park cars or place other apparatus in an area not designated for such use. Cars will be towed at car owner's expense if parked in an unauthorized or undesignated area. Valid tenant permit must be displayed at all times.
10. You agree to keep apartment clean, neat, and safe. To perform at a minimum monthly cleaning of tub, shower, sink, toilet and bathroom tiles to prevent the buildup of mold and mildew. We will not be responsible for the build of mold and mildew caused by your lack of diligence to keep the unit clean and sanitary. If we are notified that you do not clean, the bathroom will be cleaned and you will be fined for each occurrence.

11. You agree to avoid disturbing your neighbors' quiet enjoyment of their dwellings and to require other individuals in your dwelling to do the same.
12. You agree not to use or allow use of a waterbed in the dwelling without our prior written consent.
13. You agree to replace light bulbs within the apartment as needed.
14. You agree not to keep anything in windows except for curtains or blinds. Flags, blankets, sheets, stickers, posters, etc. are not permitted at any time.
15. ~~You agree not to smoke any tobacco products within the common areas or to dispose of waste on property grounds. Not to use, or allow visitors to use, illegal drugs or in the apartment, the building or anywhere on the property nor drink alcohol in common areas or on property grounds. The use or sale of illegal drugs on the premises will subject the tenant to immediate eviction.~~
16. Holding Over: You have no right to remain in the Dwelling after this lease ends without the prior express written consent of the landlord. If you remain in the Dwelling without our written consent past the term of this Lease and we have not otherwise terminated your tenancy by the service of a notice to Quit, this lease shall be automatically renewed for the term of one month and the rent shall be increased by 15%. The landlord will also have the right to further fair and equitable rent increases upon written notice to you for subsequent months as provided under CT law. You will otherwise remain subject to all of the other terms and conditions in this lease.
17. You must provide us with notice of your intent to vacate the premises or of your intent to apply for a renewal of your lease 6 months in advance. You understand that if you vacate during the term of your lease you will be responsible for the rental balance of your lease. You agree that during said 6 month period we may enter your apartment upon 24 hours notice to show the premises to prospective tenants even if you are negotiating for a new lease term. You understand and agree that your failure to provide us with this notice will cause us to incur damages. Since said damages cannot be determined you agree to pay as liquidated damages an amount equal to one-month's rent for your failure to provide us with timely notice and/or your failure to allow access. You further authorize us to deduct the liquidated damages from your security deposit, should you fail to pay them to us before vacating.
18. You agree that if your toilets and sinks are within your exclusive control and if they become clogged due to your irresponsible use you may be charged for the maintenance or professional plumber service required.
19. You agree not to paint any walls without prior approval from the Property Manager. If you do not comply you will be charged a painting fee of $200 per room. (If walls are not repainted to original color, you will be charged $800 from your security deposit to cover the repainting costs – per original lease)
20. You agree not to sublease, release or allow any additional occupants to reside in the premises without our prior written authorization; which authorization may be reasonably withheld.
21. Tenant shall pay landlords costs and expenses to enforce the lessee, including attorney fees.
22. Renter's Insurance is strongly encouraged at the time of lease signing, as the owner is not responsible for the loss of personal property nor the damage of personal property.
23. If you add a roommate or other adult occupant to your lease, you will be subject to an additional $200.00 monthly fee. You must notify the landlord if anyone takes occupancy in your unit. If you do not notify the landlord, and it is discovered, you will be in violation of your lease.
24. You agree not to keep washers or dryers in any apartments whether installed or portable without our prior written consent. Tenant agrees that the use of washers and dryers in the building laundry, if any, is undertaken at the tenant and occupant's own risk, and that the landlord will not be responsible for any loss or damage to clothing or other property as a result of use of washers and dryers.
25. Tenant may install one air conditioning unit in apartment of 7000 BTUs if apartment does not have central air conditioning. No air conditioners may be installed in windows facing the street side of the building.
26. Tenant agrees not to change any locks, and tenant agrees that a fee of $500 will be withheld from security deposit if locks are changed.

## 2.4 OTHER TERMS

Severability Clause: In the event any clause in this lease should be found to be unenforceable then that clause alone shall be deemed defective from this lease and the rest of this lease will remain in force.

In the event that the monthly payment is not received within 9 days after the due date for payment, or you fail to comply with any other of the terms of this lease, we will commence legal procedures as prescribed by law. In such event, you will be responsible pay the reasonable costs of sheriff, court, lawyer, mover, administration, and collections.

The tenant agrees that this is and shall be subject and subordinate to all mortgages now or to be placed on the property. This clause shall be self-operative.

In the event the premises are damaged or destroyed by fire or other disaster or acquired for public use, then this lease, at the option of the Landlord, shall cease and terminate and the tenant will have no claim for damages.

This dwelling unit you are renting does not have a fire sprinkler system.

By initialing below, you acknowledge and agree to the terms in Section 2.



# 3. Financial Addendum

## 3.1 ACCEPTED METHODS OF PAYMENT

**Cash is not accepted for any payment.**

- **Bank Checks and Money Orders** may be used for all payments.
- **Personal Checks** may be used for all payments subject to the limitations below.
- **Credit Cards** are subject to a 3.0% convenience charge.

## 3.2 FIRST MONTH'S RENT AND SECURITY DEPOSIT

- **No personal checks** are accepted unless tenant has a qualifying credit score.
- First month's rent and security deposit **must be separate payments**, i.e., two separate bank checks, etc., because deposits and rents go into separate bank accounts.
- The security deposit and first month's rent must be paid upfront, **prior to getting my keys and moving in.**

## 3.3 MONTHLY RENT PAYMENTS-AFTER MOVE IN

- Personal Checks are accepted
- Credit card payments are subject to a 3.0% convenience charge.

I understand that my check must be written to the correct LLC, which is ███████████████

*No checks or payments* should be made out to The Farnam Realty Group.

I understand that if my payment is made payable to an incorrect entity, **it will not be accepted and sent back to me. If this then makes my rent late, I will be responsible for paying a $75.00 late fee.**

## 3.4 LATE PAYMENT POLICY

Monthly payments are due the 1st day of each month. **If not paid by the 10th day of the month, an additional $75 late fee will be charged.** Please Note: rental payments must be received by the 10th of the month, not postmarked by the 10th of the month.

I understand that if my rent is not received by the 15th of the month, I may be issued a "Notice to Quit", which will result in an additional $75.00 fee.

## 3.5 BOUNCED CHECK (OR NON-SUFFICIENT FUNDS) POLICY

All checks returned unpaid by your financial institution due to non-sufficient funds are subject to a **$75.00 non-sufficient funds fee** and must be replaced promptly, along with the $75.00 fee, by **money order, credit card or certified cashier's check**. In the event that a check is returned unpaid due to non-sufficient funds during your tenancy, **all future rental payments must be made by money order, credit card or certified cashier's check.**

## 3.6 LOCK-OUT POLICY

If you lose your keys, or lock them in your apartment, car, or other location and need a Farnam Realty Group employee to help you re-gain access to your apartment, **you will be charged $150.00 for a Lockout fee. This fee *must* be paid at the time of service.**

## 3.7 UTILITIES INCLUDED

The following utilities will be **included** in your monthly rent charge, and will not incur any extra charges per this agreement:

water and sewer

By initialing below, you acknowledge and agree to the terms in Section 3.



# 4. Lease Termination Policy

## 4.1 LEASE TERMINATION POLICY

I, ███████████████████ hereby acknowledge, that I am responsible for the entire value $60,600.00 of this lease.

In the event that I need to move out before the end of my lease, I understand that I have two options for ending my financial responsibility:

- Option 1:
  I may find a new tenant to take over the balance of my lease/financial obligation.

  I understand that this tenant must be approved by the landlord/property manager to a viable replacement option.

  I understand that I am financially responsible until the replacement tenant signs a lease and moves in. Any amount of lost rent during this time of transition is my financial responsibility.

  In the even that I find my own replacement tenant, **I agree to pay an administrative fee of $250.00 to The Farnam Realty Group.**

- Option 2:
  I may use The Farnam Realty Group to help find a replacement tenant for a fee equal to one month's rent,  $5,050.00 . I understand that I am still financially responsible during the time that a replacement tenant is being sought and that I must continue to pay rent until the new tenant signs a new lease and moves in. Any amount of lost rent during this time of transition is my financial responsibility.

## 4.2 SALE OF UNIT

In the event that the Dwelling (building, house, condo, etc) that I am living in is to be sold, I understand that I will comply completely with any showings, and will remove myself from the unit during these times.

By initialing below, you acknowledge and agree to the terms in Section 4.



# 5. Environmental & Safety Procedures

## 5.1 TENANT OBLIGATIONS

███████████████ (owner) and <u>The Farnam Realty Group LLC</u> (manager), collectively acting as "Landlord", wish to make sure that your apartment **and** building are maintained in safe condition. We request you confirm your receipt, understanding, and agreement to comply with the following procedures regarding your safety and the safety of other tenants. The term I (and/or "we") refer to the person(s) signing the lease and/or the person(s) occupying the apartment or visiting the apartment on a regular basis:

I (we) understand that **fireplaces** are **not** to be used. In the interest of fire safety, most fireplace flues (chimneys) have been blocked in order to prevent use. Fireplaces are cosmetic only. I (we) understand that failure to comply with this restriction will represent a breach under the lease, and that I (we) are responsible for any resulting damage (or liability claims) incurred by Landlord or other tenants.

We require that all tenants carry a policy for **"Tenant's / Renter's Insurance with Liability Coverage"** to protect their property and themselves for damages or financial claims arising for reasons other than gross-negligence by the Landlord. Your property is not covered

under the Landlord's insurance. Such policies can also provide financial protection in the event that you inadvertently create damage or liability to the property of landlord or others.

**Smoking** is **not** allowed in the units, unless you provide evidence of "Renter's Insurance".

I (we) acknowledge that the building and our apartment have a potential to contain surfaces painted with **lead paint** (like almost every other building built in the 1970's or earlier). Lead paint is known to present a severe and significant health hazard to **children under eight** years of age if consumed, inhaled, or otherwise absorbed into the body. I (we) acknowledge receipt of the EPA **Booklet** "*Protect Your Family From Lead In Your Home*" and agree to read the booklet prior to taking occupancy.

I (we) recognize that the Landlord attempts to maintain paint in a condition which is not cracked, peeling, or otherwise presenting a risk of ingestion. Should I (we) notice **cracked, peeling, or chipped paint in my apartment at any time when a child under eight** is living (per my lease) or visiting for an extended (or repeated) time(s), I (we) will immediately notify the managing agent. I (we) recognize that this notification allows the Landlord to immediately take actions to eliminate any potential risk to the health of a child arising from a deteriorated paint condition.

I (we) recognize that removal of **batteries** from any **smoke detectors** in my apartment and/or any common areas shall constitute a breach under the lease on my (our) behalf. I (we) agree to notify the Landlord immediately of any smoke detectors of which I (we) become aware are inoperable for any reason. Landlord, not the tenant, is responsible for the cost of these repairs

**Cooking or Gas Grills** are not to be used on fire-escapes, balconies, porches or within 10 feet of the building.

~~I (we) agree that the basement areas are only to be used for the purposes of laundry and storage, and only within the designated areas as applicable. Entry into any other area or using the basements for any other use will be considered a willful violation (by you) of the lease terms.~~

I (we) agree that we shall **not lock or obstruct any window grates** or metal window screens which, in violation of local fire laws, could slow down or prevent my exit from the apartment in the event of emergency. I (we) recognize that the landlord has the right to cut any locks.

**Mold is an inherent condition when materials such as wall-board, plaster, or insulation are exposed to moisture for an extended period of time. Tenant will bring to the immediate attention of the Landlord, in writing, of any known or suspected areas of mold in the apartment or building. Tenant(s) agree that Landlord is not responsible for control of mold, nor liable for any allergies or reactions created when it occurs, unless such allergies or reactions occur due to the strict and absolute negligence of the Landlord. Tenant explicitly releases Landlord from any claims for damage, injury, allergies, impairment or discomfort caused, or thought to be caused by mold, unless Landlord is grossly negligent in correcting a mold "problem" brought to their attention by tenant. Tenants are specifically required to maintain and ventilate their bathrooms and kitchens in a condition, through periodic cleaning with proper (and readily available) bathroom and tile cleaners such that topical surface mold is prevented from any form of growth (example: *Tilex* once a week, or as needed).**

If I (we) become aware of any such conditions that are creating mold I will notify the Property Manager in writing.

By initialing below, you acknowledge and agree to the terms in Section 5.



# 6. Move Out Schedule

## 6.1 SAMPLE REPLACEMENT CHARGES

If any items are missing or damaged to the point that they must be replaced when you move out, you will be charged for the current cost of the item, plus labor and service charges. A representative list of charges is set forth below. These are listed average prices. If the Owner incurs a higher cost, you will be responsible for paying the higher cost.

Please note this is not all inclusive, and you can be charged for items that are not listed here.

Example Charges for Move-Out Services

| | |
|---|---|
| Window Glass | $180.00 each |
| Window Screen | $60.00 each |
| Mailbox Keys | $50.00 each key |
| Door Keys | $150.00 each key and lock |
| Refrigerator Racks/ Shelves | $60.00 each |
| Mirror/medicine cabinet | $100.00 each |
| Doors | $150.00 each |

| Light Fixtures | $75.00 each |
| Countertop replacement | $250.00 each |

Cleaning and Repair Charges

If prior to moving out, you do not clean the unit and leave the items listed below in satisfactory working order, the following charges will be deducted from your security deposit, or be owed to us if your security deposit is insufficient to cover charges.

You will be charged not less than the listed amount for each instance in which a listed item must be cleaned or repaired.

The prices given below are average prices only. If the owner incurs a higher cost for cleaning or repairing an item, you will be responsible for paying the higher cost.

Please note that this is not an all-inclusive list: You can be charged for cleaning or repairing items that are not on the list.

Tenant will provide documentation from a qualified chimney inspector that the chimney is clean and ready for use upon vacating the unit. Tenant shall bear all cost of inspection and cleaning.

Examples for Cleaning and Repair Charges

| Kitchen Cleaning | | Miscellaneous | |
|---|---|---|---|
| Sink | $15.00 | Carpets cleaned | $125.00 per room |
| Cabinets | $50.00 | Carpets repaired | $200.00 per room |
| Backsplash | $50.00 | Carpets replaced | $500.00 or more |
| Countertops | $15.00 | Banister | $250.00 |
| Flooring | $25.00 | Holes in wall | $75.00 per hole |
| Refrigerator | $50.00 | Fireplaces | $175.00 |
| Oven | $50.00 | Hardwood Floors | $100.00 per room |
| Walls | $50.00 | Window Sills | $15.00 each |
| | | | |
| Bathroom Cleaning | | Trash Removal | $250.00 per large item, $100.00 per trash bag left |
| Toilet | $25.00 | Painting Fee | $800 per room |
| Tub/Shower | $35.00 | | |
| Sink | $15.00 | | |
| Floors | $35.00 | | |
| Walls | $50.00 | | |

By initialing below, you acknowledge and agree to the terms in Section 6.



# 7. Garbage & Recycling Procedures

## 7.1 GARBAGE & RECYCLING PROCEDURES

Please read the following garbage and recycling policies that apply to your unit:

- **Multi-Family House (6 units or less):**
  - The City of New Haven is responsible for your trash. The house will be supplied with blue, generic trash bins. These bins are emptied by the city, but it is the tenant's responsibility to move the bins to the street each trash day. **The tenant will be charged a $25 fee each time the bins are left unemptied.**
  - Please go to this website to find out what day your trash is picked up: *http://www.cityofnewhaven.com/PublicWorks/index.asp*

- **Apartment Building and Complexes with more than 6 units:**
  - A larger dumpster will be on the property for all units to access. These dumpsters are only to be used for household trash, not any bulk furniture.

- **Recycling**

- The owner of your building does not supply recycling services.
- However, we do encourage you to contact the City of New Haven Public Works Department as they will issue you a recycling bin. If interested, please call 203-946-8200.

I, █████████████████████████ understand that I am not permitted to leave bulk trash, e.g., furniture, appliances, electronics and other unwanted items:

- In the apartment
- On the curb
- In or beside a dumpster
- In the front of or behind my building/ house
- In the hallway
- In the basement of my building/house

You must arrange with the town directly and several months in advance, because there is a waiting list for a "Bulk Trash" pick up.

**If you leave any items of trash behind, you will be charged:**

- **$100 for every trash bag that in not in a trash can or in a dumpster.**
- **$250 for every piece of furniture or other unwanted item**

If for some reason the dumpster is full, please call your property manager at the office  203-671-1924, to discuss the details.

By initialing below, you acknowledge and agree to the terms in Section 7.



# 8. Change of Utilities

## 8.1  TENANT RESPONSIBILITY

water and sewer

The above utilities are included in the monthly rent charge, and will not incur any extra charges.

## 8.2  UTILITY CHANGEOVER

I, █████████████████████████ , give permission to The Farnam Realty Group to change the utilities over to my name if I do not do so by move-in date.

## 8.3  UNITED ILLUMINATING

*United Illuminating **1-800-722-5584**

Tenant Pays as of  06/01/2018

Meter # _____

Account # _____

## 8.4  SOUTHERN CONNECTICUT GAS

*Southern Connecticut Gas **1-800-659-8299**

Tenant Pays as of  06/01/2018

Meter # _____

Account # _____

By initialing below, you acknowledge and agree to the terms in Section 8.



# 9. DISCLOSURE TO TENANT

### 9.1 DISCLOSURE OF INFORMATION ON LEAD-BASED PAINT AND/OR LEAD-BASED PAINT LEAD WARNING STATEMENT

Housing built before 1978 may contain lead-based paint. Lead from paint, paint chips, and dust can pose health hazards if not managed properly. Lead exposure is especially harmful to young children and pregnant women. Before renting pre-1978 housing, Lessor must disclose the present of known lead-based paint and/ or lead-based paint hazards in the dwelling. Lessees must also receive a federally approved pamphlet on lead poisoning prevention.

### 9.2 LESSOR'S DISCLOSURE

1. Presence of lead-based paint and/or lead-based paint hazards (check (i) or (ii) below):

(i)  ☐  Known lead-based paint and/or lead-based hazards are present in the housing (explain)

(ii)  ☐  Lessor has no knowledge of lead-based paint and/or lead-based paint hazard in the housing.

2. Record and reports available to the Lessor (check (i) or (ii) below):

(i)  ☐  Lessor has provided the Lessee with all available records and reports pertaining to lead-based paint and/or lead-based paint hazards in the housing (list documents below).

(ii)  ☐  Lessor has no reports or records pertain to lead based-paint and/or lead-based paint hazards in the housing.

### 9.3 LESSEE'S ACKNOWLEDGEMENT (INITIAL)

1.  Lessee has received copies of all information listed above.
2.  Lessee has received the pamphlet *"Protect your Family from Lead in Your Home"*



### 9.4 LANDLORD'S ACKNOWLEDGE (INITIAL)

_____ *Landlord has informed the Lessor of the Lessor's obligations under 42 U.S.C. 4852 (d) and is aware of his/her responsibility to ensure compliance.*

### 9.5 CERTIFICATION OF ACCURACY

The following parties have reviewed the information above and certify, to the best of their knowledge, that the information they have provided is true and accurate.

By initialing below, you acknowledge and agree to the terms in Section 9.









# Protect Your Family From Lead in Your Home

 **EPA** United States
Environmental
Protection Agency

 United States
Consumer Product
Safety Commission

 United States
Department of Housing
and Urban Development

December 2012

## Are You Planning to Buy or Rent a Home Built Before 1978?

Did you know that many homes built before 1978 have **lead-based paint?** Lead from paint, chips, and dust can pose serious health hazards.

**Read this entire brochure to learn:**

- How lead gets into the body
- About health effects of lead
- What you can do to protect your family
- Where to go for more information

**Before renting or buying a pre-1978 home or apartment, federal law requires:**

- Sellers must disclose known information on lead-based paint or lead-based paint hazards before selling a house.
- Real estate sales contracts must include a specific warning statement about lead-based paint. Buyers have up to 10 days to check for lead.
- Landlords must disclose known information on lead-based paint and lead-based paint hazards before leases take effect. Leases must include a specific warning statement about lead-based paint.

**If undertaking renovations, repairs, or painting (RRP) projects in your pre-1978 home or apartment:**

- Read EPA's pamphlet, *The Lead-Safe Certified Guide to Renovate Right*, to learn about the lead-safe work practices that contractors are required to follow when working in your home (see page 12).



# Simple Steps to Protect Your Family
# from Lead Hazards

**If you think your home has lead-based paint:**

- Don't try to remove lead-based paint yourself.

- Always keep painted surfaces in good condition to minimize deterioration.

- Get your home checked for lead hazards. Find a certified inspector or risk assessor at epa.gov/lead.

- Talk to your landlord about fixing surfaces with peeling or chipping paint.

- Regularly clean floors, window sills, and other surfaces.

- Take precautions to avoid exposure to lead dust when remodeling.

- When renovating, repairing, or painting, hire only EPA- or state-approved Lead-Safe certified renovation firms.

- Before buying, renting, or renovating your home have it checked for lead-based paint.

- Consult your health care provider about testing your children for lead. Your pediatrician can check for lead with a simple blood test.

- Wash children's hands, bottles, pacifiers, and toys often.

- Make sure children eat healthy, low-fat foods high in iron, calcium, and vitamin C.

- Remove shoes or wipe soil off shoes before entering your house.

## Lead Gets into the Body in Many Ways

**Adults and children can get lead into their bodies if they:**

- Breathe in lead dust (especially during activities such as renovations, repairs, or painting that disturb painted surfaces).

- Swallow lead dust that has settled on food, food preparation surfaces, and other places.

- Eat paint chips or soil that contains lead.

**Lead is especially dangerous to children under the age of 6.**



- At this age, children's brains and nervous systems are more sensitive to the damaging effects of lead.

- Children's growing bodies absorb more lead.

- Babies and young children often put their hands and other objects in their mouths. These objects can have lead dust on them.

**Women of childbearing age should know that lead is dangerous to a developing fetus.**

- Women with a high lead level in their system before or during pregnancy risk exposing the fetus to lead through the placenta during fetal development.

2

## Health Effects of Lead

**Lead affects the body in many ways.**  It is important to know that even exposure to low levels of lead can severely harm children.

**In children, exposure to lead can cause:**



- Nervous system and kidney damage

- Learning disabilities, attention deficit disorder, and decreased intelligence

- Speech, language, and behavior problems

- Poor muscle coordination

- Decreased muscle and bone growth

- Hearing damage

While low-lead exposure is most common, exposure to high amounts of lead can have devastating effects on children, including seizures, unconsciousness, and, in some cases, death.

Although children are especially susceptible to lead exposure, lead can be dangerous for adults, too.

**In adults, exposure to lead can cause:**

- Harm to a developing fetus

- Increased chance of high blood pressure during pregnancy

- Fertility problems (in men and women)

- High blood pressure

- Digestive problems

- Nerve disorders

- Memory and concentration problems

- Muscle and joint pain

3

## Check Your Family for Lead

**Get your children and home tested if you think your home has lead.**

Children's blood lead levels tend to increase rapidly from 6 to 12 months of age, and tend to peak at 18 to 24 months of age.

Consult your doctor for advice on testing your children. A simple blood test can detect lead. Blood lead tests are usually recommended for:

- Children at ages 1 and 2

- Children or other family members who have been exposed to high levels of lead

- Children who should be tested under your state or local health screening plan

**Your doctor can explain what the test results mean and if more testing will be needed.**

4

## Where Lead-Based Paint Is Found

In general, the older your home or childcare facility, the more likely it has lead-based paint.[1]

**Many homes, including private, federally assisted, federally owned housing, and childcare facilities built before 1978 have lead-based paint.** In 1978, the federal government banned consumer uses of lead-containing paint.[2]

Learn how to determine if paint is lead-based paint on page 7.

**Lead can be found:**

- In homes and childcare facilities in the city, country, or suburbs,

- In private and public single-family homes and apartments,

- On surfaces inside and outside of the house, and

- In soil around a home. (Soil can pick up lead from exterior paint or other sources, such as past use of leaded gas in cars.)

Learn more about where lead is found at epa.gov/lead.

---

[1] "Lead-based paint" is currently defined by the federal government as paint with lead levels greater than or equal to 1.0 milligram per square centimeter (mg/cm), or more than 0.5% by weight.

[2] "Lead-containing paint" is currently defined by the federal government as lead in new dried paint in excess of 90 parts per million (ppm) by weight.

## Identifying Lead-Based Paint and Lead-Based Paint Hazards

**Deteriorating lead-based paint (peeling, chipping, chalking, cracking, or damaged paint)** is a hazard and needs immediate attention. **Lead-based paint** may also be a hazard when found on surfaces that children can chew or that get a lot of wear and tear, such as:

- On windows and window sills

- Doors and door frames

- Stairs, railings, banisters, and porches

**Lead-based paint is usually not a hazard if it is in good condition** and if it is not on an impact or friction surface like a window.

**Lead dust** can form when lead-based paint is scraped, sanded, or heated. Lead dust also forms when painted surfaces containing lead bump or rub together. Lead paint chips and dust can get on surfaces and objects that people touch. Settled lead dust can reenter the air when the home is vacuumed or swept, or when people walk through it. EPA currently defines the following levels of lead in dust as hazardous:

- 40 micrograms per square foot ($\mu g/ft^2$) and higher for floors, including carpeted floors

- 250 $\mu g/ft^2$ and higher for interior window sills

**Lead in soil** can be a hazard when children play in bare soil or when people bring soil into the house on their shoes. EPA currently defines the following levels of lead in soil as hazardous:

- 400 parts per million (ppm) and higher in play areas of bare soil

- 1,200 ppm (average) and higher in bare soil in the remainder of the yard

**Remember, lead from paint chips—which you can see—and lead dust—which you may not be able to see—both can be hazards.**

The only way to find out if paint, dust, or soil lead hazards exist is to test for them. The next page describes how to do this.

6

## Checking Your Home for Lead

You can get your home tested for lead in several different ways:

- A lead-based paint **inspection** tells you if your home has lead-based paint and where it is located. It won't tell you whether your home currently has lead hazards. A trained and certified testing professional, called a lead-based paint inspector, will conduct a paint inspection using methods, such as:

  - Portable x-ray fluorescence (XRF) machine

  - Lab tests of paint samples

- A **risk assessment** tells you if your home currently has any lead hazards from lead in paint, dust, or soil. It also tells you what actions to take to address any hazards. A trained and certified testing professional, called a risk assessor, will:

  - Sample paint that is deteriorated on doors, windows, floors, stairs, and walls

  - Sample dust near painted surfaces and sampling bare soil in the yard

  - Get lab tests of paint, dust, and soil samples

- A combination inspection and risk assessment tells you if your home has any lead-based paint and if your home has any lead hazards, and where both are located.

Be sure to read the report provided to you after your inspection or risk assessment is completed, and ask questions about anything you do not understand.

7

## Checking Your Home for Lead, continued

In preparing for renovation, repair, or painting work in a pre-1978 home, Lead-Safe Certified renovators (see page 12) may:

- Take paint chip samples to determine if lead-based paint is present in the area planned for renovation and send them to an EPA-recognized lead lab for analysis. In housing receiving federal assistance, the person collecting these samples must be a certified lead-based paint inspector or risk assessor

- Use EPA-recognized tests kits to determine if lead-based paint is absent (but not in housing receiving federal assistance)

- Presume that lead-based paint is present and use lead-safe work practices

There are state and federal programs in place to ensure that testing is done safely, reliably, and effectively. Contact your state or local agency for more information, visit epa.gov/lead, or call **1-800-424-LEAD (5323)** for a list of contacts in your area.[3]

---

[3] Hearing-or speech challenged individuals may access this number through TTY by calling the Federal Relay Service at 1-800-877-8399.

8

## What You Can Do Now to Protect Your Family

**If you suspect that your house has lead-based paint hazards, you can take some immediate steps to reduce your family's risk:**

- If you rent, notify your landlord of peeling or chipping paint.

- Keep painted surfaces clean and free of dust. Clean floors, window frames, window sills, and other surfaces weekly. Use a mop or sponge with warm water and a general all-purpose cleaner. (Remember: never mix ammonia and bleach products together because they can form a dangerous gas.)

- Carefully clean up paint chips immediately without creating dust.

- Thoroughly rinse sponges and mop heads often during cleaning of dirty or dusty areas, and again afterward.

- Wash your hands and your children's hands often, especially before they eat and before nap time and bed time.

- Keep play areas clean. Wash bottles, pacifiers, toys, and stuffed animals regularly.

- Keep children from chewing window sills or other painted surfaces, or eating soil.

- When renovating, repairing, or painting, hire only EPA- or state-approved Lead-Safe Certified renovation firms (see page 12).

- Clean or remove shoes before entering your home to avoid tracking in lead from soil.

- Make sure children eat nutritious, low-fat meals high in iron, and calcium, such as spinach and dairy products. Children with good diets absorb less lead.

## Reducing Lead Hazards

**Disturbing lead-based paint or removing lead improperly can increase the hazard to your family by spreading even more lead dust around the house.**



- In addition to day-to-day cleaning and good nutrition, you can **temporarily** reduce lead-based paint hazards by taking actions, such as repairing damaged painted surfaces and planting grass to cover lead-contaminated soil. These actions are not permanent solutions and will need ongoing attention.

- You can minimize exposure to lead when renovating, repairing, or painting, by hiring an EPA- or state-certified renovator who is trained in the use of lead-safe work practices. If you are a do-it-yourselfer, learn how to use lead–safe work practices in your home.

- To remove lead hazards permanently, you should hire a certified lead abatement contractor. Abatement (or permanent hazard elimination) methods include removing, sealing, or enclosing lead-based paint with special materials. Just painting over the hazard with regular paint is not permanent control.

**Always use a certified contractor who is trained to address lead hazards safely.**

- Hire a Lead-Safe Certified firm (see page12) to perform renovation, repair, or painting (RRP) projects that disturb painted surfaces.

- To correct lead hazards permanently, hire a certified lead abatement professional. This will ensure your contractor knows how to work safely and has the proper equipment to clean up thoroughly.

Certified contractors will employ qualified workers and follow strict safety rules as set by their state or by the federal government.

10

## Reducing Lead Hazards, continued

**If your home has had lead abatement work done** or if the housing is receiving federal assistance, once the work is completed, dust cleanup activities must be conducted until clearance testing indicates that lead dust levels are below the following levels:

- 40 micrograms per square foot ($\mu g/ft^2$) for floors, including carpeted floors

- 250 $\mu g/ft^2$ for interior windows sills

- 400 $\mu g/ft^2$ for window troughs

For help in locating certified lead abatement professionals in your area, call your state or local agency (see pages 14 and 15), or visit epa.gov/lead, or call 1-800-424-LEAD.

11

# Renovating, Remodeling, or Repairing (RRP) a Home with Lead-Based Paint

**If you hire a contractor to conduct renovation, repair, or painting (RRP) projects in your pre-1978 home or childcare facility (such as pre-school and kindergarten), your contractor must:**

- Be a Lead-Safe Certified firm approved by EPA or an EPA-authorized state program

- Use qualified trained individuals (Lead-Safe Certified renovators) who follow specific lead-safe work practices to prevent lead contamination

- Provide a copy of EPA's lead hazard information document, *The Lead-Safe Certified Guide to Renovate Right*



**RRP contractors working in pre-1978 homes and childcare facilities must follow lead-safe work practices that:**

- **Contain the work area.** The area must be contained so that dust and debris do not escape from the work area. Warning signs must be put up, and plastic or other impermeable material and tape must be used.

- **Avoid renovation methods that generate large amounts of lead-contaminated dust.** Some methods generate so much lead-contaminated dust that their use is prohibited. They are:

  - Open-flame burning or torching

  - Sanding, grinding, planing, needle gunning, or blasting with power tools and equipment not equipped with a shroud and HEPA vacuum attachment and

  - Using a heat gun at temperatures greater than 1100°F

- **Clean up thoroughly.** The work area should be cleaned up daily. When all the work is done, the area must be cleaned up using special cleaning methods.

- **Dispose of waste properly.** Collect and seal waste in a heavy duty bag or sheeting. When transported, ensure that waste is contained to prevent release of dust and debris.

To learn more about EPA's requirements for RRP projects visit epa.gov/getleadsafe, or read *The Lead-Safe Certified Guide to Renovate Right*.

12

# IMPORTANT!

## Lead From Paint, Dust, and Soil in and Around Your Home Can Be Dangerous if Not Managed Properly

- Children under 6 years old are most at risk for lead poisoning in your home.

- Lead exposure can harm young children, babies, and fetuses even before they are born.

- Homes, schools, and child care facilities built before 1978 are likely to contain lead-based paint.

- Even children who seem healthy may have dangerous levels of lead in their bodies.

- Disturbing surfaces with lead-based paint or removing lead-based paint improperly can increase the danger to your family.

- People can get lead into their bodies by breathing or swallowing lead dust, or by eating soil or paint chips containing lead.

- People have many options for reducing lead hazards. Generally, lead-based paint that is in good condition is not a hazard (see page 10).

# The Farnam Group

982 State Street · New Haven, CT 06511
(203) 671-1924



FARNAM

## 10

protect_family_lead_2012.pdf





## The Farnam Group

982 State Street • New Haven, CT 06511
(203) 671-1924



FARNAM

# 11. Sign and Accept

## 11.1 LEASEE SIGNATURE

The co-signer agrees to all aspects of this lease in the event that the Lessee defaults on his or her obligations.



X _____
   Lessee

X _____
   Lessee

X _____
   Lessee

1

# The Farnam Group

982 State Street · New Haven, CT 06511
(203) 671-1924



**FARNAM**

# 1. Lease Agreement

## 1.1 BASIC INFORMATION

This Lease Contract is between you, the undersigned resident(s):



and us, the owner/agent:

**The Farnam Group**

You have agreed to rent the property located at

340 Elm Street - 2
New Haven, CT 06511

for use as a private residence only. The terms "you" and "your" refer to all residents listed above.

The terms "we," "us," and "our" refer to the owner/agent  listed.

The apartment will be occupied exclusively by the resident(s) listed above. The Owner/Agent must approve unauthorized occupants living in the premises for longer than 7 consecutive days.

## 1.2 TENANT INFORMATION



Financially Responsible

Financially Responsible

Financially Responsible

Financially Responsible

Date of Birth: _____

1

SSN: _____

Co-Signer(s), if applicable:

## 1.3 ADDITIONAL OCCUPANTS

Additional Authorized Occupant(s), if applicable:

## 1.4 LEASED PREMISES

340 Elm Street
New Haven, CT 06511

## 1.5 TERM OF LEASE

06/01/2018 to 05/31/2019

## 1.6 RENT

Monthly Rent: $4,700.00

Total Rent for Lease Term: $56,400.00

Security Deposit: _

$4,700.00

Pet, parking, or other monthly charges:

## 1.7 AGREEMENT

You, and we, agree that this Lease and its attachments set forth our entire agreement. Neither you, nor we, shall claim that the other has made any other promise or agreement unless the promise or agreement is in writing and signed by the party making the promise or agreement after date of this lease. The co-signer agrees to all aspects of this lease in the event that the Lessee defaults on his or her obligations.

## 1.8 BINDING EFFECT

The agreement in this lease shall be binding upon and benefit us, and you, and our and your respective successors, heirs, executors, administrators, and assigns.

By initialing below, you acknowledge and agree to the terms in Section 1.

X ███████████   X ████████   X ███████████   X ███████████

# 2. Terms and Responsibilities

## 2.1 DEFINITIONS

In this lease, the following words in this Definitions section have the meanings, which follow them:

**YOU, YOUR, and TENANT:** The person signing this lease as Tenant and any other person occupying the dwelling with our permission.

**WE, OUR, US and LANDLORD:** The person or agent signing this Lease as Landlord and anyone who becomes the owner of the dwelling after the date this Lease is signed and still in effect.

## 2.2 GENERAL TERMS

1. Pets are an important consideration for tenant and landlord alike. Pets are not permitted at the time of move-in or at any time that this lease is in effect without our prior written authorization, which may be reasonably withheld. Should we determine that you are allowed to keep or acquire any pets, you will be required to sign a Pet Addendum to this Lease and pay a monthly Pet Fee as specified. You have disclosed to us that you have or intend to have the following pets:

2. If you or any occupant are currently or should later enlist in the military service while occupying this unit you must notify us in writing immediately.
3. Tenant has inspected all smoke detectors in the unit and has found them to be in good working condition and agrees not to tamper with them and if said detectors become in need of repair Tenant agrees to contact the Landlord in writing of their disrepair. Tenant shall be responsible to replace batteries as needed.
4. Tenant understands and covenants that taking occupancy of this leased unit makes them the controlling factor of this unit and does by this action take full responsibility of upkeep and compliance with all state federal and local codes. Tenant agrees to contact the Landlord in writing of any noncompliance.
5. The taking possession of the leased premises shall be conclusive evidence that the tenant has examined the unit and building that the unit is in, with all common areas, and that they were in good condition at the time of occupancy.
6. Tenant agrees to insure (Tenants Insurance) against all losses that may occur to him or herself or visitors or occupants, and name the Landlord as additional insured on the policy. Tenant agrees to hold Landlord harmless from any and all losses to tenant resulting from tenant's lack of obtaining such insurance.
7. In the event environmental conditions are found to exist at the premises and the health and safety of the occupants is determined to be in jeopardy, the Lessee agrees to vacate the premises and this lease will become null and void.
8. Landlord agrees to comply with their responsibilities imposed by Connecticut Law to the extent that such responsibilities have been permissibly imposed upon the tenant elsewhere herein.

## 2.3 TENANT RESPONSIBILITIES

Tenant agrees to the following terms:

1. We may access your unit upon 24-hours' notice for the purpose of examining the unit, to show the unit to prospective tenants or buyers and to make repairs. We may access your unit without notice in an emergency or to cure a defect that requires immediate attention or further damage will be caused. We strongly recommend that you adjust your schedule to be present when we access your unit.
2. At the termination of this lease, you agree to clean the appliances, leave the unit clean and in the same condition as when you moved in reasonable wear and tear excepted.
3. You agree to leave behind any fixture added to this unit. A fixture is anything that is attached to a wall, door, or other surface of the unit.
4. You agree not to leave behind rubbish or furniture when vacated.
5. If the unit is a single family residence, you agree to provide and maintain appropriate receptacles for the removal of rubbish and other waste. In a multi-family residence, you agree to remove all rubbish and other waste to the receptacles provided by us. You agree not to leave rubbish or other waste on grounds, in front of or next to containers or in any other areas of parking lots.
6. You agree to abide by any responsibility placed upon you by all state, federal, and local codes including fire codes.
7. You agree not to store any type of grill or cooking device on your deck or patio, or within 10 feet of the building.
8. You agree not to add to or remove fixtures or other improvements from the property without the Landlord's permission.
9. You agree not to park cars or place other apparatus in an area not designated for such use. Cars will be towed at car owner's expense if parked in an unauthorized or undesignated area. Valid tenant permit must be displayed at all times.
10. You agree to keep apartment clean, neat, and safe. To perform at a minimum monthly cleaning of tub, shower, sink, toilet and bathroom tiles to prevent the buildup of mold and mildew. We will not be responsible for the build of mold and mildew caused by your lack of diligence to keep the unit clean and sanitary. If we are notified that you do not clean, the bathroom will be cleaned and you will be fined for each occurrence.

3

11. You agree to avoid disturbing your neighbors' quiet enjoyment of their dwellings and to require other individuals in your dwelling to do the same.
12. You agree not to use or allow use of a waterbed in the dwelling without our prior written consent.
13. You agree to replace light bulbs within the apartment as needed.
14. You agree not to keep anything in windows except for curtains or blinds. Flags, blankets, sheets, stickers, posters, etc. are not permitted at any time.
15. ~~You agree not to smoke any tobacco products within the common areas or to dispose of waste on property grounds. Not to use, or allow visitors to use, illegal drugs or in the apartment, the building or anywhere on the property nor drink alcohol in common areas or on property grounds. The use or sale of illegal drugs on the premises will subject the tenant to immediate eviction.~~
16. Holding Over: You have no right to remain in the Dwelling after this lease ends without the prior express written consent of the landlord. If you remain in the Dwelling without our written consent past the term of this Lease and we have not otherwise terminated your tenancy by the service of a notice to Quit, this lease shall be automatically renewed for the term of one month and the rent shall be increased by 15%. The landlord will also have the right to further fair and equitable rent increases upon written notice to you for subsequent months as provided under CT law. You will otherwise remain subject to all of the other terms and conditions in this lease.
17. You must provide us with notice of your intent to vacate the premises or of your intent to apply for a renewal of your lease 6 months in advance. You understand that if you vacate during the term of your lease you will be responsible for the rental balance of your lease. You agree that during said 6 month period we may enter your apartment upon 24 hours notice to show the premises to prospective tenants even if you are negotiating for a new lease term. You understand and agree that your failure to provide us with this notice will cause us to incur damages. Since said damages cannot be determined you agree to pay as liquidated damages an amount equal to one-month's rent for your failure to provide us with timely notice and/or your failure to allow access. You further authorize us to deduct the liquidated damages from your security deposit, should you fail to pay them to us before vacating.
18. You agree that if your toilets and sinks are within your exclusive control and if they become clogged due to your irresponsible use you may be charged for the maintenance or professional plumber service required.
19. You agree not to paint any walls without prior approval from the Property Manager. If you do not comply you will be charged a painting fee of $200 per room. (If walls are not repainted to original color, you will be charged $800 from your security deposit to cover the repainting costs – per original lease)
20. You agree not to sublease, release or allow any additional occupants to reside in the premises without our prior written authorization; which authorization may be reasonably withheld.
21. Tenant shall pay landlords costs and expenses to enforce the lessee, including attorney fees.
22. Renter's Insurance is strongly encouraged at the time of lease signing, as the owner is not responsible for the loss of personal property nor the damage of personal property.
23. If you add a roommate or other adult occupant to your lease, you will be subject to an additional $200.00 monthly fee. You must notify the landlord if anyone takes occupancy in your unit. If you do not notify the landlord, and it is discovered, you will be in violation of your lease.
24. You agree not to keep washers or dryers in any apartments whether installed or portable without our prior written consent. Tenant agrees that the use of washers and dryers in the building laundry, if any, is undertaken at the tenant and occupant's own risk, and that the landlord will not be responsible for any loss or damage to clothing or other property as a result of use of washers and dryers.
25. Tenant may install one air conditioning unit in apartment of 7000 BTUs if apartment does not have central air conditioning. No air conditioners may be installed in windows facing the street side of the building.
26. Tenant agrees not to change any locks, and tenant agrees that a fee of $500 will be withheld from security deposit if locks are changed.

## 2.4  OTHER TERMS

Severability Clause: In the event any clause in this lease should be found to be unenforceable then that clause alone shall be deemed defective from this lease and the rest of this lease will remain in force.

In the event that the monthly payment is not received within 9 days after the due date for payment, or you fail to comply with any other of the terms of this lease, we will commence legal procedures as prescribed by law. In such event, you will be responsible pay the reasonable costs of sheriff, court, lawyer, mover, administration, and collections.

The tenant agrees that this is and shall be subject and subordinate to all mortgages now or to be placed on the property. This clause shall be self-operative.

In the event the premises are damaged or destroyed by fire or other disaster or acquired for public use, then this lease, at the option of the Landlord, shall cease and terminate and the tenant will have no claim for damages.

This dwelling unit you are renting does not have a fire sprinkler system.

By initialing below, you acknowledge and agree to the terms in Section 2.



# 3. Financial Addendum

## 3.1 ACCEPTED METHODS OF PAYMENT

Cash is not accepted for any payment.

- **Bank Checks and Money Orders** may be used for all payments.
- **Personal Checks** may be used for all payments subject to the limitations below.
- **Credit Cards** are subject to a 3.0% convenience charge.

## 3.2 FIRST MONTH'S RENT AND SECURITY DEPOSIT

- **No personal checks** are accepted unless tenant has a qualifying credit score.
- First month's rent and security deposit **must be separate payments,** i.e., two separate bank checks, etc., because deposits and rents go into separate bank accounts.
- The security deposit and first month's rent must be paid upfront, **prior to getting my keys and moving in.**

## 3.3 MONTHLY RENT PAYMENTS-AFTER MOVE IN

- Personal Checks are accepted
- Credit card payments are subject to a 3.0% convenience charge.

I understand that my check must be written to the correct LLC, which is ███████████████

*No checks or payments* should be made out to The Farnam Realty Group.

I understand that if my payment is made payable to an incorrect entity, **it will not be accepted and sent back to me. If this then makes my rent late, I will be responsible for paying a $75.00 late fee.**

## 3.4 LATE PAYMENT POLICY

Monthly payments are due the 1st day of each month. **If not paid by the 10th day of the month, an additional $75 late fee will be charged.** Please Note: rental payments must be received by the 10th of the month, not postmarked by the 10th of the month.

I understand that if my rent is not received by the 15th of the month, I may be issued a "Notice to Quit", which will result in an additional $75.00 fee.

## 3.5 BOUNCED CHECK (OR NON-SUFFICIENT FUNDS) POLICY

All checks returned unpaid by your financial institution due to non-sufficient funds are subject to a **$75.00 non-sufficient funds fee** and must be replaced promptly, along with the $75.00 fee, by **money order, credit card or certified cashier's check.** In the event that a check is returned unpaid due to non-sufficient funds during your tenancy, **all future rental payments must be made by money order, credit card or certified cashier's check.**

## 3.6 LOCK-OUT POLICY

If you lose your keys, or lock them in your apartment, car, or other location and need a Farnam Realty Group employee to help you re-gain access to your apartment, **you will be charged $150.00 for a Lockout fee. This fee** *must* **be paid at the time of service.**

## 3.7 UTILITIES INCLUDED

The following utilities will be **included** in your monthly rent charge, and will not incur any extra charges per this agreement:

water and sewer

By initialing below, you acknowledge and agree to the terms in Section 3.



## 4. Lease Termination Policy

### 4.1  LEASE TERMINATION POLICY

I, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇  hereby acknowledge, that I am responsible for the entire value  $56,400.00 of this lease.

In the event that I need to move out before the end of my lease, I understand that I have two options for ending my financial responsibility:

* Option 1:
  I may find a new tenant to take over the balance of my lease/financial obligation.

  I understand that this tenant must be approved by the landlord/property manager to a viable replacement option.

  I understand that I am financially responsible until the replacement tenant signs a lease and moves in. Any amount of lost rent during this time of transition is my financial responsibility.

  In the event that I find my own replacement tenant, **I agree to pay an administrative fee of $250.00 to The Farnam Realty Group.**

* Option 2:
  I may use The Farnam Realty Group to help find a replacement tenant for a fee equal to one month's rent,  $4,700.00 . I understand that I am still financially responsible during the time that a replacement tenant is being sought and that I must continue to pay rent until the new tenant signs a new lease and moves in. Any amount of lost rent during this time of transition is my financial responsibility.

### 4.2  SALE OF UNIT

In the event that the Dwelling (building, house, condo, etc) that I am living in is to be sold, I understand that I will comply completely with any showings, and will remove myself from the unit during these times.

By initialing below, you acknowledge and agree to the terms in Section 4.



## 5. Environmental & Safety Procedures

### 5.1  TENANT OBLIGATIONS

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ owner) and The Farnam Realty Group LLC (manager), collectively acting as "Landlord", wish to make sure that your apartment and building are maintained in safe condition. We request you confirm your receipt, understanding, and agreement to comply with the following procedures regarding your safety and the safety of other tenants. The term I (and/or "we") refer to the person(s) signing the lease and/or the person(s) occupying the apartment or visiting the apartment on a regular basis:

I (we) understand that **fireplaces** are **not** to be used. In the interest of fire safety, most fireplace flues (chimneys) have been blocked in order to prevent use. Fireplaces are cosmetic only. I (we) understand that failure to comply with this restriction will represent a breach under the lease, and that I (we) are responsible for any resulting damage (or liability claims) incurred by Landlord or other tenants.

We require that all tenants carry a policy for **"Tenant's / Renter's Insurance with Liability Coverage"** to protect their property and themselves for damages or financial claims arising for reasons other than gross-negligence by the Landlord. Your property is not covered

under the Landlord's insurance. Such policies can also provide financial protection in the event that you inadvertently create damage or liability to the property of landlord or others.

**Smoking** is **not** allowed in the units, unless you provide evidence of "Renter's Insurance".

I (we) acknowledge that the building and our apartment have a potential to contain surfaces painted with **lead paint** (like almost every other building built in the 1970's or earlier). Lead paint is known to present a severe and significant health hazard to **children under eight** years of age if consumed, inhaled, or otherwise absorbed into the body. I (we) acknowledge receipt of the **EPA Booklet** "*Protect Your Family From Lead In Your Home*" and agree to read the booklet prior to taking occupancy.

I (we) recognize that the Landlord attempts to maintain paint in a condition which is not cracked, peeling, or otherwise presenting a risk of ingestion. Should I (we) notice **cracked, peeling, or chipped paint in my apartment at any time when a child under eight** is living (per my lease) or visiting for an extended (or repeated) time(s), I (we) will immediately notify the managing agent. I (we) recognize that this notification allows the Landlord to immediately take actions to eliminate any potential risk to the health of a child arising from a deteriorated paint condition.

I (we) recognize that removal of **batteries** from any **smoke detectors** in my apartment and/or any common areas shall constitute a breach under the lease on my (our) behalf. I (we) agree to notify the Landlord immediately of any smoke detectors of which I (we) become aware are inoperable for any reason. Landlord, not the tenant, is responsible for the cost of these repairs

**Cooking or Gas Grills** are not to be used on fire-escapes, balconies, porches or within 10 feet of the building.

~~I (we) agree that the basement areas are only to be used for the purposes of laundry and storage, and only within the designated areas as applicable. Entry into any other area or using the basements for any other use will be considered a willful violation (by you) of the lease terms.~~

I (we) agree that we shall **not lock or obstruct any window grates** or metal window screens which, in violation of local fire laws, could slow down or prevent my exit from the apartment in the event of emergency. I (we) recognize that the landlord has the right to cut any locks.

**Mold is an inherent condition** when materials such as wall-board, plaster, or insulation are exposed to moisture for an extended period of time. Tenant will bring to the immediate attention of the Landlord, in writing, of any known or suspected areas of mold in the apartment or building. Tenant(s) agree that Landlord is not responsible for control of mold, nor liable for any allergies or reactions created when it occurs, unless such allergies or reactions occur due to the strict and absolute negligence of the Landlord. Tenant explicitly releases Landlord from any claims for damage, injury, allergies, impairment or discomfort caused, or thought to be caused by mold, unless Landlord is grossly negligent in correcting a mold "problem" brought to their attention by tenant. Tenants are specifically required to maintain and ventilate their bathrooms and kitchens in a condition, through periodic cleaning with proper (and readily available) bathroom and tile cleaners such that topical surface mold is prevented from any form of growth (example: *Tilex* once a week, or as needed).

If I (we) become aware of any such conditions that are creating mold I will notify the Property Manager in writing.

By initialing below, you acknowledge and agree to the terms in Section 5.



# 6. Move Out Schedule

## 6.1  SAMPLE REPLACEMENT CHARGES

If any items are missing or damaged to the point that they must be replaced when you move out, you will be charged for the current cost of the item, plus labor and service charges. A representative list of charges is set forth below. These are listed average prices. If the Owner incurs a higher cost, you will be responsible for paying the higher cost.

Please note this is not all inclusive, and you can be charged for items that are not listed here.

Example Charges for Move-Out Services

| | |
|---|---|
| Window Glass | $180.00 each |
| Window Screen | $60.00 each |
| Mailbox Keys | $50.00 each key |
| Door Keys | $150.00 each key and lock |
| Refrigerator Racks/ Shelves | $60.00 each |
| Mirror/medicine cabinet | $100.00 each |
| Doors | $150.00 each |

| Light Fixtures | $75.00 each |
| Countertop replacement | $250.00 each |

Cleaning and Repair Charges

If prior to moving out, you do not clean the unit and leave the items listed below in satisfactory working order, the following charges will be deducted from your security deposit, or be owed to us if your security deposit is insufficient to cover charges.

You will be charged not less than the listed amount for each instance in which a listed item must be cleaned or repaired.

The prices given below are average prices only. If the owner incurs a higher cost for cleaning or repairing an item, you will be responsible for paying the higher cost.

Please note that this is not an all-inclusive list: You can be charged for cleaning or repairing items that are not on the list.

Tenant will provide documentation from a qualified chimney inspector that the chimney is clean and ready for use upon vacating the unit. Tenant shall bear all cost of inspection and cleaning.

Examples for Cleaning and Repair Charges

| Kitchen Cleaning | | Miscellaneous | |
|---|---|---|---|
| Sink | $15.00 | Carpets cleaned | $125.00 per room |
| Cabinets | $50.00 | Carpets repaired | $200.00 per room |
| Backsplash | $50.00 | Carpets replaced | $500.00 or more |
| Countertops | $15.00 | Banister | $250.00 |
| Flooring | $25.00 | Holes in wall | $75.00 per hole |
| Refrigerator | $50.00 | Fireplaces | $175.00 |
| Oven | $50.00 | Hardwood Floors | $100.00 per room |
| Walls | $50.00 | Window Sills | $15.00 each |
| | | | |
| Bathroom Cleaning | | Trash Removal | $250.00 per large item, $100.00 per trash bag left |
| Toilet | $25.00 | Painting Fee | $800 per room |
| Tub/Shower | $35.00 | | |
| Sink | $15.00 | | |
| Floors | $35.00 | | |
| Walls | $50.00 | | |

By initialing below, you acknowledge and agree to the terms in Section 6.



# 7. Garbage & Recycling Procedures

## 7.1 GARBAGE & RECYCLING PROCEDURES

Please read the following garbage and recycling policies that apply to your unit:

- **Multi-Family House (6 units or less):**
  - The City of New Haven is responsible for your trash. The house will be supplied with blue, generic trash bins. These bins are emptied by the city, but it is the tenant's responsibility to move the bins to the street each trash day. **The tenant will be charged a $25 fee each time the bins are left unemptied.**
  - Please go to this website to find out what day your trash is picked up: *http://www.cityofnewhaven.com/PublicWorks/index.asp*

- **Apartment Building and Complexes with more than 6 units:**
  - A larger dumpster will be on the property for all units to access. These dumpsters are only to be used for household trash, not any bulk furniture.

- **Recycling**

- The owner of your building does not supply recycling services.
- However, we do encourage you to contact the City of New Haven Public Works Department as they will issue you a recycling bin. If interested, please call 203-946-8200.

I, ████████████████████████████ understand that I am not permitted to leave bulk trash, e.g., furniture, appliances, electronics and other unwanted items:

- In the apartment
- On the curb
- In or beside a dumpster
- In the front of or behind my building/ house
- In the hallway
- In the basement of my building/house

You must arrange with the town directly and several months in advance, because there is a waiting list for a "Bulk Trash" pick up.

**If you leave any items of trash behind, you will be charged:**

- **$100 for every trash bag that in not in a trash can or in a dumpster.**
- **$250 for every piece of furniture or other unwanted item**

If for some reason the dumpster is full, please call your property manager at the office 203-671-1924, to discuss the details.

By initialing below, you acknowledge and agree to the terms in Section 7.



# 8. Change of Utilities

## 8.1 TENANT RESPONSIBILITY

water and sewer

The above utilities are included in the monthly rent charge, and will not incur any extra charges.

## 8.2 UTILITY CHANGEOVER

I, ████████████████████████████ , give permission to The Farnam Realty Group to change the utilities over to my name if I do not do so by move-in date.

## 8.3 UNITED ILLUMINATING

*United Illuminating **1-800-722-5584**

Tenant Pays as of 06/01/2018

Meter # _____

Account # _____

## 8.4 SOUTHERN CONNECTICUT GAS

*Southern Connecticut Gas **1-800-659-8299**

Tenant Pays as of 06/01/2018

Meter # _____

Account # _____

By initialing below, you acknowledge and agree to the terms in Section 8.



# 9. DISCLOSURE TO TENANT

## 9.1 DISCLOSURE OF INFORMATION ON LEAD-BASED PAINT AND/OR LEAD-BASED PAINT LEAD WARNING STATEMENT

Housing built before 1978 may contain lead-based paint. Lead from paint, paint chips, and dust can pose health hazards if not managed properly. Lead exposure is especially harmful to young children and pregnant women. Before renting pre-1978 housing, Lessor must disclose the present of known lead-based paint and/ or lead-based paint hazards in the dwelling. Lessees must also receive a federally approved pamphlet on lead poisoning prevention.

## 9.2 LESSOR'S DISCLOSURE

1. Presence of lead-based paint and/or lead-based paint hazards (check (i) or (ii) below):

(i)  ☐  Known lead-based paint and/or lead-based hazards are present in the housing (explain)

(ii)  ☐  Lessor has no knowledge of lead-based paint and/or lead-based paint hazard in the housing.


2. Record and reports available to the Lessor (check (i) or (ii) below):

(i)  ☐  Lessor has provided the Lessee with all available records and reports pertaining to lead-based paint and/or lead-based paint hazards in the housing (list documents below).

(ii)  ☐  Lessor has no reports or records pertain to lead based-paint and/or lead-based paint hazards in the housing.

## 9.3 LESSEE'S ACKNOWLEDGEMENT (INITIAL)

1.  Lessee has received copies of all information listed above.
2.  Lessee has received the pamphlet *"Protect your Family from Lead in Your Home"*



## 9.4 LANDLORD'S ACKNOWLEDGE (INITIAL)

_____ *Landlord has informed the Lessor of the Lessor's obligations under 42 U.S.C. 4852 (d) and is aware of his/her responsibility to ensure compliance.*

## 9.5 CERTIFICATION OF ACCURACY

The following parties have reviewed the information above and certify, to the best of their knowledge, that the information they have provided is true and accurate.

By initialing below, you acknowledge and agree to the terms in Section 9.

X ███████  X ███████  X ███████  X ███████







# Protect Your Family From Lead in Your Home

 United States
Environmental
Protection Agency

 United States
Consumer Product
Safety Commission

 United States
Department of Housing
and Urban Development

December 2012

## Are You Planning to Buy or Rent a Home Built Before 1978?

Did you know that many homes built before 1978 have **lead-based paint**? Lead from paint, chips, and dust can pose serious health hazards.

**Read this entire brochure to learn:**

- How lead gets into the body
- About health effects of lead
- What you can do to protect your family
- Where to go for more information

**Before renting or buying a pre-1978 home or apartment, federal law requires:**

- Sellers must disclose known information on lead-based paint or lead-based paint hazards before selling a house.
- Real estate sales contracts must include a specific warning statement about lead-based paint. Buyers have up to 10 days to check for lead.
- Landlords must disclose known information on lead-based paint and lead-based paint hazards before leases take effect. Leases must include a specific warning statement about lead-based paint.

**If undertaking renovations, repairs, or painting (RRP) projects in your pre-1978 home or apartment:**

- Read EPA's pamphlet, *The Lead-Safe Certified Guide to Renovate Right,* to learn about the lead-safe work practices that contractors are required to follow when working in your home (see page 12).



# Simple Steps to Protect Your Family
# from Lead Hazards

**If you think your home has lead-based paint:**

- Don't try to remove lead-based paint yourself.

- Always keep painted surfaces in good condition to minimize deterioration.

- Get your home checked for lead hazards. Find a certified inspector or risk assessor at epa.gov/lead.

- Talk to your landlord about fixing surfaces with peeling or chipping paint.

- Regularly clean floors, window sills, and other surfaces.

- Take precautions to avoid exposure to lead dust when remodeling.

- When renovating, repairing, or painting, hire only EPA- or state-approved Lead-Safe certified renovation firms.

- Before buying, renting, or renovating your home have it checked for lead-based paint.

- Consult your health care provider about testing your children for lead. Your pediatrician can check for lead with a simple blood test.

- Wash children's hands, bottles, pacifiers, and toys often.

- Make sure children eat healthy, low-fat foods high in iron, calcium, and vitamin C.

- Remove shoes or wipe soil off shoes before entering your house.

1

# Lead Gets into the Body in Many Ways

**Adults and children can get lead into their bodies if they:**

- Breathe in lead dust (especially during activities such as renovations, repairs, or painting that disturb painted surfaces).

- Swallow lead dust that has settled on food, food preparation surfaces, and other places.

- Eat paint chips or soil that contains lead.

**Lead is especially dangerous to children under the age of 6.**



- At this age, children's brains and nervous systems are more sensitive to the damaging effects of lead.

- Children's growing bodies absorb more lead.

- Babies and young children often put their hands and other objects in their mouths. These objects can have lead dust on them.

**Women of childbearing age should know that lead is dangerous to a developing fetus.**

- Women with a high lead level in their system before or during pregnancy risk exposing the fetus to lead through the placenta during fetal development.

2

## Health Effects of Lead

**Lead affects the body in many ways.** It is important to know that even exposure to low levels of lead can severely harm children.

**In children, exposure to lead can cause:**



- Nervous system and kidney damage

- Learning disabilities, attention deficit disorder, and decreased intelligence

- Speech, language, and behavior problems

- Poor muscle coordination

- Decreased muscle and bone growth

- Hearing damage

While low-lead exposure is most common, exposure to high amounts of lead can have devastating effects on children, including seizures, unconsciousness, and, in some cases, death.

Although children are especially susceptible to lead exposure, lead can be dangerous for adults, too.

**In adults, exposure to lead can cause:**

- Harm to a developing fetus

- Increased chance of high blood pressure during pregnancy

- Fertility problems (in men and women)

- High blood pressure

- Digestive problems

- Nerve disorders

- Memory and concentration problems

- Muscle and joint pain

3

## Check Your Family for Lead

**Get your children and home tested if you think your home has lead.**

Children's blood lead levels tend to increase rapidly from 6 to 12 months of age, and tend to peak at 18 to 24 months of age.

Consult your doctor for advice on testing your children. A simple blood test can detect lead. Blood lead tests are usually recommended for:

- Children at ages 1 and 2

- Children or other family members who have been exposed to high levels of lead

- Children who should be tested under your state or local health screening plan

**Your doctor can explain what the test results mean and if more testing will be needed.**

4

## Where Lead-Based Paint Is Found

In general, the older your home or childcare facility, the more likely it has lead-based paint.[1]

**Many homes, including private, federally assisted, federally owned housing, and childcare facilities built before 1978 have lead-based paint.** In 1978, the federal government banned consumer uses of lead-containing paint.[2]

Learn how to determine if paint is lead-based paint on page 7.

**Lead can be found:**

- In homes and childcare facilities in the city, country, or suburbs,

- In private and public single-family homes and apartments,

- On surfaces inside and outside of the house, and

- In soil around a home. (Soil can pick up lead from exterior paint or other sources, such as past use of leaded gas in cars.)

Learn more about where lead is found at epa.gov/lead.

[1] "Lead-based paint" is currently defined by the federal government as paint with lead levels greater than or equal to 1.0 milligram per square centimeter (mg/cm), or more than 0.5% by weight.

[2] "Lead-containing paint" is currently defined by the federal government as lead in new dried paint in excess of 90 parts per million (ppm) by weight.

5

# Identifying Lead-Based Paint and Lead-Based Paint Hazards

**Deteriorating lead-based paint (peeling, chipping, chalking, cracking, or damaged paint)** is a hazard and needs immediate attention. **Lead-based paint** may also be a hazard when found on surfaces that children can chew or that get a lot of wear and tear, such as:

- On windows and window sills

- Doors and door frames

- Stairs, railings, banisters, and porches

**Lead-based paint is usually not a hazard if it is in good condition** and if it is not on an impact or friction surface like a window.

**Lead dust** can form when lead-based paint is scraped, sanded, or heated. Lead dust also forms when painted surfaces containing lead bump or rub together. Lead paint chips and dust can get on surfaces and objects that people touch. Settled lead dust can reenter the air when the home is vacuumed or swept, or when people walk through it. EPA currently defines the following levels of lead in dust as hazardous:

- 40 micrograms per square foot ($\mu g/ft^2$) and higher for floors, including carpeted floors

- 250 $\mu g/ft^2$ and higher for interior window sills

**Lead in soil** can be a hazard when children play in bare soil or when people bring soil into the house on their shoes. EPA currently defines the following levels of lead in soil as hazardous:

- 400 parts per million (ppm) and higher in play areas of bare soil

- 1,200 ppm (average) and higher in bare soil in the remainder of the yard

**Remember, lead from paint chips—which you can see—and lead dust—which you may not be able to see—both can be hazards.**

The only way to find out if paint, dust, or soil lead hazards exist is to test for them. The next page describes how to do this.

6

## Checking Your Home for Lead

You can get your home tested for lead in several different ways:

- A lead-based paint **inspection** tells you if your home has lead-based paint and where it is located. It won't tell you whether your home currently has lead hazards. A trained and certified testing professional, called a lead-based paint inspector, will conduct a paint inspection using methods, such as:

  - Portable x-ray fluorescence (XRF) machine

  - Lab tests of paint samples

- A **risk assessment** tells you if your home currently has any lead hazards from lead in paint, dust, or soil. It also tells you what actions to take to address any hazards. A trained and certified testing professional, called a risk assessor, will:

  - Sample paint that is deteriorated on doors, windows, floors, stairs, and walls

  - Sample dust near painted surfaces and sampling bare soil in the yard

  - Get lab tests of paint, dust, and soil samples

- A combination inspection and risk assessment tells you if your home has any lead-based paint and if your home has any lead hazards, and where both are located.

Be sure to read the report provided to you after your inspection or risk assessment is completed, and ask questions about anything you do not understand.

7

## Checking Your Home for Lead, continued

In preparing for renovation, repair, or painting work in a pre-1978 home, Lead-Safe Certified renovators (see page 12) may:

- Take paint chip samples to determine if lead-based paint is present in the area planned for renovation and send them to an EPA-recognized lead lab for analysis. In housing receiving federal assistance, the person collecting these samples must be a certified lead-based paint inspector or risk assessor

- Use EPA-recognized tests kits to determine if lead-based paint is absent (but not in housing receiving federal assistance)

- Presume that lead-based paint is present and use lead-safe work practices

There are state and federal programs in place to ensure that testing is done safely, reliably, and effectively. Contact your state or local agency for more information, visit epa.gov/lead, or call **1-800-424-LEAD (5323)** for a list of contacts in your area.[3]

---

[3] Hearing-or speech challenged individuals may access this number through TTY by calling the Federal Relay Service at 1-800-877-8399.

8

## What You Can Do Now to Protect Your Family

**If you suspect that your house has lead-based paint hazards, you can take some immediate steps to reduce your family's risk:**

- If you rent, notify your landlord of peeling or chipping paint.

- Keep painted surfaces clean and free of dust. Clean floors, window frames, window sills, and other surfaces weekly. Use a mop or sponge with warm water and a general all-purpose cleaner. (Remember: never mix ammonia and bleach products together because they can form a dangerous gas.)

- Carefully clean up paint chips immediately without creating dust.

- Thoroughly rinse sponges and mop heads often during cleaning of dirty or dusty areas, and again afterward.

- Wash your hands and your children's hands often, especially before they eat and before nap time and bed time.

- Keep play areas clean. Wash bottles, pacifiers, toys, and stuffed animals regularly.

- Keep children from chewing window sills or other painted surfaces, or eating soil.

- When renovating, repairing, or painting, hire only EPA- or state-approved Lead-Safe Certified renovation firms (see page 12).

- Clean or remove shoes before entering your home to avoid tracking in lead from soil.

- Make sure children eat nutritious, low-fat meals high in iron, and calcium, such as spinach and dairy products. Children with good diets absorb less lead.

## Reducing Lead Hazards

**Disturbing lead-based paint or removing lead improperly can increase the hazard to your family by spreading even more lead dust around the house.**



- In addition to day-to-day cleaning and good nutrition, you can **temporarily** reduce lead-based paint hazards by taking actions, such as repairing damaged painted surfaces and planting grass to cover lead-contaminated soil. These actions are not permanent solutions and will need ongoing attention.

- You can minimize exposure to lead when renovating, repairing, or painting, by hiring an EPA- or state-certified renovator who is trained in the use of lead-safe work practices. If you are a do-it-yourselfer, learn how to use lead–safe work practices in your home.

- To remove lead hazards permanently, you should hire a certified lead abatement contractor. Abatement (or permanent hazard elimination) methods include removing, sealing, or enclosing lead-based paint with special materials. Just painting over the hazard with regular paint is not permanent control.

**Always use a certified contractor who is trained to address lead hazards safely.**

- Hire a Lead-Safe Certified firm (see page 12) to perform renovation, repair, or painting (RRP) projects that disturb painted surfaces.

- To correct lead hazards permanently, hire a certified lead abatement professional. This will ensure your contractor knows how to work safely and has the proper equipment to clean up thoroughly.

Certified contractors will employ qualified workers and follow strict safety rules as set by their state or by the federal government.

## Reducing Lead Hazards, continued

**If your home has had lead abatement work done** or if the housing is receiving federal assistance, once the work is completed, dust cleanup activities must be conducted until clearance testing indicates that lead dust levels are below the following levels:

- 40 micrograms per square foot ($\mu g/ft^2$) for floors, including carpeted floors

- 250 $\mu g/ft^2$ for interior windows sills

- 400 $\mu g/ft^2$ for window troughs

For help in locating certified lead abatement professionals in your area, call your state or local agency (see pages 14 and 15), or visit epa.gov/lead, or call 1-800-424-LEAD.

## Renovating, Remodeling, or Repairing (RRP) a Home with Lead-Based Paint

**If you hire a contractor to conduct renovation, repair, or painting (RRP) projects in your pre-1978 home or childcare facility (such as pre-school and kindergarten), your contractor must:**

- Be a Lead-Safe Certified firm approved by EPA or an EPA-authorized state program

- Use qualified trained individuals (Lead-Safe Certified renovators) who follow specific lead-safe work practices to prevent lead contamination

- Provide a copy of EPA's lead hazard information document, *The Lead-Safe Certified Guide to Renovate Right*



**RRP contractors working in pre-1978 homes and childcare facilities must follow lead-safe work practices that:**

- **Contain the work area.** The area must be contained so that dust and debris do not escape from the work area. Warning signs must be put up, and plastic or other impermeable material and tape must be used.

- **Avoid renovation methods that generate large amounts of lead-contaminated dust.** Some methods generate so much lead-contaminated dust that their use is prohibited. They are:

  - Open-flame burning or torching

  - Sanding, grinding, planing, needle gunning, or blasting with power tools and equipment not equipped with a shroud and HEPA vacuum attachment and

  - Using a heat gun at temperatures greater than 1100°F

- **Clean up thoroughly.** The work area should be cleaned up daily. When all the work is done, the area must be cleaned up using special cleaning methods.

- **Dispose of waste properly.** Collect and seal waste in a heavy duty bag or sheeting. When transported, ensure that waste is contained to prevent release of dust and debris.

To learn more about EPA's requirements for RRP projects visit epa.gov/getleadsafe, or read *The Lead-Safe Certified Guide to Renovate Right*.

12

# For More Information

**The National Lead Information Center**
Learn how to protect children from lead poisoning and get other information about lead hazards on the Web at epa.gov/lead and hud.gov/lead, or call **1-800-424-LEAD (5323).**

**EPA's Safe Drinking Water Hotline**
For information about lead in drinking water, call **1-800-426-4791**, or visit epa.gov/lead for information about lead in drinking water.

**Consumer Product Safety Commission (CPSC) Hotline**
For information on lead in toys and other consumer products, or to report an unsafe consumer product or a product-related injury, call **1-800-638-2772,** or visit CPSC's website at cpsc.gov or saferproducts.gov.

**State and Local Health and Environmental Agencies**
Some states, tribes, and cities have their own rules related to lead-based paint. Check with your local agency to see which laws apply to you. Most agencies can also provide information on finding a lead abatement firm in your area, and on possible sources of financial aid for reducing lead hazards. Receive up-to-date address and phone information for your state or local contacts on the Web at epa.gov/lead, or contact the National Lead Information Center at **1-800-424-LEAD.**

---

Hearing- or speech-challenged individuals may access any of the phone numbers in this brochure through TTY by calling the toll-free Federal Relay Service at 1-800-877-8339.

---

14

# U. S. Environmental Protection Agency (EPA) Regional Offices

The mission of EPA is to protect human health and the environment. Your Regional EPA Office can provide further information regarding regulations and lead protection programs.

**Region 1** (Connecticut, Massachusetts, Maine, New Hampshire, Rhode Island, Vermont)

Regional Lead Contact
U.S. EPA Region 1
Suite 1100 (CPT) One Congress Street
Boston, MA 02114-2023
(617) 918-1524

**Region 2** (New Jersey, New York, Puerto Rico, Virgin Islands)

Regional Lead Contact
U.S. EPA Region 2
2890 Woodbridge Avenue
Building 205, Mail Stop 225
Edison, NJ 08837-3679
(732) 321-6671

**Region 3** (Delaware, Maryland, Pennsylvania, Virginia, DC, West Virginia)

Regional Lead Contact
U.S. EPA Region 3
1650 Arch Street
Philadelphia, PA 19103
(215) 814-2088

**Region 4** (Alabama, Florida, Georgia, Kentucky, Mississippi, North Carolina, South Carolina, Tennessee)

Regional Lead Contact
U.S. EPA Region 4
AFC Tower, 12th Floor, Air, Pesticides & Toxics
61 Forsyth Street, SW
Atlanta, GA 30303
(404) 562-8998

**Region 5** (Illinois, Indiana, Michigan, Minnesota, Ohio, Wisconsin)

Regional Lead Contact
U.S. EPA Region 5 (DT-8J)
77 West Jackson Boulevard
Chicago, IL 60604-3666
(312) 886-7836

**Region 6** (Arkansas, Louisiana, New Mexico, Oklahoma, Texas, and 66 Tribes)

Regional Lead Contact
1445 Ross Avenue, 12th Floor
Dallas, TX 75202-2733
(214) 665-2704

**Region 7** (Iowa, Kansas, Missouri, Nebraska)

Regional Lead Contact
U.S. EPA Region 7
11201 Renner Blvd.
WWPD/TOPE
Lenexa, KS 66219
(800) 223-0425

**Region 8** (Colorado, Montana, North Dakota, South Dakota, Utah, Wyoming)

Regional Lead Contact
U.S. EPA Region 8
1595 Wynkoop St.
Denver, CO 80202
(303) 312-6966

**Region 9** (Arizona, California, Hawaii, Nevada)

Regional Lead Contact
U.S. EPA Region 9 (CMD-4-2)
75 Hawthorne Street
San Francisco, CA 94105
(415) 947-4280

**Region 10** (Alaska, Idaho, Oregon, Washington)

Regional Lead Contact
U.S. EPA Region 10
Solid Waste & Toxics Unit (WCM-128)
1200 Sixth Avenue, Suite 900
Seattle, WA 98101
(206) 553-1200

15

## Consumer Product Safety Commission (CPSC)

The CPSC protects the public against unreasonable risk of injury from consumer products through education, safety standards activities, and enforcement. Contact CPSC for further information regarding consumer product safety and regulations.

**CPSC**
4330 East West Highway
Bethesda, MD 20814-4421
1-800-638-2772
cpsc.gov or saferproducts.gov

## U. S. Department of Housing and Urban Development (HUD)

HUD's mission is to create strong, sustainable, inclusive communities and quality affordable homes for all. Contact HUD's Office of Healthy Homes and Lead Hazard Control for further information regarding the Lead Safe Housing Rule which protects families in pre-1978 assisted housing and the lead hazard control and research grant programs.

**HUD**
451 Seventh Street, SW, Room 8236
Washington, DC 20410-3000
(202) 402-7698
hud.gov/offices/lead/

This document is in the public domain. It may be produced by an individual or organization without permission. Information provided in this booklet is based upon current scientific and technical understanding of the issues presented and is reflective of the jurisdictional boundaries established by the statues governing the co-authoring agencies. Following the advice given will not necessarily provide complete protection in all situations or against all health hazards that can be caused by lead exposure.

U. S. EPA Washington DC 20460
U. S. CPSC Bethesda MD 20814
U. S. HUD Washington DC 20410

EPA-747-K-12-001
December 2012

## The Farnam Group

982 State Street · New Haven, CT 06511
(203) 671-1924



FARNAM

# 11. Sign and Accept

## 11.1  LEASEE SIGNATURE

The co-signer agrees to all aspects of this lease in the event that the Lessee defaults on his or her obligations.



X

Lessee

X

Lessee

X _

Lessee

X

Lessee

X

Lessor

# EXHIBIT B

██████████████

---------- Forwarded message ----------
From: ██████████████ @yale.edu>
Date: Sun, Nov 19, 2017 at 10:50 PM
Subject: Elm Street House
To: ████ @farnamgroup.com

Hi ████ !

This is ████ - one of the girls who walked through the 340 Elm street house with you a few weeks ago. I wanted to reach out and thank you for taking the time to discuss pricing, security, features of the house, etc. with some of our parents, and let you know that we've decided to go through with signing the lease if you are still interested in having us do so! We have a group of eight girls who are incredibly enthusiastic about living in the house next year, and have already begun talking to girls in the grade below to whom we would like to pass it down. Through our sororities and athletic teams, we know that we will be able to pass it down every year for as long as you wish.

Just some final questions before signing the lease:
1. Could you possibly send over a floor plan of the house, including square footage, so that we can have a clear idea of the layout and room offerings?
2. Can you confirm that all issues with utilities would be handled by Farnam Realty Group - such as malfunctioning central air, broken refrigerator, broken security system, etc.?
3. We are extremely interested in the house because of the security it offers. Can you confirm that bars will be installed on downstairs windows if we request them?
4. Can you estimate the expected per-month cost of utilities?

In terms of pricing I know that you have asked for $9000 but depending on your answers to the above questions we think $8500 sounds reasonable and more on par with other off campus rents. Please let us know your thoughts! Before finalizing the lease, we would like to clarify pricing with you.

We are off campus this week due to Thanksgiving break, but will all be back on campus by next Monday, November 26th. It would be great if we could set up a time to meet early next week, as we would love to sign the lease as soon as possible. Thank you, again, for all of your help thus far, and we look forward to hearing from you!

Have a great Thanksgiving!
████

--

██████████████

## Farnam Realty Group

███████████████████████████

██ ███████████

██████████████

# **EXHIBIT C**

## The Farnam Group

982 State Street • New Haven, CT 06511
(203) 671-1924



# 1. Residential Lease

### 1.1  BASIC INFORMATION

This Lease Contract is between you, the undersigned resident(s):

███████████████████████████████████

and us, the owner/agent:

**The Farnam Group**

You have agreed to rent the property located at

340-342 Elm St
New Haven, CT 06511

for use as a private residence only. The terms "you" and "your" refer to all residents listed above.
The terms "we," "us," and "our" refer to the owner/agent  listed.

The apartment will be occupied exclusively by the resident(s) listed above. The Owner/Agent
must approve unauthorized occupants living in the premises for longer than 7 consecutive days.

### 1.2  TENANT INFORMATION

████████████
Financially Responsible
██████████████████)

████████████
Financially Responsible
██████████████████

████████████
Financially Responsible
██████████████████

████████████
Financially Responsible
██████████████████

Date of Birth: _____

SSN: _____

Co-Signer(s), if applicable:

## 1.3 ADDITIONAL OCCUPANTS

Additional Authorized Occupant(s), if applicable:

## 1.4 LEASED PREMISES

342 Elm Street - 1st Floor
New Haven, CT 06511

## 1.5 TERM OF LEASE

06/01/2019  to  05/31/2020

## 1.6 RENT

Rent        $4,600.00
**Total:**     **$4,600.00**

Monthly Rent: $4,600.00

Total Rent for Lease Term: $55,200.00

Security Deposit: $4,600.00

Additional Lease information (pet, parking, charges, etc.):

## 1.7  AGREEMENT

You, and we, agree that this Lease and its attachments set forth our entire agreement. Neither you, nor we, shall claim that the other has made any other promise or agreement unless the promise or agreement is in writing and signed by the party making the promise or agreement after date of this lease. The co-signer agrees to all aspects of this lease in the event that the Lessee defaults on his or her obligations.

## 1.8  BINDING EFFECT

The agreement in this lease shall be binding upon and benefit us, and you, and our and your respective successors, heirs, executors, administrators, and assigns.

By initialing below, you acknowledge and agree to the terms in Section 1.



# 2. Terms and Responsibilities

## 2.1  DEFINITIONS

In this lease, the following words in this Definitions section have the meanings, which follow them:

**YOU, YOUR, and TENANT:** The person signing this lease as Tenant and any other person occupying the dwelling with our permission.

**WE, OUR, US and LANDLORD:** The person or agent signing this Lease as Landlord and anyone who becomes the owner of the dwelling after the date this Lease is signed and still in effect.

## 2.2  GENERAL TERMS

1. Pets are an important consideration for tenant and landlord alike. Pets are not permitted at the time of move-in or at any time that this lease is in effect without our prior written authorization, which may be reasonably withheld. Should we determine that you are allowed to keep or acquire any pets, you will be required to sign a Pet Addendum to this Lease and pay a monthly Pet Fee as specified. You have disclosed to us that you have or intend to have the following pets:

2. If you or any occupant are currently or should later enlist in the military service while occupying this unit you must notify us in writing immediately.
3. You agree to leave behind any fixture added to this unit. A fixture is anything that is attached to a wall, door, or other surface of the unit. With the exception of wall hangings and window treatments.
4. Tenant has inspected all smoke detectors in the unit and has found them to be in good working condition and agrees not to tamper with them and if said detectors become in need of repair Tenant agrees to contact the Landlord in writing of their disrepair. Tenant shall be responsible to replace batteries as needed.
5. Tenant understands and covenants that taking occupancy of this leased unit makes them the controlling factor of this unit and does by this action take full responsibility of upkeep and compliance with all state federal and local codes. Tenant agrees to contact the Landlord in writing of any noncompliance.
6. The taking possession of the leased premises shall be conclusive evidence that the tenant has examined the unit and building that the unit is in, with all common areas, and that they were in good condition at the time of occupancy.
7. Tenant agrees to insure (Tenants Insurance) against all losses that may occur to him or herself or visitors or occupants, and name the Landlord as additional insured on the policy. Tenant agrees to hold Landlord harmless from any and all losses to tenant resulting from tenant's lack of obtaining such insurance.
8. In the event environmental conditions are found to exist at the premises and the health and safety of the occupants is determined to be in jeopardy, the Lessee agrees to vacate the premises and this lease will become null and void.
9. Landlord agrees to comply with their responsibilities imposed by Connecticut Law to the extent that such responsibilities have been permissibly imposed upon the tenant elsewhere herein.

## 2.3  TENANT RESPONSIBILITIES

Tenant agrees to the following terms:

1. We may access your unit upon 24-hours' notice for the purpose of examining the unit, to show the unit to prospective tenants or buyers and to make repairs. We may access your unit without notice in an emergency or to cure a defect that requires immediate attention or further damage will be caused. We strongly recommend that you adjust your schedule to be present when we access your unit.
2. At the termination of this lease, you agree to clean the appliances, leave the unit clean and in the same condition as when you moved in reasonable wear and tear excepted.
3. You agree to leave behind any fixture added to this unit. A fixture is anything that is attached to a wall, door, or other surface of the unit.
4. If the unit is a single family residence, you agree to provide and maintain appropriate receptacles for the removal of rubbish and other waste. In a multi-family residence, you agree to remove all rubbish and other waste to the receptacles provided by us. You agree not to leave rubbish or other waste on grounds, in front of or next to containers or in any other areas of parking lots.
5. You agree to abide by any responsibility placed upon you by all state, federal, and local codes including fire codes.
6. You agree not to store any type of grill or cooking device on your deck or patio, or within 10 feet of the building.
7. You agree not to add to or remove fixtures or other improvements from the property without the Landlord's permission.
8. You agree not to park cars or place other apparatus in an area not designated for such use. Cars will be towed at car owner's expense if parked in an unauthorized or undesignated area. Valid tenant permit must be displayed at all times.
9. You agree to keep apartment clean, neat, and safe. To perform at a minimum monthly cleaning of tub, shower, sink, toilet and bathroom tiles to prevent the buildup of mold and mildew. We will not be responsible for the build of mold and mildew caused by your lack of diligence to keep the unit clean and sanitary. If we are notified that you do not clean, the bathroom will be cleaned and you will be fined for each occurrence.
10. You agree to avoid disturbing your neighbors' quiet enjoyment of their dwellings and to require other individuals in your dwelling to do the same.
11. You agree not to use or allow use of a waterbed in the dwelling without our prior written consent.
12. You agree to replace light bulbs within the apartment as needed.
13. You agree not to keep anything in windows except for curtains or blinds. Flags, blankets, sheets, stickers, posters, etc. are not permitted at any time.
14. You agree not to smoke any tobacco products within the common areas or to dispose of waste on property grounds. Not to use, or allow visitors to use, illegal drugs or in the apartment, the building or anywhere on the property nor drink alcohol in common areas or on property grounds. The use or sale of illegal drugs on the premises will subject the tenant to immediate eviction.
15. Holding Over: You have no right to remain in the Dwelling after this lease ends without the prior express written consent of the landlord. If you remain in the Dwelling without our written consent past the term of this Lease and we have not otherwise terminated your tenancy by the service of a notice to Quit, this lease shall be automatically renewed for the term of one month and the rent shall be increased by 15%. The landlord will also have the right to further fair and equitable rent increases upon written notice to you for subsequent months as provided under CT law. You will otherwise remain subject to all of the other terms and conditions in this lease.
16. You must provide us with notice of your intent to vacate the premises or of your intent to apply for a renewal of your lease 6 months in advance. You understand that if you vacate during the term of your lease you will be responsible for the rental balance of your lease. You agree that during said 6 month period we may enter your apartment upon 24 hours notice to show the premises to prospective tenants even if you are negotiating for a new lease term. You understand and agree that your failure to provide us with this notice will cause us to incur damages. Since said damages cannot be determined you agree to pay as liquidated damages an amount equal to one-month's rent for your failure to provide us with timely notice and/or your failure to allow access. You further authorize us to deduct the liquidated damages from your security deposit, should you fail to pay them to us before vacating.
17. You agree that if your toilets and sinks are within your exclusive control and if they become clogged due to your irresponsible use you may be charged for the maintenance or professional plumber service required.
18. You agree not to paint any walls without prior approval from the Property Manager. If you do not comply you will be charged a painting fee of $200 per room. (If walls are not repainted to original color, you will be charged $800 from your security deposit to cover the repainting costs – per original lease)
19. You agree not to sublease, release or allow any additional occupants to reside in the premises without our prior written authorization; which authorization may be reasonably withheld.
20. Tenant shall pay landlords costs and expenses to enforce the lessee, including attorney fees.
21. Renter's Insurance is strongly encouraged at the time of lease signing, as the owner is not responsible for the loss of personal property nor the damage of personal property.
22. If you add a roommate or other adult occupant to your lease, you will be subject to an additional $200.00 monthly fee. You must notify the landlord if anyone takes occupancy in your unit. If you do not notify the landlord, and it is discovered, you will be in violation of your lease.
23. You agree not to keep washers or dryers in any apartments whether installed or portable without our prior written consent. Tenant agrees that the use of washers and dryers in the building laundry, if any, is undertaken at the tenant and occupant's own risk, and that the landlord will not be responsible for any loss or damage to clothing or other property as a result of use of washers and dryers.
24. Tenant may install one air conditioning unit in apartment of 7000 BTUs if apartment does not have central air conditioning. No air conditioners may be installed in windows facing the street side of the building.
25. Tenant agrees not to change any locks, and tenant agrees that a fee of $500 will be withheld from security deposit if locks are changed.

## 2.4  OTHER TERMS

Severability Clause: In the event any clause in this lease should be found to be unenforceable then that clause alone shall be deemed defective from this lease and the rest of this lease will remain in force.

In the event that the monthly payment is not received within 9 days after the due date for payment, or you fail to comply with any other of the terms of this lease, we will commence legal procedures as prescribed by law. In such event, you will be responsible pay the reasonable costs of sheriff, court, lawyer, mover, administration, and collections.

The tenant agrees that this is and shall be subject and subordinate to all mortgages now or to be placed on the property. This clause shall be self-operative.

In the event the premises are damaged or destroyed by fire or other disaster or acquired for public use, then this lease, at the option of the Landlord, shall cease and terminate and the tenant will have no claim for damages.

This dwelling unit you are renting does not have a fire sprinkler system.

By initialing below, you acknowledge and agree to the terms in Section 2.



# 3. Financial Addendum

## 3.1  ACCEPTED METHODS OF PAYMENT

Unless otherwise instructed, all payments must be made online through the tenant portal at **https://farnamgroup.appfolio.com/connect**

## 3.2  FIRST MONTH'S RENT AND SECURITY DEPOSIT

- The security deposit and a full month's rent must be paid immediately upon signing this lease. Pro-rated rent, if any, will be applied on the 2nd month after move-in.

## 3.3  LATE PAYMENT POLICY

Monthly payments are due the 1st day of each month. **If not paid by the 10th day of the month, an additional $100 late fee will be charged.**

I understand that if my rent is not received by the 15th of the month, I may be issued a "Notice to Quit", which will result in an additional $75.00 fee.

## 3.4  BOUNCED CHECK (OR NON-SUFFICIENT FUNDS) POLICY

All checks returned unpaid by your financial institution due to non-sufficient funds are subject to a **$75.00 non-sufficient funds fee** and must be replaced promptly, along with the $75.00 fee, by **money order, credit card or certified cashier's check**. In the event that a check is returned unpaid due to non-sufficient funds during your tenancy, **all future rental payments must be made by money order, credit card or certified cashier's check.**

## 3.5  LOCK-OUT POLICY

If you lose your keys, or lock them in your apartment, car, or other location and need a Farnam Realty Group employee to help you re-gain access to your apartment, **you will be charged $150.00 for a Lockout fee. This fee *must* be paid at the time of service.**

## 3.6  UTILITIES INCLUDED

The following utilities will be **included** in your monthly rent charge, and will not incur any extra charges per this agreement:

 water and sewer

## 3.7  UTILITY CHANGEOVER

I█████████████████████████████████ , give permission to The Farnam Realty Group to change the utilities over to my name if I do not do so by move-in date and if utilities are not explicitly included in my lease.

United Illuminating **1-800-722-5584**

Tenant Pays as of  06/01/2019

Southern Connecticut Gas **1-800-659-8299**

Tenant Pays as of  06/01/2019

By initialing below, you acknowledge and agree to the terms in Section 3.



# 4. Lease Termination Policy

## 4.1  LEASE TERMINATION POLICY

I, ████████████████████████████████ hereby acknowledge, that I am responsible for the entire value  $55,200.00  of this lease. In the event that I need to move out before the end of my lease, I understand that The Farnam Realty Group will immediately start searching for a replacement tenant when I give my notice. If The Farnam Realty Group finds a replacement tenant, I agree to pay a fee of  $4,600.00 .

I understand that I am financially responsible until the replacement tenant signs a lease and moves in. Any amount of lost rent during this time of transition is my financial responsibility.

I may also find a new tenant to take over the balance of my financial obligation. I understand that I can only exercise this option until three months before the original end-date of this lease. I understand that this tenant must be approved by the landlord to be a viable replacement option. In the event that I find my own replacement tenant, **I agree to pay an administrative fee of $250.00 to The Farnam Realty Group**.

In the event that The Farnam Realty Group finds a replacement tenant before I do, I agree to pay the fee of  $4,600.00  regardless of the status of my own search for a replacement tenant.

## 4.2  SALE OF UNIT

In the event that the Dwelling (building, house, condo, etc) that I am living in is to be sold, I understand that I will comply completely with any showings, and will remove myself from the unit during these times.

By initialing below, you acknowledge and agree to the terms in Section 4.



# 5. Environmental & Safety Procedures

## 5.1 TENANT OBLIGATIONS

██████████████ (owner) and The Farnam Realty Group LLC (manager), collectively acting as "Landlord", wish to make sure that your apartment and building are maintained in safe condition. We request you confirm your receipt, understanding, and agreement to comply with the following procedures regarding your safety and the safety of other tenants. The term I (and/or "we") refer to the person(s) signing the lease and/or the person(s) occupying the apartment or visiting the apartment on a regular basis:

I (we) understand that **fireplaces** are **not** to be used. In the interest of fire safety, most fireplace flues (chimneys) have been blocked in order to prevent use. Fireplaces are cosmetic only. I (we) understand that failure to comply with this restriction will represent a breach under the lease, and that I (we) are responsible for any resulting damage (or liability claims) incurred by Landlord or other tenants.

We recommend that all tenants carry a policy for "**Tenant's / Renter's Insurance with Liability Coverage**" to protect their property and themselves for damages or financial claims arising for reasons other than gross-negligence by the Landlord. Your property is not covered under the Landlord's insurance. Such policies can also provide financial protection in the event that you inadvertently create damage or liability to the property of landlord or others.

**Smoking** is **not** allowed in the units, unless you provide evidence of "Renter's Insurance".

I (we) acknowledge that the building and our apartment have a potential to contain surfaces painted with **lead paint** (like almost every other building built in the 1970's or earlier). Lead paint is known to present a severe and significant health hazard to **children under eight** years of age if consumed, inhaled, or otherwise absorbed into the body. I (we) acknowledge receipt of the **EPA Booklet "*Protect Your Family From Lead In Your Home*"** and agree to read the booklet prior to taking occupancy.

I (we) recognize that the Landlord attempts to maintain paint in a condition which is not cracked, peeling, or otherwise presenting a risk of ingestion. Should I (we) notice **cracked, peeling, or chipped paint in my apartment at any time when a child under eight** is living (per my lease) or visiting for an extended (or repeated) time(s), I (we) will immediately notify the managing agent. I (we) recognize that this notification allows the Landlord to immediately take actions to eliminate any potential risk to the health of a child arising from a deteriorated paint condition.

I (we) recognize that removal of **batteries** from any **smoke detectors** in my apartment and/or any common areas shall constitute a breach under the lease on my (our) behalf. I (we) agree to notify the Landlord immediately of any smoke detectors of which I (we) become aware are inoperable for any reason. Landlord, not the tenant, is responsible for the cost of these repairs

**Cooking or Gas Grills** are not to be used on fire-escapes, balconies, porches or within 10 feet of the building.

I (we) agree that the **basement** areas are **only** to be used for the purposes of laundry and storage, and only within the designated areas as applicable. Entry into any other area or using the basements for any other use will be considered a willful violation (by you) of the lease terms.

I (we) agree that we shall **not lock or obstruct any window grates** or metal window screens which, in violation of local fire laws, could slow down or prevent my exit from the apartment in the event of emergency. I (we) recognize that the landlord has the right to cut any locks.

**Mold is an inherent condition when materials such as wall-board, plaster, or insulation are exposed to moisture for an extended period of time. Tenant will bring to the immediate attention of the Landlord, in writing, of any known or suspected areas of mold in the apartment or building. Tenant(s) agree that Landlord is not responsible for control of mold, nor liable for any allergies or reactions created when it occurs, unless such allergies or reactions occur due to the strict and absolute negligence of the Landlord. Tenant explicitly releases Landlord from any claims for damage, injury, allergies, impairment or discomfort caused, or thought to be caused by mold, unless Landlord is grossly negligent in correcting a mold "problem" brought to their attention by tenant. Tenants are specifically required to maintain and ventilate their bathrooms and kitchens in a condition, through periodic cleaning with proper (and readily available) bathroom and tile cleaners such that topical surface mold is prevented from any form of growth (example: *Tilex* once a week, or as needed).**

If I (we) become aware of any such conditions that are creating mold I will notify the Property Manager in writing.

By initialing below, you acknowledge and agree to the terms in Section 5.



# 6. Move Out Schedule

## 6.1 CHECK-OUT TIME

The check-out time is **noon** on the last day of the lease. Late charges may apply. Check-out is considered complete when all keys have been returned.

## 6.2 SAMPLE REPLACEMENT CHARGES

If any items are missing or damaged to the point that they must be replaced when you move out, you will be charged for the current cost of the item, plus labor and service charges. A representative list of charges is set forth below. These are listed average prices. If the Owner incurs a higher cost, you will be responsible for paying the higher cost.

Please note this is not all inclusive, and you can be charged for items that are not listed here.

Example Charges for Move-Out Services

| | |
|---|---|
| Window Glass | $180.00 each |
| Window Screen | $60.00 each |
| Mailbox Keys | $500.00 each key |
| Door Keys | $150.00 each key and lock |
| Refrigerator Racks/ Shelves | $60.00 each |
| Mirror/medicine cabinet | $100.00 each |
| Doors | $150.00 each |
| Light Fixtures | $75.00 each |
| Countertop replacement | $250.00 each |

Cleaning and Repair Charges

If prior to moving out, you do not clean the unit and leave the items listed below in satisfactory working order, the following charges will be deducted from your security deposit, or be owed to us if your security deposit is insufficient to cover charges.

You will be charged not less than the listed amount for each instance in which a listed item must be cleaned or repaired.

The prices given below are average prices only. If the owner incurs a higher cost for cleaning or repairing an item, you will be responsible for paying the higher cost.

Please note that this is not an all-inclusive list: You can be charged for cleaning or repairing items that are not on the list.

Tenant will provide documentation from a qualified chimney inspector that the chimney is clean and ready for use upon vacating the unit. Tenant shall bear all cost of inspection and cleaning.

Examples for Cleaning and Repair Charges

| **Kitchen Cleaning** | | **Miscellaneous** | |
|---|---|---|---|
| Sink | $15.00 | Carpets cleaned | $125.00 per room |
| Cabinets | $50.00 | Carpets repaired | $200.00 per room |
| Backsplash | $50.00 | Carpets replaced | $500.00 or more |
| Countertops | $15.00 | Banister | $250.00 |
| Flooring | $25.00 | Holes in wall | $75.00 per hole |
| Refrigerator | $50.00 | Fireplaces | $175.00 |
| Oven | $50.00 | Hardwood Floors | $100.00 per room |
| Walls | $50.00 | Window Sills | $15.00 each |
| | | | |
| **Bathroom Cleaning** | | **Trash Removal** | $250.00 per large item, $100.00 per trash bag left |
| Toilet | $25.00 | **Painting Fee** | $800 per room |
| Tub/Shower | $35.00 | | |
| Sink | $15.00 | | |
| Floors | $35.00 | | |
| Walls | $50.00 | | |

By initialing below, you acknowledge and agree to the terms in Section 6.



# 7. Garbage & Recycling Procedures

## 7.1  GARBAGE & RECYCLING PROCEDURES

Please read the following garbage and recycling policies that apply to your unit:

- **Multi-Family House (6 units or less):**

  - The City of New Haven is responsible for your trash. The house will be supplied with blue, generic trash bins. These bins are emptied by the city, but it is the tenant's responsibility to move the bins to the street each trash day. **The tenant will be charged a $25 fee each time the bins are left unemptied.**
  - Please go to this website to find out what day your trash is picked up: *http://www.cityofnewhaven.com/PublicWorks/index.asp*

- **Apartment Building and Complexes with more than 6 units:**

  - A larger dumpster will be on the property for all units to access. These dumpsters are only to be used for household trash, not any bulk furniture.

- **Recycling**

  - The owner of your building does not supply recycling services.
  - However, we do encourage you to contact the City of New Haven Public Works Department as they will issue you a recycling bin. If interested, please call 203-946-8200.

I, ███████████████████████████ understand that I am not permitted to leave bulk trash, e.g., furniture, appliances, electronics and other unwanted items:

- In the apartment
- On the curb
- In or beside a dumpster
- In the front of or behind my building/ house
- In the hallway
- In the basement of my building/house

f you leave any items of trash behind, you will be charged:

- **$100 for every trash bag that in not in a trash can or in a dumpster.**
- **$250 for every piece of furniture or other unwanted item**

You must arrange with the town directly and several months in advance, because there is a waiting list for a "Bulk Trash" pick up.

If for some reason the dumpster is full, please call your property manager at the office  203-671-1924, to discuss the details.

By initialing below, you acknowledge and agree to the terms in Section 7.



# 8. Lead Disclosure

## 8.1  DISCLOSURE OF INFORMATION ON LEAD-BASED PAINT AND/OR LEAD-BASED PAINT HAZARDS

Housing built before 1978 may contain lead-based paint. Lead from paint, paint chips, and dust can pose health hazards if not managed properly. Lead exposure is especially harmful to young children and pregnant women. Before renting pre-1978 housing, Lessor must disclose the present of known lead-based paint and/ or lead-based paint hazards in the dwelling. Lessees must also receive a federally approved pamphlet on lead poisoning prevention.

## 8.2  LESSOR'S DISCLOSURE

1. Presence of lead-based paint and/or lead-based paint hazards (check (i) or (ii) below):

(i)          ☐ Known    lead-based    paint    and/or    lead-based    hazards    are    present    in    the    housing    (explain).

(ii)    ☐ Lessor has no knowledge of lead-based paint and/or lead-based paint hazard in the housing.


2. Record and reports available to the Lessor (check (i) or (ii) below):

(i)       ☐ Lessor has provided the Lessee with all available records and reports pertaining to lead-based paint and/or lead-based paint hazards in the housing (list documents below).

(ii)       ☐ Lessor has no reports or records pertain to lead based-paint and/or lead-based paint hazards in the housing.

## 8.3  LESSEE'S ACKNOWLEDGEMENT (INITIAL)

1. Lessee has received copies of all information listed above.

## 8.4  LESSEE'S ACKNOWLEDGEMENT (INITIAL)

2. Lessee has received the pamphlet *Protect Your Family from lead in Your Home*

## 8.5  AGENT'S ACKNOWLEDGEMENT (INITIAL)

*Agent has informed the Lessor of the Lessor's obligations under 42 U.S.C. 4852 (d) and is aware of his/her responsibility to ensure compliance.*

## 8.6  CERTIFICATION OF ACCURACY

By signing this lease, the following parties certify that they have reviewed the information above and, to the best of their knowledge, that the information they have provided is true and accurate.

By initialing below, you acknowledge and agree to the terms in Section 8.

ment 72-2

# Simple Steps To Protect Your Family From Lead Hazards

## If you think your home has high levels of lead:

◆ Get your young children tested for lead, even if they seem healthy.

◆ Wash children's hands, bottles, pacifiers, and toys often.

◆ Make sure children eat healthy, low-fat foods.

◆ Get your home checked for lead hazards.

◆ Regularly clean floors, window sills, and other surfaces.

◆ Wipe soil off shoes before entering house.

◆ Talk to your landlord about fixing surfaces with peeling or chipping paint.

◆ Take precautions to avoid exposure to lead dust when remodeling or renovating (call 1-800-424-LEAD for guidelines).

◆ Don't use a belt-sander, propane torch, high temperature heat gun, scraper, or sandpaper on painted surfaces that may contain lead.

◆ Don't try to remove lead-based paint yourself.

**Recycled/Recyclable**
Printed with vegetable oil based inks on recycled paper (minimum 50% postconsumer) process chlorine free.



# Protect Your Family From Lead In Your Home





 United States
Environmental
Protection Agency

 United States
Consumer Product
Safety Commission

 United States
Department of Housing
and Urban Development

# Are You Planning To Buy, Rent, or Renovate a Home Built Before 1978?

Many houses and apartments built before 1978 have paint that contains high levels of lead (called lead-based paint). Lead from paint, chips, and dust can pose serious health hazards if not taken care of properly.



**OWNERS, BUYERS, and RENTERS** are encouraged to check for lead (see page 6) before renting, buying or renovating pre-1978 housing.

Federal law requires that individuals receive certain information before renting, buying, or renovating pre-1978 housing:



**LANDLORDS** have to disclose known information on lead-based paint and lead-based paint hazards before leases take effect. Leases must include a disclosure about lead-based paint.



**SELLERS** have to disclose known information on lead-based paint and lead-based paint hazards before selling a house. Sales contracts must include a disclosure about lead-based paint. Buyers have up to 10 days to check for lead.



**RENOVATORS** disturbing more than 2 square feet of painted surfaces have to give you this pamphlet before starting work.

# IMPORTANT!

## Lead From Paint, Dust, and Soil Can Be Dangerous If Not Managed Properly

**FACT:** Lead exposure can harm young children and babies even before they are born.

**FACT:** Even children who seem healthy can have high levels of lead in their bodies.

**FACT:** People can get lead in their bodies by breathing or swallowing lead dust, or by eating soil or paint chips containing lead.

**FACT:** People have many options for reducing lead hazards. In most cases, lead-based paint that is in good condition is not a hazard.

**FACT:** Removing lead-based paint improperly can increase the danger to your family.

If you think your home might have lead hazards, read this pamphlet to learn some simple steps to protect your family.

1

# Lead Gets in the Body in Many Ways

**Childhood lead poisoning remains a major environmental health problem in the U.S.**

**Even children who appear healthy can have dangerous levels of lead in their bodies.**

**People can get lead in their body if they:**

◆ Breathe in lead dust (especially during renovations that disturb painted surfaces).

◆ Put their hands or other objects covered with lead dust in their mouths.

◆ Eat paint chips or soil that contains lead.

**Lead is even more dangerous to children under the age of 6:**

◆ At this age children's brains and nervous systems are more sensitive to the damaging effects of lead.

◆ Children's growing bodies absorb more lead.

◆ Babies and young children often put their hands and other objects in their mouths. These objects can have lead dust on them.

**Lead is also dangerous to women of childbearing age:**

◆ Women with a high lead level in their system prior to pregnancy would expose a fetus to lead through the placenta during fetal development.



2

## Lead's Effects

It is important to know that even exposure to low levels of lead can severely harm children.

### In children, lead can cause:

◆ Nervous system and kidney damage.

◆ Learning disabilities, attention deficit disorder, and decreased intelligence.

◆ Speech, language, and behavior problems.

◆ Poor muscle coordination.

◆ Decreased muscle and bone growth.

◆ Hearing damage.

While low-lead exposure is most common, exposure to high levels of lead can have devastating effects on children, including seizures, unconsciousness, and, in some cases, death.

Although children are especially susceptible to lead exposure, lead can be dangerous for adults too.

### In adults, lead can cause:

◆ Increased chance of illness during pregnancy.

◆ Harm to a fetus, including brain damage or death.

◆ Fertility problems (in men and women).

◆ High blood pressure.

◆ Digestive problems.

◆ Nerve disorders.

◆ Memory and concentration problems.

◆ Muscle and joint pain.



Brain or Nerve Damage

Hearing Problems

Slowed Growth

Digestive Problems

Reproductive Problems (Adults)

**Lead affects the body in many ways.**

3

# Where Lead-Based Paint Is Found

**In general, the older your home, the more likely it has lead-based paint.**

**Many homes built before 1978 have lead-based paint.** The federal government banned lead-based paint from housing in 1978. Some states stopped its use even earlier. Lead can be found:

◆ In homes in the city, country, or suburbs.

◆ In apartments, single-family homes, and both private and public housing.

◆ Inside and outside of the house.

◆ In soil around a home. (Soil can pick up lead from exterior paint or other sources such as past use of leaded gas in cars.)

# Checking Your Family for Lead

**Get your children and home tested if you think your home has high levels of lead.**

**To reduce your child's exposure to lead, get your child checked, have your home tested (especially if your home has paint in poor condition and was built before 1978), and fix any hazards you may have.** Children's blood lead levels tend to increase rapidly from 6 to 12 months of age, and tend to peak at 18 to 24 months of age.

Consult your doctor for advice on testing your children. A simple blood test can detect high levels of lead. Blood tests are usually recommended for:

◆ Children at ages 1 and 2.

◆ Children or other family members who have been exposed to high levels of lead.

◆ Children who should be tested under your state or local health screening plan.

Your doctor can explain what the test results mean and if more testing will be needed.

4

# Identifying Lead Hazards

**Lead-based paint** is usually not a hazard if it is in good condition, and it is not on an impact or friction surface, like a window. It is defined by the federal government as paint with lead levels greater than or equal to 1.0 milligram per square centimeter, or more than 0.5% by weight.

**Deteriorating lead-based paint (peeling, chipping, chalking, cracking or damaged)** is a hazard and needs immediate attention. It may also be a hazard when found on surfaces that children can chew or that get a lot of wear-and-tear, such as:

◆ Windows and window sills.

◆ Doors and door frames.

◆ Stairs, railings, banisters, and porches.

**Lead from paint chips, which you can see, and lead dust, which you can't always see, can both be serious hazards.**

**Lead dust** can form when lead-based paint is scraped, sanded, or heated. Dust also forms when painted surfaces bump or rub together. Lead chips and dust can get on surfaces and objects that people touch. Settled lead dust can re-enter the air when people vacuum, sweep, or walk through it. The following two federal standards have been set for lead hazards in dust:

◆ 40 micrograms per square foot ($\mu$g/ft$^2$) and higher for floors, including carpeted floors.

◆ 250 $\mu$g/ft$^2$ and higher for interior window sills.

**Lead in soil** can be a hazard when children play in bare soil or when people bring soil into the house on their shoes. The following two federal standards have been set for lead hazards in residential soil:

◆ 400 parts per million (ppm) and higher in play areas of bare soil.

◆ 1,200 ppm (average) and higher in bare soil in the remainder of the yard.

The only way to find out if paint, dust and soil lead hazards exist is to test for them. The next page describes the most common methods used.

5

# Checking Your Home for Lead

**Just knowing that a home has lead-based paint may not tell you if there is a hazard.**

You can get your home tested for lead in several different ways:

◆ A paint **inspection** tells you whether your home has lead-based paint and where it is located. It won't tell you whether or not your home currently has lead hazards.

◆ A **risk assessment** tells you if your home currently has any lead hazards from lead in paint, dust, or soil. It also tells you what actions to take to address any hazards.

◆ A combination risk assessment and inspection tells you if your home has any lead hazards and if your home has any lead-based paint, and where the lead-based paint is located.

Hire a trained and certified testing professional who will use a range of reliable methods when testing your home.



◆ Visual inspection of paint condition and location.

◆ A portable x-ray fluorescence (XRF) machine.

◆ Lab tests of paint, dust, and soil samples.

There are state and federal programs in place to ensure that testing is done safely, reliably, and effectively. Contact your state or local agency (see bottom of page 11) for more information, or call **1-800-424-LEAD (5323)** for a list of contacts in your area.

**Home test kits for lead are available, but may not always be accurate.** Consumers should not rely on these kits before doing renovations or to assure safety.

6

## What You Can Do Now To Protect Your Family

**If you suspect that your house has lead hazards, you can take some immediate steps to reduce your family's risk:**



◆ **If you rent, notify your landlord of peeling or chipping paint.**

◆ **Clean up paint chips immediately.**

◆ **Clean floors, window frames, window sills, and other surfaces weekly**. Use a mop or sponge with warm water and a general all-purpose cleaner or a cleaner made specifically for lead. REMEMBER: NEVER MIX AMMONIA AND BLEACH PRODUCTS TOGETHER SINCE THEY CAN FORM A DANGEROUS GAS.

◆ **Thoroughly rinse sponges and mop heads after cleaning dirty or dusty areas**.



◆ **Wash children's hands often, especially before they eat and before nap time and bed time.**

◆ **Keep play areas clean.** Wash bottles, pacifiers, toys, and stuffed animals regularly.

◆ **Keep children from chewing window sills or other painted surfaces.**

◆ **Clean or remove shoes before entering your home to avoid tracking in lead from soil.**

◆ **Make sure children eat nutritious, low-fat meals high in iron and calcium,** such as spinach and dairy products. Children with good diets absorb less lead.



7

# Reducing Lead Hazards In The Home

**Removing lead improperly can increase the hazard to your family by spreading even more lead dust around the house.**

**Always use a professional who is trained to remove lead hazards safely.**



In addition to day-to-day cleaning and good nutrition:

◆ You can **temporarily** reduce lead hazards by taking actions such as repairing damaged painted surfaces and planting grass to cover soil with high lead levels. These actions (called "interim controls") are not permanent solutions and will need ongoing attention.

◆ To **permanently** remove lead hazards, you should hire a certified lead "abatement" contractor. Abatement (or permanent hazard elimination) methods include removing, sealing, or enclosing lead-based paint with special materials. Just painting over the hazard with regular paint is not permanent removal.

Always hire a person with special training for correcting lead problems—someone who knows how to do this work safely and has the proper equipment to clean up thoroughly. Certified contractors will employ qualified workers and follow strict safety rules as set by their state or by the federal government.

Once the work is completed, dust cleanup activities must be repeated until testing indicates that lead dust levels are below the following:

◆ 40 micrograms per square foot ($\mu$g/ft$^2$) for floors, including carpeted floors;

◆ 250 $\mu$g/ft$^2$ for interior windows sills; and

◆ 400 $\mu$g/ft$^2$ for window troughs.

Call your state or local agency (see bottom of page 11) for help in locating certified professionals in your area and to see if financial assistance is available.

# Remodeling or Renovating a Home With Lead-Based Paint

Take precautions before your contractor or you begin remodeling or renovating anything that disturbs painted surfaces (such as scraping off paint or tearing out walls):



◆ **Have the area tested for lead-based paint.**

◆ **Do not use a belt-sander, propane torch, high temperature heat gun, dry scraper, or dry sandpaper** to remove lead-based paint. These actions create large amounts of lead dust and fumes. Lead dust can remain in your home long after the work is done.

◆ **Temporarily move your family** (especially children and pregnant women) out of the apartment or house until the work is done and the area is properly cleaned. If you can't move your family, at least completely seal off the work area.

◆ **Follow other safety measures to reduce lead hazards.** You can find out about other safety measures by calling 1-800-424-LEAD. Ask for the brochure "Reducing Lead Hazards When Remodeling Your Home." This brochure explains what to do before, during, and after renovations.

**If not conducted properly, certain types of renovations can release lead from paint and dust into the air.**

If you have already completed renovations or remodeling that could have released lead-based paint or dust, get your young children tested and follow the steps outlined on page 7 of this brochure.



# Other Sources of Lead



**While paint, dust, and soil are the most common sources of lead, other lead sources also exist.**





◆ **Drinking water.** Your home might have plumbing with lead or lead solder. Call your local health department or water supplier to find out about testing your water. You cannot see, smell, or taste lead, and boiling your water will not get rid of lead. If you think your plumbing might have lead in it:

   • Use only cold water for drinking and cooking.

   • Run water for 15 to 30 seconds before drinking it, especially if you have not used your water for a few hours.

◆ **The job.** If you work with lead, you could bring it home on your hands or clothes. Shower and change clothes before coming home. Launder your work clothes separately from the rest of your family's clothes.

◆ Old painted **toys** and **furniture.**

◆ Food and liquids stored in **lead crystal** or **lead-glazed pottery or porcelain.**

◆ **Lead smelters** or other industries that release lead into the air.

◆ **Hobbies** that use lead, such as making pottery or stained glass, or refinishing furniture.

◆ **Folk remedies** that contain lead, such as "greta" and "azarcon" used to treat an upset stomach.

10

# For More Information



**The National Lead Information Center**

Call **1-800-424-LEAD (424-5323)** to learn how to protect children from lead poisoning and for other information on lead hazards. To access lead information via the web, visit **www.epa.gov/lead** and **www.hud.gov/offices/lead/.**

**EPA's Safe Drinking Water Hotline**

Call **1-800-426-4791** for information about lead in drinking water.

**Consumer Product Safety Commission (CPSC) Hotline**



To request information on lead in consumer products, or to report an unsafe consumer product or a product-related injury call **1-800-638-2772**, or visit CPSC's Web site at: **www.cpsc.gov.**

**Health and Environmental Agencies**

Some cities, states, and tribes have their own rules for lead-based paint activities. Check with your local agency to see which laws apply to you. Most agencies can also provide information on finding a lead abatement firm in your area, and on possible sources of financial aid for reducing lead hazards. Receive up-to-date address and phone information for your local contacts on the Internet at **www.epa.gov/lead** or contact the National Lead Information Center at **1-800-424-LEAD.**



For the hearing impaired, call the Federal Information Relay Service at **1-800-877-8339** to access any of the phone numbers in this brochure.

# EPA Regional Offices

Your Regional EPA Office can provide further information regarding regulations and lead protection programs.

**EPA Regional Offices**

**Region 1** (Connecticut, Massachusetts, Maine, New Hampshire, Rhode Island, Vermont)

> Regional Lead Contact
> U.S. EPA Region 1
> Suite 1100 (CPT)
> One Congress Street
> Boston, MA  02114-2023
> 1 (888) 372-7341

**Region 2** (New Jersey, New York, Puerto Rico, Virgin Islands)

> Regional Lead Contact
> U.S. EPA Region 2
> 2890 Woodbridge Avenue
> Building 209, Mail Stop 225
> Edison, NJ  08837-3679
> (732) 321-6671

**Region 3** (Delaware, Maryland, Pennsylvania, Virginia, Washington DC, West Virginia)

> Regional Lead Contact
> U.S. EPA Region 3 (3WC33)
> 1650 Arch Street
> Philadelphia, PA  19103
> (215) 814-5000

**Region 4** (Alabama, Florida, Georgia, Kentucky, Mississippi, North Carolina, South Carolina, Tennessee)

> Regional Lead Contact
> U.S. EPA Region 4
> 61 Forsyth Street, SW
> Atlanta, GA  30303
> (404) 562-8998

**Region 5** (Illinois, Indiana, Michigan, Minnesota, Ohio, Wisconsin)

> Regional Lead Contact
> U.S. EPA Region 5 (DT-8J)
> 77 West Jackson Boulevard
> Chicago, IL  60604-3666
> (312) 886-6003

**Region 6** (Arkansas, Louisiana, New Mexico, Oklahoma, Texas)

> Regional Lead Contact
> U.S. EPA Region 6
> 1445 Ross Avenue, 12th Floor
> Dallas, TX  75202-2733
> (214) 665-7577

**Region 7** (Iowa, Kansas, Missouri, Nebraska)

> Regional Lead Contact
> U.S. EPA Region 7
> (ARTD-RALI)
> 901 N. 5th Street
> Kansas City, KS  66101
> (913) 551-7020

**Region 8** (Colorado, Montana, North Dakota, South Dakota, Utah, Wyoming)

> Regional Lead Contact
> U.S. EPA Region 8
> 999 18th Street, Suite 500
> Denver, CO  80202-2466
> (303) 312-6021

**Region 9** (Arizona, California, Hawaii, Nevada)

> Regional Lead Contact
> U.S. Region 9
> 75 Hawthorne Street
> San Francisco, CA  94105
> (415) 947-4164

**Region 10** (Alaska, Idaho, Oregon, Washington)

> Regional Lead Contact
> U.S. EPA Region 10
> Toxics Section WCM-128
> 1200 Sixth Avenue
> Seattle, WA  98101-1128
> (206) 553-1985

# CPSC Regional Offices

Your Regional CPSC Office can provide further information regarding regulations and consumer product safety.

**Eastern Regional Center**
Consumer Product Safety Commission
201 Varick Street, Room 903
New York, NY 10014
(212) 620-4120

**Western Regional Center**
Consumer Product Safety Commission
1301 Clay Street, Suite 610-N
Oakland, CA 94612
(510) 637-4050

**Central Regional Center**
Consumer Product Safety Commission
230 South Dearborn Street, Room 2944
Chicago, IL 60604
(312) 353-8260

# HUD Lead Office

Please contact HUD's Office of Healthy Homes and Lead Hazard Control for information on lead regulations, outreach efforts, and lead hazard control and research grant programs.

**U.S. Department of Housing and Urban Development**
Office of Healthy Homes and Lead Hazard Control
451 Seventh Street, SW, P-3206
Washington, DC 20410
(202) 755-1785

This document is in the public domain. It may be reproduced by an individual or organization without permission. Information provided in this booklet is based upon current scientific and technical understanding of the issues presented and is reflective of the jurisdictional boundaries established by the statutes governing the co-authoring agencies. Following the advice given will not necessarily provide complete protection in all situations or against all health hazards that can be caused by lead exposure.

U.S. EPA Washington DC 20460          EPA747-K-99-001
U.S. CPSC Washington DC 20207         June 2003
U.S. HUD Washington DC 20410

13

## The Farnam Group

982 State Street • New Haven, CT 06511
(203) 671-1924



# 9

## Lead_Packet_English.pdf

X _____ ▬ _____    X _____ ▬ _____    X _____ ▬ _____    X _____ ▬ _____

## The Farnam Group

982 State Street • New Haven, CT 06511
(203) 671-1924



# 10. Sign and Accept

### 10.1  LEASEE SIGNATURE

The co-signer agrees to all aspects of this lease in the event that the Lessee defaults on his or her obligations.



X ▇▇▇▇▇▇▇▇▇▇_____
Lessee                    IP Address: 130.132.173.189
                          10/24/2018 02:35pm EDT

X ▇▇▇▇▇▇▇▇▇▇_____
Lessee                    IP Address: 130.132.173.165
                          10/28/2018 07:47pm EDT

X ▇▇▇▇▇▇▇▇▇▇_____
Lessee                    IP Address: 130.132.173.143
                          10/25/2018 01:36pm EDT

X ▇▇▇▇▇▇▇▇▇▇_____
Lessor                    IP Address: 205.197.242.20
                          11/10/2018 08:09am EST

X ▇▇▇▇▇▇▇▇_____
Lessee                    IP Address: 130.132.173.114
                          10/25/2018 07:51pm EDT

# The Farnam Group

982 State Street • New Haven, CT 06511
(203) 671-1924



# 1. Residential Lease

## 1.1  BASIC INFORMATION

This Lease Contract is between you, the undersigned resident(s):

██████████████████████████████████

and us, the owner/agent:

### The Farnam Group

You have agreed to rent the property located at

340-342 Elm St
New Haven, CT 06511

for use as a private residence only. The terms "you" and "your" refer to all residents listed above.
The terms "we," "us," and "our" refer to the owner/agent  listed.

The apartment will be occupied exclusively by the resident(s) listed above. The Owner/Agent
must approve unauthorized occupants living in the premises for longer than 7 consecutive days.

## 1.2  TENANT INFORMATION

███████████████

Financially Responsible

███████████████████

███████████████

Financially Responsible

████████████████████████

███████████

Financially Responsible

██████████████████

█████████████

Financially Responsible

███████████████████

████████████

Financially Responsible

████████████

Date of Birth: _____

SSN: _____

Co-Signer(s), if applicable:

## 1.3  ADDITIONAL OCCUPANTS

Additional Authorized Occupant(s), if applicable:

## 1.4  LEASED PREMISES

340 Elm Street - 2nd
New Haven, CT 06511

## 1.5  TERM OF LEASE

06/01/2019  to  05/31/2020

## 1.6  RENT

Rent       $5,400.00
**Total:**     **$5,400.00**

Monthly Rent: <u>$5,400.00</u>

Total Rent for Lease Term: <u>$64,800.00</u>

Security Deposit: <u>$5,400.00</u>

Additional Lease information (pet, parking, charges, etc.):

## 1.7  AGREEMENT

You, and we, agree that this Lease and its attachments set forth our entire agreement. Neither you, nor we, shall claim that the other has made any other promise or agreement unless the promise or agreement is in writing and signed by the party making the promise or agreement after date of this lease. The co-signer agrees to all aspects of this lease in the event that the Lessee defaults on his or her obligations.

## 1.8  BINDING EFFECT

The agreement in this lease shall be binding upon and benefit us, and you, and our and your respective successors, heirs, executors, administrators, and assigns.

By initialing below, you acknowledge and agree to the terms in Section 1.



# 2. Terms and Responsibilities

## 2.1  DEFINITIONS

In this lease, the following words in this Definitions section have the meanings, which follow them:

**YOU, YOUR, and TENANT:** The person signing this lease as Tenant and any other person occupying the dwelling with our permission.

**WE, OUR, US and LANDLORD:** The person or agent signing this Lease as Landlord and anyone who becomes the owner of the dwelling after the date this Lease is signed and still in effect.

## 2.2  GENERAL TERMS

1. Pets are an important consideration for tenant and landlord alike. Pets are not permitted at the time of move-in or at any time that this lease is in effect without our prior written authorization, which may be reasonably withheld. Should we determine that you are allowed to keep or acquire any pets, you will be required to sign a Pet Addendum to this Lease and pay a monthly Pet Fee as specified. You have disclosed to us that you have or intend to have the following pets:

2. If you or any occupant are currently or should later enlist in the military service while occupying this unit you must notify us in writing immediately.
3. You agree to leave behind any fixture added to this unit. A fixture is anything that is attached to a wall, door, or other surface of the unit. With the exception of wall hangings and window treatments.
4. Tenant has inspected all smoke detectors in the unit and has found them to be in good working condition and agrees not to tamper with them and if said detectors become in need of repair Tenant agrees to contact the Landlord in writing of their disrepair. Tenant shall be responsible to replace batteries as needed.
5. Tenant understands and covenants that taking occupancy of this leased unit makes them the controlling factor of this unit and does by this action take full responsibility of upkeep and compliance with all state federal and local codes. Tenant agrees to contact the Landlord in writing of any noncompliance.
6. The taking possession of the leased premises shall be conclusive evidence that the tenant has examined the unit and building that the unit is in, with all common areas, and that they were in good condition at the time of occupancy.

7. Tenant agrees to insure (Tenants Insurance) against all losses that may occur to him or herself or visitors or occupants, and name the Landlord as additional insured on the policy. Tenant agrees to hold Landlord harmless from any and all losses to tenant resulting from tenant's lack of obtaining such insurance.

8. In the event environmental conditions are found to exist at the premises and the health and safety of the occupants is determined to be in jeopardy, the Lessee agrees to vacate the premises and this lease will become null and void.

9. Landlord agrees to comply with their responsibilities imposed by Connecticut Law to the extent that such responsibilities have been permissibly imposed upon the tenant elsewhere herein.

## 2.3  TENANT RESPONSIBILITIES

Tenant agrees to the following terms:

1. We may access your unit upon 24-hours' notice for the purpose of examining the unit, to show the unit to prospective tenants or buyers and to make repairs. We may access your unit without notice in an emergency or to cure a defect that requires immediate attention or further damage will be caused. We strongly recommend that you adjust your schedule to be present when we access your unit.

2. At the termination of this lease, you agree to clean the appliances, leave the unit clean and in the same condition as when you moved in reasonable wear and tear excepted.

3. You agree to leave behind any fixture added to this unit. A fixture is anything that is attached to a wall, door, or other surface of the unit.

4. If the unit is a single family residence, you agree to provide and maintain appropriate receptacles for the removal of rubbish and other waste. In a multi-family residence, you agree to remove all rubbish and other waste to the receptacles provided by us. You agree not to leave rubbish or other waste on grounds, in front of or next to containers or in any other areas of parking lots.

5. You agree to abide by any responsibility placed upon you by all state, federal, and local codes including fire codes.

6. You agree not to store any type of grill or cooking device on your deck or patio, or within 10 feet of the building.

7. You agree not to add to or remove fixtures or other improvements from the property without the Landlord's permission.

8. You agree not to park cars or place other apparatus in an area not designated for such use. Cars will be towed at car owner's expense if parked in an unauthorized or undesignated area. Valid tenant permit must be displayed at all times.

9. You agree to keep apartment clean, neat, and safe. To perform at a minimum monthly cleaning of tub, shower, sink, toilet and bathroom tiles to prevent the buildup of mold and mildew. We will not be responsible for the build of mold and mildew caused by your lack of diligence to keep the unit clean and sanitary. If we are notified that you do not clean, the bathroom will be cleaned and you will be fined for each occurrence.

10. You agree to avoid disturbing your neighbors' quiet enjoyment of their dwellings and to require other individuals in your dwelling to do the same.

11. You agree not to use or allow use of a waterbed in the dwelling without our prior written consent.

12. You agree to replace light bulbs within the apartment as needed.

13. You agree not to keep anything in windows except for curtains or blinds. Flags, blankets, sheets, stickers, posters, etc. are not permitted at any time.

14. You agree not to smoke any tobacco products within the common areas or to dispose of waste on property grounds. Not to use, or allow visitors to use, illegal drugs or in the apartment, the building or anywhere on the property nor drink alcohol in common areas or on property grounds. The use or sale of illegal drugs on the premises will subject the tenant to immediate eviction.

15. Holding Over: You have no right to remain in the Dwelling after this lease ends without the prior express written consent of the landlord. If you remain in the Dwelling without our written consent past the term of this Lease and we have not otherwise terminated your tenancy by the service of a notice to Quit, this lease shall be automatically renewed for the term of one month and the rent shall be increased by 15%. The landlord will also have the right to further fair and equitable rent increases upon written notice to you for subsequent months as provided under CT law. You will otherwise remain subject to all of the other terms and conditions in this lease.

16. You must provide us with notice of your intent to vacate the premises or of your intent to apply for a renewal of your lease 6 months in advance. You understand that if you vacate during the term of your lease you will be responsible for the rental balance of your lease. You understand that during said 6 month period we may enter your apartment upon 24 hours notice to show the premises to prospective tenants even if you are negotiating for a new lease term. You understand and agree that your failure to provide us with this notice will cause us to incur damages. Since said damages cannot be determined you agree to pay as liquidated damages an amount equal to one-month's rent for your failure to provide us with timely notice and/or your failure to allow access. You further authorize us to deduct the liquidated damages from your security deposit, should you fail to pay them to us before vacating.

17. You agree that if your toilets and sinks are within your exclusive control and if they become clogged due to your irresponsible use you may be charged for the maintenance or professional plumber service required.

18. You agree not to paint any walls without prior approval from the Property Manager. If you do not comply you will be charged a painting fee of $200 per room. (If walls are not repainted to original color, you will be charged $800 from your security deposit to cover the repainting costs – per original lease)

19. You agree not to sublease, release or allow any additional occupants to reside in the premises without our prior written authorization; which authorization may be reasonably withheld.

20. Tenant shall pay landlords costs and expenses to enforce the lessee, including attorney fees.

21. Renter's Insurance is strongly encouraged at the time of lease signing, as the owner is not responsible for the loss of personal property nor the damage of personal property.

22. If you add a roommate or other adult occupant to your lease, you will be subject to an additional $200.00 monthly fee. You must notify the landlord if anyone takes occupancy in your unit. If you do not notify the landlord, and it is discovered, you will be in violation of your lease.

23. You agree not to keep washers or dryers in any apartments whether installed or portable without our prior written consent. Tenant agrees that the use of washers and dryers in the building laundry, if any, is undertaken at the tenant and occupant's own risk, and that the landlord will not be responsible for any loss or damage to clothing or other property as a result of use of washers and dryers.
24. Tenant may install one air conditioning unit in apartment of 7000 BTUs if apartment does not have central air conditioning. No air conditioners may be installed in windows facing the street side of the building.
25. Tenant agrees not to change any locks, and tenant agrees that a fee of $500 will be withheld from security deposit if locks are changed.

## 2.4  OTHER TERMS

Severability Clause: In the event any clause in this lease should be found to be unenforceable then that clause alone shall be deemed defective from this lease and the rest of this lease will remain in force.

In the event that the monthly payment is not received within 9 days after the due date for payment, or you fail to comply with any other of the terms of this lease, we will commence legal procedures as prescribed by law. In such event, you will be responsible pay the reasonable costs of sheriff, court, lawyer, mover, administration, and collections.

The tenant agrees that this is and shall be subject and subordinate to all mortgages now or to be placed on the property. This clause shall be self-operative.

In the event the premises are damaged or destroyed by fire or other disaster or acquired for public use, then this lease, at the option of the Landlord, shall cease and terminate and the tenant will have no claim for damages.

This dwelling unit you are renting does not have a fire sprinkler system.

By initialing below, you acknowledge and agree to the terms in Section 2.



# 3. Financial Addendum

## 3.1  ACCEPTED METHODS OF PAYMENT

Unless otherwise instructed, all payments must be made online through the tenant portal at **https://farnamgroup.appfolio.com/connect**

## 3.2  FIRST MONTH'S RENT AND SECURITY DEPOSIT

- The security deposit and a full month's rent must be paid immediately upon signing this lease. Pro-rated rent, if any, will be applied on the 2nd month after move-in.

## 3.3  LATE PAYMENT POLICY

Monthly payments are due the 1st day of each month. **If not paid by the 10th day of the month, an additional $100 late fee will be charged.**

I understand that if my rent is not received by the 15th of the month, I may be issued a "Notice to Quit", which will result in an additional $75.00 fee.

## 3.4  BOUNCED CHECK (OR NON-SUFFICIENT FUNDS) POLICY

All checks returned unpaid by your financial institution due to non-sufficient funds are subject to a **$75.00 non-sufficient funds fee** and must be replaced promptly, along with the $75.00 fee, by **money order, credit card or certified cashier's check**. In the event that a check is returned unpaid due to non-sufficient funds during your tenancy, **all future rental payments must be made by money order, credit card or certified cashier's check.**

## 3.5  LOCK-OUT POLICY

If you lose your keys, or lock them in your apartment, car, or other location and need a Farnam Realty Group employee to help you re-gain access to your apartment, **you will be charged $150.00 for a Lockout fee. This fee** *must* **be paid at the time of service.**

## 3.6  UTILITIES INCLUDED

The following utilities will be **included** in your monthly rent charge, and will not incur any extra charges per this agreement:

 water and sewer

## 3.7  UTILITY CHANGEOVER

I, ███████████████████████████████████████ , give permission to The Farnam Realty Group to change the utilities over to my name if I do not do so by move-in date and if utilities are not explicitly included in my lease.

United Illuminating **1-800-722-5584**

Tenant Pays as of  06/01/2019

Southern Connecticut Gas **1-800-659-8299**

Tenant Pays as of  06/01/2019

By initialing below, you acknowledge and agree to the terms in Section 3.





# 4. Lease Termination Policy

## 4.1  LEASE TERMINATION POLICY

I, █████████████████████████████████████ hereby acknowledge, that I am responsible for the entire value  $64,800.00  of this lease. In the event that I need to move out before the end of my lease, I understand that The Farnam Realty Group will immediately start searching for a replacement tenant when I give my notice. If The Farnam Realty Group finds a replacement tenant, I agree to pay a fee of  $5,400.00 .

I understand that I am financially responsible until the replacement tenant signs a lease and moves in. Any amount of lost rent during this time of transition is my financial responsibility.

I may also find a new tenant to take over the balance of my financial obligation. I understand that I can only exercise this option until three months before the original end-date of this lease. I understand that this tenant must be approved by the landlord to be a viable replacement option. In the event that I find my own replacement tenant, **I agree to pay an administrative fee of $250.00 to The Farnam Realty Group**.

6

In the event that The Farnam Realty Group finds a replacement tenant before I do, I agree to pay the fee of $5,400.00 regardless of the status of my own search for a replacement tenant.

## 4.2  SALE OF UNIT

In the event that the Dwelling (building, house, condo, etc) that I am living in is to be sold, I understand that I will comply completely with any showings, and will remove myself from the unit during these times.

By initialing below, you acknowledge and agree to the terms in Section 4.



# 5. Environmental & Safety Procedures

## 5.1  TENANT OBLIGATIONS

████████████████ (owner) and <u>The Farnam Realty Group LLC</u> (manager), collectively acting as "Landlord", wish to make sure that your apartment and building are maintained in safe condition. We request you confirm your receipt, understanding, and agreement to comply with the following procedures regarding your safety and the safety of other tenants. The term I (and/or "we") refer to the person(s) signing the lease and/or the person(s) occupying the apartment or visiting the apartment on a regular basis:

I (we) understand that **fireplaces** are **not** to be used. In the interest of fire safety, most fireplace flues (chimneys) have been blocked in order to prevent use. Fireplaces are cosmetic only. I (we) understand that failure to comply with this restriction will represent a breach under the lease, and that I (we) are responsible for any resulting damage (or liability claims) incurred by Landlord or other tenants.

We recommend that all tenants carry a policy for "**Tenant's / Renter's Insurance with Liability Coverage**" to protect their property and themselves for damages or financial claims arising for reasons other than gross-negligence by the Landlord. Your property is not covered under the Landlord's insurance. Such policies can also provide financial protection in the event that you inadvertently create damage or liability to the property of landlord or others.

**Smoking** is **not** allowed in the units, unless you provide evidence of "Renter's Insurance".

I (we) acknowledge that the building and our apartment have a potential to contain surfaces painted with **lead paint** (like almost every other building built in the 1970's or earlier). Lead paint is known to present a severe and significant health hazard to **children under eight** years of age if consumed, inhaled, or otherwise absorbed into the body. I (we) acknowledge receipt of the **EPA Booklet "*Protect Your Family From Lead In Your Home*"** and agree to read the booklet prior to taking occupancy.

I (we) recognize that the Landlord attempts to maintain paint in a condition which is not cracked, peeling, or otherwise presenting a risk of ingestion. Should I (we) notice **cracked, peeling, or chipped paint in my apartment at any time when a child under eight** is living (per my lease) or visiting for an extended (or repeated) time(s), I (we) will immediately notify the managing agent. I (we) recognize that this notification allows the Landlord to immediately take actions to eliminate any potential risk to the health of a child arising from a deteriorated paint condition.

I (we) recognize that removal of **batteries** from any **smoke detectors** in my apartment and/or any common areas shall constitute a breach under the lease on my (our) behalf. I (we) agree to notify the Landlord immediately of any smoke detectors of which I (we) become aware are inoperable for any reason. Landlord, not the tenant, is responsible for the cost of these repairs

**Cooking or Gas Grills** are not to be used on fire-escapes, balconies, porches or within 10 feet of the building.

I (we) agree that the **basement** areas are **only** to be used for the purposes of laundry and storage, and only within the designated areas as applicable. Entry into any other area or using the basements for any other use will be considered a willful violation (by you) of the lease terms.

I (we) agree that we shall **not lock or obstruct any window grates** or metal window screens which, in violation of local fire laws, could slow down or prevent my exit from the apartment in the event of emergency. I (we) recognize that the landlord has the right to cut any locks.

**Mold is an inherent condition when materials such as wall-board, plaster, or insulation are exposed to moisture for an extended period of time. Tenant will bring to the immediate attention of the Landlord, in writing, of any known or suspected areas of mold in the apartment or building. Tenant(s) agree that Landlord is not responsible for control of mold, nor liable for any allergies or reactions created when it occurs, unless such allergies or reactions occur due to the strict and absolute negligence of the Landlord. Tenant explicitly releases Landlord from any claims for damage, injury, allergies, impairment or discomfort caused, or thought to be caused by mold, unless Landlord is grossly negligent in correcting a mold "problem" brought to their attention by tenant. Tenants are specifically required to maintain and ventilate their bathrooms and kitchens in a condition, through periodic cleaning with proper (and readily available) bathroom and tile cleaners such that topical surface mold is prevented from any form of growth (example: *Tilex* once a week, or as needed).**

If I (we) become aware of any such conditions that are creating mold I will notify the Property Manager in writing.

By initialing below, you acknowledge and agree to the terms in Section 5.



# 6. Move Out Schedule

## 6.1  CHECK-OUT TIME

The check-out time is **noon** on the last day of the lease. Late charges may apply. Check-out is considered complete when all keys have been returned.

## 6.2  SAMPLE REPLACEMENT CHARGES

If any items are missing or damaged to the point that they must be replaced when you move out, you will be charged for the current cost of the item, plus labor and service charges. A representative list of charges is set forth below. These are listed average prices. If the Owner incurs a higher cost, you will be responsible for paying the higher cost.

Please note this is not all inclusive, and you can be charged for items that are not listed here.

Example Charges for Move-Out Services

| | |
|---|---|
| Window Glass | $180.00 each |
| Window Screen | $60.00 each |
| Mailbox Keys | $500.00 each key |
| Door Keys | $150.00 each key and lock |
| Refrigerator Racks/ Shelves | $60.00 each |
| Mirror/medicine cabinet | $100.00 each |
| Doors | $150.00 each |
| Light Fixtures | $75.00 each |
| Countertop replacement | $250.00 each |

Cleaning and Repair Charges

If prior to moving out, you do not clean the unit and leave the items listed below in satisfactory working order, the following charges will be deducted from your security deposit, or be owed to us if your security deposit is insufficient to cover charges.

You will be charged not less than the listed amount for each instance in which a listed item must be cleaned or repaired.

The prices given below are average prices only. If the owner incurs a higher cost for cleaning or repairing an item, you will be responsible for paying the higher cost.

Please note that this is not an all-inclusive list: You can be charged for cleaning or repairing items that are not on the list.

Tenant will provide documentation from a qualified chimney inspector that the chimney is clean and ready for use upon vacating the unit. Tenant shall bear all cost of inspection and cleaning.

Examples for Cleaning and Repair Charges

| Kitchen Cleaning | | Miscellaneous | |
|---|---|---|---|
| Sink | $15.00 | Carpets cleaned | $125.00 per room |
| Cabinets | $50.00 | Carpets repaired | $200.00 per room |
| Backsplash | $50.00 | Carpets replaced | $500.00 or more |
| Countertops | $15.00 | Banister | $250.00 |
| Flooring | $25.00 | Holes in wall | $75.00 per hole |
| Refrigerator | $50.00 | Fireplaces | $175.00 |
| Oven | $50.00 | Hardwood Floors | $100.00 per room |
| Walls | $50.00 | Window Sills | $15.00 each |
| | | | |
| Bathroom Cleaning | | Trash Removal | $250.00 per large item, $100.00 per trash bag left |
| Toilet | $25.00 | Painting Fee | $800 per room |
| Tub/Shower | $35.00 | | |
| Sink | $15.00 | | |
| Floors | $35.00 | | |
| Walls | $50.00 | | |

By initialing below, you acknowledge and agree to the terms in Section 6.





# 7. Garbage & Recycling Procedures

## 7.1 GARBAGE & RECYCLING PROCEDURES

Please read the following garbage and recycling policies that apply to your unit:

- **Multi-Family House (6 units or less):**

  - The City of New Haven is responsible for your trash. The house will be supplied with blue, generic trash bins. These bins are emptied by the city, but it is the tenant's responsibility to move the bins to the street each trash day. **The tenant will be charged a $25 fee each time the bins are left unemptied.**
  - Please go to this website to find out what day your trash is picked up: *http://www.cityofnewhaven.com/PublicWorks/index.asp*

- **Apartment Building and Complexes with more than 6 units:**

  - A larger dumpster will be on the property for all units to access. These dumpsters are only to be used for household trash, not any bulk furniture.

- **Recycling**

  - The owner of your building does not supply recycling services.
  - However, we do encourage you to contact the City of New Haven Public Works Department as they will issue you a recycling bin. If interested, please call 203-946-8200.

I, ███████████████████████████████████████ understand that I am not permitted to leave bulk trash, e.g., furniture, appliances, electronics and other unwanted items:

- In the apartment

- On the curb
- In or beside a dumpster
- In the front of or behind my building/ house
- In the hallway
- In the basement of my building/house

**f you leave any items of trash behind, you will be charged:**

- **$100 for every trash bag that in not in a trash can or in a dumpster.**
- **$250 for every piece of furniture or other unwanted item**

You must arrange with the town directly and several months in advance, because there is a waiting list for a "Bulk Trash" pick up.

If for some reason the dumpster is full, please call your property manager at the office  203-671-1924, to discuss the details.

By initialing below, you acknowledge and agree to the terms in Section 7.





# 8. Lead Disclosure

## 8.1  DISCLOSURE OF INFORMATION ON LEAD-BASED PAINT AND/OR LEAD-BASED PAINT HAZARDS

Housing built before 1978 may contain lead-based paint. Lead from paint, paint chips, and dust can pose health hazards if not managed properly. Lead exposure is especially harmful to young children and pregnant women. Before renting pre-1978 housing, Lessor must disclose the present of known lead-based paint and/ or lead-based paint hazards in the dwelling. Lessees must also receive a federally approved pamphlet on lead poisoning prevention.

## 8.2  LESSOR'S DISCLOSURE

1. Presence of lead-based paint and/or lead-based paint hazards (check (i) or (ii) below):

(i)         ☐ Known    lead-based    paint    and/or    lead-based    hazards    are    present    in    the    housing    (explain).

(ii)    ☐ Lessor has no knowledge of lead-based paint and/or lead-based paint hazard in the housing.

2. Record and reports available to the Lessor (check (i) or (ii) below):

(i)        ☐ Lessor has provided the Lessee with all available records and reports pertaining to lead-based paint and/or lead-based paint hazards in the housing (list documents below).

(ii)    ☐ Lessor has no reports or records pertain to lead based-paint and/or lead-based paint hazards in the housing.

## 8.3  LESSEE'S ACKNOWLEDGEMENT (INITIAL)

 1. Lessee has received copies of all information listed above.



## 8.4  LESSEE'S ACKNOWLEDGEMENT (INITIAL)

2. Lessee has received the pamphlet *Protect Your Family from lead in Your Home*



## 8.5  AGENT'S ACKNOWLEDGEMENT (INITIAL)

*Agent has informed the Lessor of the Lessor's obligations under 42 U.S.C. 4852 (d) and is aware of his/her responsibility to ensure compliance.*



## 8.6  CERTIFICATION OF ACCURACY

By signing this lease, the following parties certify that they have reviewed the information above and, to the best of their knowledge, that the information they have provided is true and accurate.

By initialing below, you acknowledge and agree to the terms in Section 8.





ent 72-2

# Simple Steps To Protect Your Family From Lead Hazards

## If you think your home has high levels of lead:

◆ Get your young children tested for lead, even if they seem healthy.

◆ Wash children's hands, bottles, pacifiers, and toys often.

◆ Make sure children eat healthy, low-fat foods.

◆ Get your home checked for lead hazards.

◆ Regularly clean floors, window sills, and other surfaces.

◆ Wipe soil off shoes before entering house.

◆ Talk to your landlord about fixing surfaces with peeling or chipping paint.

◆ Take precautions to avoid exposure to lead dust when remodeling or renovating (call 1-800-424-LEAD for guidelines).

◆ Don't use a belt-sander, propane torch, high temperature heat gun, scraper, or sandpaper on painted surfaces that may contain lead.

◆ Don't try to remove lead-based paint yourself.

**Recycled/Recyclable**
Printed with vegetable oil based inks on recycled paper (minimum 50% postconsumer) process chlorine free.



# Protect Your Family From Lead In Your Home





 United States
Environmental
Protection Agency

 United States
Consumer Product
Safety Commission

 United States
Department of Housing
and Urban Development

# Are You Planning To Buy, Rent, or Renovate a Home Built Before 1978?

**M**any houses and apartments built before 1978 have paint that contains high levels of lead (called lead-based paint). Lead from paint, chips, and dust can pose serious health hazards if not taken care of properly.

 **OWNERS, BUYERS, and RENTERS** are encouraged to check for lead (see page 6) before renting, buying or renovating pre-1978 housing.

**F**ederal law requires that individuals receive certain information before renting, buying, or renovating pre-1978 housing:

 **LANDLORDS** have to disclose known information on lead-based paint and lead-based paint hazards before leases take effect. Leases must include a disclosure about lead-based paint.

 **SELLERS** have to disclose known information on lead-based paint and lead-based paint hazards before selling a house. Sales contracts must include a disclosure about lead-based paint. Buyers have up to 10 days to check for lead.

 **RENOVATORS** disturbing more than 2 square feet of painted surfaces have to give you this pamphlet before starting work.

# IMPORTANT!

## Lead From Paint, Dust, and Soil Can Be Dangerous If Not Managed Properly

**FACT:** Lead exposure can harm young children and babies even before they are born.

**FACT:** Even children who seem healthy can have high levels of lead in their bodies.

**FACT:** People can get lead in their bodies by breathing or swallowing lead dust, or by eating soil or paint chips containing lead.

**FACT:** People have many options for reducing lead hazards. In most cases, lead-based paint that is in good condition is not a hazard.

**FACT:** Removing lead-based paint improperly can increase the danger to your family.

If you think your home might have lead hazards, read this pamphlet to learn some simple steps to protect your family.

# Lead Gets in the Body in Many Ways

**Childhood lead poisoning remains a major environmental health problem in the U.S.**

**Even children who appear healthy can have dangerous levels of lead in their bodies.**

**People can get lead in their body if they:**

◆ Breathe in lead dust (especially during renovations that disturb painted surfaces).

◆ Put their hands or other objects covered with lead dust in their mouths.

◆ Eat paint chips or soil that contains lead.

**Lead is even more dangerous to children under the age of 6:**

◆ At this age children's brains and nervous systems are more sensitive to the damaging effects of lead.

◆ Children's growing bodies absorb more lead.

◆ Babies and young children often put their hands and other objects in their mouths. These objects can have lead dust on them.

**Lead is also dangerous to women of childbearing age:**

◆ Women with a high lead level in their system prior to pregnancy would expose a fetus to lead through the placenta during fetal development.



2

### Lead's Effects

It is important to know that even exposure to low levels of lead can severely harm children.

### In children, lead can cause:

◆ Nervous system and kidney damage.

◆ Learning disabilities, attention deficit disorder, and decreased intelligence.

◆ Speech, language, and behavior problems.

◆ Poor muscle coordination.

◆ Decreased muscle and bone growth.

◆ Hearing damage.

While low-lead exposure is most common, exposure to high levels of lead can have devastating effects on children, including seizures, unconsciousness, and, in some cases, death.

Although children are especially susceptible to lead exposure, lead can be dangerous for adults too.

### In adults, lead can cause:

◆ Increased chance of illness during pregnancy.

◆ Harm to a fetus, including brain damage or death.

◆ Fertility problems (in men and women).

◆ High blood pressure.

◆ Digestive problems.

◆ Nerve disorders.

◆ Memory and concentration problems.

◆ Muscle and joint pain.



**Lead affects the body in many ways.**

3

# Where Lead-Based Paint Is Found

**In general, the older your home, the more likely it has lead-based paint.**

**Many homes built before 1978 have lead-based paint.** The federal government banned lead-based paint from housing in 1978. Some states stopped its use even earlier. Lead can be found:

◆ In homes in the city, country, or suburbs.

◆ In apartments, single-family homes, and both private and public housing.

◆ Inside and outside of the house.

◆ In soil around a home. (Soil can pick up lead from exterior paint or other sources such as past use of leaded gas in cars.)

# Checking Your Family for Lead

**Get your children and home tested if you think your home has high levels of lead.**

**To reduce your child's exposure to lead, get your child checked, have your home tested (especially if your home has paint in poor condition and was built before 1978), and fix any hazards you may have.** Children's blood lead levels tend to increase rapidly from 6 to 12 months of age, and tend to peak at 18 to 24 months of age.

Consult your doctor for advice on testing your children. A simple blood test can detect high levels of lead. Blood tests are usually recommended for:

◆ Children at ages 1 and 2.

◆ Children or other family members who have been exposed to high levels of lead.

◆ Children who should be tested under your state or local health screening plan.

Your doctor can explain what the test results mean and if more testing will be needed.

4

# Identifying Lead Hazards

**Lead-based paint** is usually not a hazard if it is in good condition, and it is not on an impact or friction surface, like a window. It is defined by the federal government as paint with lead levels greater than or equal to 1.0 milligram per square centimeter, or more than 0.5% by weight.

**Deteriorating lead-based paint (peeling, chipping, chalking, cracking or damaged)** is a hazard and needs immediate attention. It may also be a hazard when found on sur-faces that children can chew or that get a lot of wear-and-tear, such as:

◆ Windows and window sills.

◆ Doors and door frames.

◆ Stairs, railings, banisters, and porches.

**Lead from paint chips, which you can see, and lead dust, which you can't always see, can both be serious hazards.**

**Lead dust** can form when lead-based paint is scraped, sanded, or heated. Dust also forms when painted surfaces bump or rub togeth-er. Lead chips and dust can get on surfaces and objects that people touch. Settled lead dust can re-enter the air when people vacuum, sweep, or walk through it. The following two federal standards have been set for lead hazards in dust:

◆ 40 micrograms per square foot ($\mu$g/ft$^2$) and higher for floors, including carpeted floors.

◆ 250 $\mu$g/ft$^2$ and higher for interior window sills.

**Lead in soil** can be a hazard when children play in bare soil or when people bring soil into the house on their shoes. The following two federal standards have been set for lead hazards in residential soil:

◆ 400 parts per million (ppm) and higher in play areas of bare soil.

◆ 1,200 ppm (average) and higher in bare soil in the remainder of the yard.

The only way to find out if paint, dust and soil lead hazards exist is to test for them. The next page describes the most common meth-ods used.

# Checking Your Home for Lead

**Just knowing that a home has lead-based paint may not tell you if there is a hazard.**

You can get your home tested for lead in several different ways:

◆ A paint **inspection** tells you whether your home has lead-based paint and where it is located. It won't tell you whether or not your home currently has lead hazards.

◆ A **risk assessment** tells you if your home currently has any lead hazards from lead in paint, dust, or soil. It also tells you what actions to take to address any hazards.

◆ A combination risk assessment and inspection tells you if your home has any lead hazards and if your home has any lead-based paint, and where the lead-based paint is located.

Hire a trained and certified testing professional who will use a range of reliable methods when testing your home.



◆ Visual inspection of paint condition and location.

◆ A portable x-ray fluorescence (XRF) machine.

◆ Lab tests of paint, dust, and soil samples.

There are state and federal programs in place to ensure that testing is done safely, reliably, and effectively. Contact your state or local agency (see bottom of page 11) for more information, or call **1-800-424-LEAD (5323)** for a list of contacts in your area.

**Home test kits for lead are available, but may not always be accurate.** Consumers should not rely on these kits before doing renovations or to assure safety.

6

## What You Can Do Now To Protect Your Family

**If you suspect that your house has lead hazards, you can take some immediate steps to reduce your family's risk:**



◆ **If you rent, notify your landlord of peeling or chipping paint.**

◆ **Clean up paint chips immediately.**

◆ **Clean floors, window frames, window sills, and other surfaces weekly**. Use a mop or sponge with warm water and a general all-purpose cleaner or a cleaner made specifically for lead. REMEMBER: NEVER MIX AMMONIA AND BLEACH PRODUCTS TOGETHER SINCE THEY CAN FORM A DANGEROUS GAS.

◆ **Thoroughly rinse sponges and mop heads after cleaning dirty or dusty areas**.



◆ **Wash children's hands often, especially before they eat and before nap time and bed time.**

◆ **Keep play areas clean.** Wash bottles, pacifiers, toys, and stuffed animals regularly.

◆ **Keep children from chewing window sills or other painted surfaces.**

◆ **Clean or remove shoes before entering your home to avoid tracking in lead from soil.**

◆ **Make sure children eat nutritious, low-fat meals high in iron and calcium,** such as spinach and dairy products. Children with good diets absorb less lead.



# Reducing Lead Hazards In The Home

**Removing lead improperly can increase the hazard to your family by spreading even more lead dust around the house.**

Always use a professional who is trained to remove lead hazards safely.



In addition to day-to-day cleaning and good nutrition:

◆ You can **temporarily** reduce lead hazards by taking actions such as repairing damaged painted surfaces and planting grass to cover soil with high lead levels. These actions (called "interim controls") are not permanent solutions and will need ongoing attention.

◆ To **permanently** remove lead hazards, you should hire a certified lead "abatement" contractor. Abatement (or permanent hazard elimination) methods include removing, sealing, or enclosing lead-based paint with special materials. Just painting over the hazard with regular paint is not permanent removal.

Always hire a person with special training for correcting lead problems—someone who knows how to do this work safely and has the proper equipment to clean up thoroughly. Certified contractors will employ qualified workers and follow strict safety rules as set by their state or by the federal government.

Once the work is completed, dust cleanup activities must be repeated until testing indicates that lead dust levels are below the following:

◆ 40 micrograms per square foot ($\mu$g/ft$^2$) for floors, including carpeted floors;

◆ 250 $\mu$g/ft$^2$ for interior windows sills; and

◆ 400 $\mu$g/ft$^2$ for window troughs.

Call your state or local agency (see bottom of page 11) for help in locating certified professionals in your area and to see if financial assistance is available.

# Remodeling or Renovating a Home With Lead-Based Paint

Take precautions before your contractor or you begin remodeling or renovating anything that disturbs painted surfaces (such as scraping off paint or tearing out walls):



◆ **Have the area tested for lead-based paint.**

◆ **Do not use a belt-sander, propane torch, high temperature heat gun, dry scraper, or dry sandpaper** to remove lead-based paint. These actions create large amounts of lead dust and fumes. Lead dust can remain in your home long after the work is done.

◆ **Temporarily move your family** (especially children and pregnant women) out of the apartment or house until the work is done and the area is properly cleaned. If you can't move your family, at least completely seal off the work area.

◆ **Follow other safety measures to reduce lead hazards.** You can find out about other safety measures by calling 1-800-424-LEAD. Ask for the brochure "Reducing Lead Hazards When Remodeling Your Home." This brochure explains what to do before, during, and after renovations.

**If not conducted properly, certain types of renovations can release lead from paint and dust into the air.**

If you have already completed renovations or remodeling that could have released lead-based paint or dust, get your young children tested and follow the steps outlined on page 7 of this brochure.



9

# Other Sources of Lead



◆ **Drinking water.** Your home might have plumbing with lead or lead solder. Call your local health department or water supplier to find out about testing your water. You cannot see, smell, or taste lead, and boiling your water will not get rid of lead. If you think your plumbing might have lead in it:

- Use only cold water for drinking and cooking.

- Run water for 15 to 30 seconds before drinking it, especially if you have not used your water for a few hours.

**While paint, dust, and soil are the most common sources of lead, other lead sources also exist.**

◆ **The job.** If you work with lead, you could bring it home on your hands or clothes. Shower and change clothes before coming home. Launder your work clothes separately from the rest of your family's clothes.

◆ Old painted **toys** and **furniture.**



◆ Food and liquids stored in **lead crystal** or **lead-glazed pottery or porcelain.**

◆ **Lead smelters** or other industries that release lead into the air.

◆ **Hobbies** that use lead, such as making pottery or stained glass, or refinishing furniture.



◆ **Folk remedies** that contain lead, such as "greta" and "azarcon" used to treat an upset stomach.

10

# For More Information



**The National Lead Information Center**

Call **1-800-424-LEAD (424-5323)** to learn how to protect children from lead poisoning and for other information on lead hazards. To access lead information via the web, visit **www.epa.gov/lead** and **www.hud.gov/offices/lead/.**

**EPA's Safe Drinking Water Hotline**

Call **1-800-426-4791** for information about lead in drinking water.

**Consumer Product Safety Commission (CPSC) Hotline**



To request information on lead in consumer products, or to report an unsafe consumer product or a product-related injury call **1-800-638-2772**, or visit CPSC's Web site at: **www.cpsc.gov.**

**Health and Environmental Agencies**

Some cities, states, and tribes have their own rules for lead-based paint activities. Check with your local agency to see which laws apply to you. Most agencies can also provide information on finding a lead abatement firm in your area, and on possible sources of financial aid for reducing lead hazards. Receive up-to-date address and phone information for your local contacts on the Internet at **www.epa.gov/lead** or contact the National Lead Information Center at **1-800-424-LEAD.**



For the hearing impaired, call the Federal Information Relay Service at **1-800-877-8339** to access any of the phone numbers in this brochure.

11

# EPA Regional Offices

Your Regional EPA Office can provide further information regarding regulations and lead protection programs.

**EPA Regional Offices**

**Region 1** (Connecticut, Massachusetts, Maine, New Hampshire, Rhode Island, Vermont)

Regional Lead Contact
U.S. EPA Region 1
Suite 1100 (CPT)
One Congress Street
Boston, MA 02114-2023
1 (888) 372-7341

**Region 2** (New Jersey, New York, Puerto Rico, Virgin Islands)

Regional Lead Contact
U.S. EPA Region 2
2890 Woodbridge Avenue
Building 209, Mail Stop 225
Edison, NJ 08837-3679
(732) 321-6671

**Region 3** (Delaware, Maryland, Pennsylvania, Virginia, Washington DC, West Virginia)

Regional Lead Contact
U.S. EPA Region 3 (3WC33)
1650 Arch Street
Philadelphia, PA 19103
(215) 814-5000

**Region 4** (Alabama, Florida, Georgia, Kentucky, Mississippi, North Carolina, South Carolina, Tennessee)

Regional Lead Contact
U.S. EPA Region 4
61 Forsyth Street, SW
Atlanta, GA 30303
(404) 562-8998

**Region 5** (Illinois, Indiana, Michigan, Minnesota, Ohio, Wisconsin)

Regional Lead Contact
U.S. EPA Region 5 (DT-8J)
77 West Jackson Boulevard
Chicago, IL 60604-3666
(312) 886-6003

**Region 6** (Arkansas, Louisiana, New Mexico, Oklahoma, Texas)

Regional Lead Contact
U.S. EPA Region 6
1445 Ross Avenue, 12th Floor
Dallas, TX 75202-2733
(214) 665-7577

**Region 7** (Iowa, Kansas, Missouri, Nebraska)

Regional Lead Contact
U.S. EPA Region 7
(ARTD-RALI)
901 N. 5th Street
Kansas City, KS 66101
(913) 551-7020

**Region 8** (Colorado, Montana, North Dakota, South Dakota, Utah, Wyoming)

Regional Lead Contact
U.S. EPA Region 8
999 18th Street, Suite 500
Denver, CO 80202-2466
(303) 312-6021

**Region 9** (Arizona, California, Hawaii, Nevada)

Regional Lead Contact
U.S. Region 9
75 Hawthorne Street
San Francisco, CA 94105
(415) 947-4164

**Region 10** (Alaska, Idaho, Oregon, Washington)

Regional Lead Contact
U.S. EPA Region 10
Toxics Section WCM-128
1200 Sixth Avenue
Seattle, WA 98101-1128
(206) 553-1985

# CPSC Regional Offices

Your Regional CPSC Office can provide further information regarding regulations and consumer product safety.

**Eastern Regional Center**
Consumer Product Safety Commission
201 Varick Street, Room 903
New York, NY  10014
(212) 620-4120

**Western Regional Center**
Consumer Product Safety Commission
1301 Clay Street, Suite 610-N
Oakland, CA  94612
(510) 637-4050

**Central Regional Center**
Consumer Product Safety Commission
230 South Dearborn Street, Room 2944
Chicago, IL  60604
(312) 353-8260

# HUD Lead Office

Please contact HUD's Office of Healthy Homes and Lead Hazard Control for information on lead regulations, outreach efforts, and lead hazard control and research grant programs.

**U.S. Department of Housing and Urban Development**
Office of Healthy Homes and Lead Hazard Control
451 Seventh Street, SW, P-3206
Washington, DC  20410
(202) 755-1785

This document is in the public domain. It may be reproduced by an individual or organization without permission. Information provided in this booklet is based upon current scientific and technical understanding of the issues presented and is reflective of the jurisdictional boundaries established by the statutes governing the co-authoring agencies. Following the advice given will not necessarily provide complete protection in all situations or against all health hazards that can be caused by lead exposure.

U.S. EPA Washington DC 20460
U.S. CPSC Washington DC 20207
U.S. HUD Washington DC 20410

EPA747-K-99-001
June 2003

## The Farnam Group

982 State Street • New Haven, CT 06511
(203) 671-1924



9

Lead_Packet_English.pdf



## The Farnam Group

982 State Street • New Haven, CT 06511
(203) 671-1924



# 10. Sign and Accept

### 10.1  LEASEE SIGNATURE

The co-signer agrees to all aspects of this lease in the event that the Lessee defaults on his or her obligations.



X ▮▮▮▮▮▮▮▮▮▮
Lessee                          IP Address: 130.132.173.4
                                10/24/2018 04:49pm EDT

X ▮▮▮▮▮▮▮▮▮▮
Lessee                          IP Address: 71.192.165.69
                                10/28/2018 07:50pm EDT

X ▮▮▮▮▮▮▮▮▮▮
Lessee                          IP Address: 107.77.225.80
                                10/26/2018 10:50am EDT

X ▮▮▮▮▮▮▮▮▮▮
Lessee                          IP Address: 130.132.173.243
                                10/29/2018 01:07pm EDT

X ▮▮▮▮▮▮▮▮▮▮
Lessee                          IP Address: 130.132.173.177
                                10/26/2018 03:20pm EDT

X ▮▮▮▮▮▮ -
Lessor                          IP Address: 205.197.242.20
                                11/10/2018 08:07am EST