UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANNA MCNEIL, ELIANA SINGER, and RY WALKER, on behalf of themselves and all others similarly situated, | : : : | 3:19-cv-00209-VAB |
| *Plaintiffs* | : | |
| v. | : : | |
| Yale University; Yale Chapter of Alpha Delta Phi International, Inc.; Alpha Epsilon Pi, Epsilon Upsilon; Alpha Kappa Delta of Chi Psi; Delta Kappa Epsilon, Phi Chapter; Leo; Sigma Chi, Theta Upsilon Chapter; Sigma Nu Fraternity Beta Alpha Chapter; Sigma Phi Epsilon, Connecticut Delta Chapter; Zeta Psi, Eta Chapter; Alpha Delta Phi International, Inc.; Alpha Epsilon Pi Fraternity, Inc.; Chi Psi Fraternity; Delta Kappa Epsilon Fraternity; Sigma Alpha Epsilon Fraternity; Sigma Chi International Fraternity; Sigma Nu Fraternity, Inc.; Sigma Phi Epsilon Fraternity; Zeta Psi Fraternity, Inc.; Sig Ep Housing of Connecticut Delta, LLC; Wallace H. Campbell & Company, Inc.; 402 Crown LLC; 340 Elm, LLC; Mother Phi Foundation, Inc.; Connecticut Omega of Sigma Alpha Epsilon House Corporation; House Corporation of Sigma Chi at Yale I; High Street Housing Corporation; ZP Nutmeg Associates Inc. | : : : : : : : : : : : : : : : : : : : | |
| *Defendants* | : | MAY 29, 2019 |

**MOTION TO DISMISS BY 402 CROWN, LLC**

402 Crown, LLC ("402") is a Connecticut corporation that rents a portion of a structure to seven individuals for residential purposes who are alleged to be members of a fraternity and students at Yale University. This Motion seeks to dismiss the complaint as far as it relates to 402 as a defendant pursuant to Fed. R. Civ. P. 8(a)(2) and 12(b)(6) because the complaint lacks sufficient facts to make it plausible the plaintiffs can demonstrate that 402 is liable to them and fails to lay out a plain statement of facts applicable to 402.

1
**Hassett & George, P.C.**
945 Hopmeadow Street, Simsbury, CT 06070   (860) 651-1333   facsimile (860) 651-1888   Juris 407894

The amended complaint in this case makes far and wide-ranging claims as to a multitude of defendants.  It fails to make a plain statement of facts as required by Federal Rule of Civil Procedure 8 as it incorporates each preceding paragraph into each subsequent count.  It would be illogical to repeat every allegation made against every defendant in this motion.  The allegations against 402 under the federal and state fair housing acts do not allege essential facts to meet the minimum pleading requirements.   The allegations of discrimination in public accommodation fail to allege 402 even offers public accommodation.  In addition to lacking any facts to support a conspiracy exists, as the other causes of action fail civil conspiracy also fails because it cannot be an independent cause of action.  A memorandum of law accompanies this motion and fully documents these arguments.

                BY /s/
                David C. Yale
                Federal Bar #ct26912
                Hassett & George, P.C.
                945 Hopmeadow Street
                Simsbury, CT 06070
                (860) 527-0353
                dyale@hgesq.com

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANNA MCNEIL, ELIANA SINGER, and RY WALKER, on behalf of themselves and all others similarly situated, | : : : : | 3:19-cv-00209-VAB |
| *Plaintiffs* | : | |
| v. | : : | |
| Yale University; Yale Chapter of Alpha Delta Phi International, Inc.; Alpha Epsilon Pi, Epsilon Upsilon; Alpha Kappa Delta of Chi Psi; Delta Kappa Epsilon, Phi Chapter; Leo; Sigma Chi, Theta Upsilon Chapter; Sigma Nu Fraternity Beta Alpha Chapter; Sigma Phi Epsilon, Connecticut Delta Chapter; Zeta Psi, Eta Chapter; Alpha Delta Phi International, Inc.; Alpha Epsilon Pi Fraternity, Inc.; Chi Psi Fraternity; Delta Kappa Epsilon Fraternity; Sigma Alpha Epsilon Fraternity; Sigma Chi International Fraternity; Sigma Nu Fraternity, Inc.; Sigma Phi Epsilon Fraternity; Zeta Psi Fraternity, Inc.; Sig Ep Housing of Connecticut Delta, LLC; Wallace H. Campbell & Company, Inc.; 402 Crown LLC; 340 Elm, LLC; Mother Phi Foundation, Inc.; Connecticut Omega of Sigma Alpha Epsilon House Corporation; House Corporation of Sigma Chi at Yale I; High Street Housing Corporation; ZP Nutmeg Associates Inc. | : : : : : : : : : : : : : : : : : : : : | |
| *Defendants* | : | MAY 29, 2019 |

### CERTIFICATE OF SERVICE

I hereby certify that on the date first above a copy of the foregoing **MOTION TO DISMISS** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

> BY /s/
> David C. Yale
> Federal Bar #ct26912
> Hassett & George, P.C.
> 945 Hopmeadow Street
> Simsbury, CT 06070
> (860) 527-0353
> dyale@hgesq.com