UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ANNA MCNEIL, et al.

                Plaintiffs,

- against –

YALE UNIVERSITY, et al.

                Defendants.

Case No: 19-CV-00209

## FRATERNITY DEFENDANTS' MOTION TO DISMISS

Pursuant to Rules 12(b)(6) and 12(b)(1) of the Federal Rules of Civil Procedure and Rule 7(a) of the Local Rules for this Court, defendants Alpha Delta Phi International Inc.; Alpha Epsilon Pi Fraternity, Inc.; Conn. Omega of Sigma Alpha Epsilon; Alpha Kappa Delta of Chi Psi; Alpha Epsilon Pi; Epsilon Upsilon; Chi Psi Fraternity; Delta Kappa Epsilon Fraternity; Edward Donahue, III; Leo; High Street Housing Corporation; Delta Kappa Epsilon, Phi Chapter; House Corporation of Sigma Chi at Yale; Sigma Phi Epsilon, Connecticut Delta Chapter; Sigma Alpha Epsilon Fraternity; Sigma Chi International Fraternity; Sig Ep Housing of Connecticut Delta LLC; Mother Phi Foundation, Inc.; Sigma Chi, Theta Upsilon Chapter; Sigma Nu Fraternity Beta Alpha Chapter; Sigma Nu Fraternity, Inc.; Sigma Phi Epsilon Fraternity; Yale Chapter of Alpha Delta Phi International, Inc.; Zeta Psi Fraternity, Inc.; ZP Nutmeg Association; Zeta Psi, Eta Chapter (collectively "Fraternity Defendants") move to dismiss all claims asserted against them in Plaintiffs' Amended Complaint, ECF No. 63. For the reasons set forth in the accompanying Memorandum of Law, Fraternity Defendants' Motion should be granted.

5677366

Dated: New York, New York
May 31, 2019

Respectfully submitted,

KAUFMAN BORGEEST & RYAN LLP

/s/ Joan M. Gilbride
Joan M. Gilbride (Ct.13836)
Laura B. Juffa *(Pro Hac Vice)*
Stephanie Fox *(Pro Hac Vice)*
*Attorneys for Defendants Alpha Delta Phi International Inc., Alpha Epsilon Pi Fraternity, Inc., Conn. Omega of Sigma Alpha Epsilon, Alpha Kappa Delta of Chi Psi, Alpha Epsilon Pi, Epsilon Upsilon, Chi Psi Fraternity, Delta Kappa Epsilon Fraternity, Edward Donahue, III, Leo, High Street Housing Corporation, Delta Kappa Epsilon, Phi Chapter, House Corporation of Sigma Chi at Yale, Sigma Phi Epsilon, Connecticut Delta Chapter, Sigma Alpha Epsilon Fraternity, Sigma Chi International Fraternity, Sig Ep Housing of Connecticut Delta LLC, Mother Phi Foundation, Inc., Sigma Chi, Theta Upsilon Chapter, Sigma Nu Fraternity Beta Alpha Chapter, Sigma Nu Fraternity, Inc., Sigma Phi Epsilon Fraternity, Yale Chapter of Alpha Delta Phi International, Inc., Zeta Psi Fraternity, Inc., ZP Nutmeg Association, Zeta Psi, ETA Chapter.*
120 Broadway, 14th Floor
New York, New York 10271
Telephone: 212.980.9600
Facsimile: 212.980.9291
Email: jgilbride@kbrlaw.com
Email: ljuffa@kbrlaw.com
Email: sfox@kbrlaw.com


Stanton Jones *(Pro Hac Vice)*
Emily Newhouse Dillingham *(Pro Hac Vice)*
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave, NW
Washington, DC 20001
Telephone: 202-942-5563
Email: stanton.jones@arnoldporter.com
Email: emily.dillingham@arnoldporter.com

2

TO: (via ECF)
All counsel of record

## CERTIFICATE OF SERVICE

I certify that on this day 31st of May, 2019, the foregoing was electronically filed through this Court's CM/ECF system, which will send a notice of filing to all counsel who are registered users.

/s/ Joan M. Gilbride
Joan M. Gilbride