## LIST OF EXHIBITS

**Exhibit A**: State of Connecticut Commission on Human Rights and Opportunities Case Assessment Review and Dismissal, filed January 14, 2019.

**Exhibit B:** Plaintiffs' Amended Complaint, filed May 13, 2019