UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **MCNEIL** <br><br> *Plaintiff,* <br><br> v. <br><br> **YALE UNIVERSITY.** <br><br><br><br> *Defendant.* | <br><br><br><br><br><br><br><br> No. 3:19-cv-00209-VAB <br><br><br><br> MARCH 20, 2020 |

### PLAINTIFF'S MOTION THAT HER LOCAL COUNSEL, ATTORNEY DANIEL H. SCHNEIDER, BE RELIVED FROM ATTENDING THE COURT'S DISCOVERY STATUS CONFERENCE SCHEDULED FOR 2/27/2020 IN THE ABOVE CAPTIONED MATTER

Plaintiff, Anna McNeil, hereby moves this Court pursuant to Local Rule of Civil Procedure 83.1(d)(2), that this Court excuse McNeil's local counsel, Attorney Daniel H. Schneider, from attendance at the Status Conference, scheduled for February 27, 2020, at 10:00 AM.  McNeil so move as Attorney Tracey and possibly other Attorneys appearing for Plaintiffs from Sanford Heisler Sharp, LLP will attend this Conference.  Thus, experienced counsel, fully familiar with the law and the facts in this matter, and with full authority to act, will be

attending the Court's Conference.  Thus, it is in the interest of efficiency for McNeil to not have to expend additional legal and financial resources to employ local counsel, Attorney Schneider, at the Status Conference.  Therefore, for the forgoing reasons, this Court should grant this Motion to excuse local counsel, Attorney Daniel H. Schneider, from the upcoming Motion To Dismiss hearing.

                                          THE PLAINTIFF
                                          ANNA MCNEIL

                                          -S-

                                          By:S/Attorney Daniel H. Schneider
                                             Fed. Bar No. ct13208
                                             Schneider Law Firm, LLC
                                             120 Broad Street- First Floor
                                             Milford, CT 06460
                                             (203) 874-0030
                                             Fax: (203) 878-01117
                                             Email: Daniel@Schneider-Law-Firm.com

**CERTIFICATION**

    I hereby certify that on the above captioned date, a copy of the foregoing Motion to Excuse Local Counsel from Attending the Court's Discovery Status Conference was filed electronically and served by mail on anyone entitled to notice that is unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone entitled to notice who is unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECM System.

                                       -S-

                              S/Attorney Daniel H. Schneider
                              Fed. Bar No. ct13208
                              Schneider Law Firm, LLC
                              112 Broad Street North
                              First Floor
                              Milford, CT 06460
                              (203) 874-0030
                              Fax: (203) 878-01117
                              Email: Daniel@Schneider-Law-Firm.com