**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| ANNA MCNEIL,<br><br>   Plaintiff,<br><br>v.<br><br>YALE UNIVERSITY,<br><br>   Defendant. | Case No. 3:19-cv-00209-VAB |

**DEFNDANT'S MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S REQUESTS FOR PRODUCTION**

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 7(b), Defendant Yale University ("Yale") respectfully moves for a four (4) day extension of time to serve written objections (until June 5, 2020) and a thirty (30) day extension of time to respond and provide initial documents (not including any documents that may be the subject of a dispute between the parties) (until July 1, 2020) to Plaintiff's Requests for Production dated May 1, 2020. Yale has been working to respond to Plaintiff's Requests, but requires additional time in which to respond because the parties have been and remain engaged in settlement discussions and because the current health emergency has impacted the operations of Yale and its counsel. This is Yale's first request for an extension of this deadline. Plaintiff consents to this motion.

DEFENDANT

YALE UNIVERSITY

By: */s/ Brendan N. Gooley*
    James M. Sconzo (ct04571)
    Brendan N. Gooley (ct30584)
    CARLTON FIELDS P.C.
    One State Street, Suite 1800
    Hartford, CT 06103
    Tel.: (860) 392-5000
    Fax.: (860) 392-5058
    Email: jsconzo@carltonfields.com
           bgooley@carltonfields.com

Its Attorneys

**CERTIFICATE OF SERVICE**

I certify that on this 29th day of May, 2020, the foregoing was electronically filed through this Court's CM/ECF system, which will send a notice of filing to all counsel who are registered users.

*/s/ Brendan N. Gooley*
Brendan N. Gooley
