## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANNA MCNEIL et al., | : CIVIL CASE NO. |
| | : 3:19-cv-00209-VAB |
| Plaintiffs, | : |
| v. | : |
| YALE UNIVERSITY et al., | : |
| Defendants. | : FEBRUARY 25, 2021 |

## **STIPULATION OF VOLUNTARY DISMISSAL**

Plaintiffs and Defendant Yale University hereby stipulate that all claims in Plaintiffs' operative Amended Class Action Complaint (D.E. 93) asserted against Defendant Yale University may be dismissed with prejudice, each side to bear its own costs and fees.

                                                DEFENDANT
                                                YALE UNIVERSITY

By: */s/ James M. Sconzo*
      James M. Sconzo (ct04571)
      Brendan N. Gooley (ct28591)
      CARLTON FIELDS
      One State Street
      Suite 1800
      Hartford, CT  06103
      Tel.: 860-392-5000
      Fax: 860-392-5058
      Email: jscsonzo@carltonfields.com
             bgooley@carltonfields.com

      Its Attorneys

        PLAINTIFFS
        ANNA MCNEIL
        ELIANA SINGER
        RY WALKER
        ENGENDER

By:  */s/ David Tracey*
  David Tracey (*pro hac vice*)
  David Sanford (*pro hac vice*)
  Albert Powell (*pro hac vice*)
  Scott Sullivan (*pro hac vice*)
  Sanford Heisler Sharp, LLP
  1350 Avenue of the Americas – 31st Floor
  New York, NY 10019
  Tel.: 646-402-5667
  Fax: 646-402-5651
   Email: dtracey@sanfordheisler.com
      dsanford@sanfordheisler.com
      apowell@sanfordheisler.com
      ssullivan@sanfordheisler.com

By:  */s/ Daniel H. Schneider*
  Daniel H. Schneider (ct13208)
  Schneider Law Firm, LLC
  112 Broad Street North, First Floor
  Milford, CT 06460
  Tel.: 203-874-0030
  Fax: 203-878-0117
   Email: Daniel@Schneider-law-firm.com


  Their attorneys

## CERTIFICATION OF SERVICE

This is to certify that on this 25th day of February 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system.

                                       */s/ David Tracey*
                                       David Tracey