IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANNA MCNEIL, ELIANA SINGER, RY WALKER, on behalf of themselves and all others similarly situated, and ENGENDER on behalf of itself, its members and all others similarly situated<br><br>**Plaintiffs,**<br><br>v.<br><br>Yale Chapter of Alpha Delta Phi International, Inc.; Alpha Epsilon Pi, Epsilon Upsilon; Alpha Kappa Delta of Chi Psi; Delta Kappa Epsilon, Phi Chapter; Leo; Sigma Chi, Theta Upsilon Chapter; Sigma Nu Fraternity Beta Alpha Chapter; Sigma Phi Epsilon, Connecticut Delta Chapter; Zeta Psi, ETA Chapter; Alpha Delta Phi International, Inc.; Alpha Epsilon Pi Fraternity, Inc.; Chi Psi Fraternity; Delta Kappa Epsilon Fraternity; Sigma Alpha Epsilon Fraternity; Sigma Chi International Fraternity; Sigma Nu Fraternity, Inc.; Sigma Phi Epsilon Fraternity; Zeta Psi Fraternity, Inc.; Sig Ep Housing of Connecticut Delta, LLC; Edward J. Donahue III; Mother Phi Foundation, Inc.; Connecticut Omega of Sigma Alpha Epsilon House Corporation; House Corporation of Sigma Chi at Yale, Inc.; High Street Housing Corporation; ZP Nutmeg Associates Inc.<br><br>**Defendants.** | Case No. 3:19-cv-00209-VAB<br><br>March 24, 2021 |

## AMENDED NOTICE OF APPEAL

Notice is hereby given that Plaintiffs Anna McNeil, Eliana Singer, and Ry Walker, on behalf of themselves and all others similarly situated, and Plaintiff Engender, on behalf of itself, its members and all others similarly situated (collectively, "Plaintiffs"), hereby appeal to the United States Court of Appeals for the Second Circuit from the Opinion and Order, Dkt. No. 128 ("Order"), granting Defendants Yale Chapter of Alpha Delta Phi International, Inc.; Alpha Epsilon

1

Pi, Epsilon Upsilon; Alpha Kappa Delta of Chi Psi; Delta Kappa Epsilon, Phi Chapter; Leo; Sigma Chi, Theta Upsilon Chapter; Sigma Nu Fraternity Beta Alpha Chapter; Sigma Phi Epsilon, Connecticut Delta Chapter; Zeta Psi, ETA Chapter; Alpha Delta Phi International Inc.; Alpha Epsilon Pi Fraternity, Inc.; Chi Psi Fraternity; Delta Kappa Epsilon Fraternity; Sigma Alpha Epsilon Fraternity; Sigma Chi International Fraternity; Sigma Nu Fraternity, Inc.; Sigma Phi Epsilon Fraternity; Zeta Psi Fraternity, Inc.; Sig Ep Housing of Connecticut Delta LLC; Edward J. Donahue III; Mother Phi Foundation, Inc.; Connecticut Omega of Sigma Alpha Epsilon House Corporation; House Corporation of Sigma Chi at Yale, Inc.; High Street Housing Corporation; and ZP Nutmeg Associates Inc.'s motion to dismiss Plaintiffs' claims alleged in Plaintiffs' Second Amended Complaint, entered in this action on January 30, 2020. Dkt. No. 128. Specifically, Plaintiffs appeal those portions of the Order granting dismissal of their claims under the Federal Fair Housing Act, 42 U.S.C. §§ 3601 et seq. (Count III of the Second Amended Complaint) and the Connecticut Discriminatory Housing Practices Act, Conn. Gen. Stat. §§ 46a-64b & 46a-64c (Count IV of the Second Amended Complaint). For purposes of clarification, Plaintiffs specify that the matters appealed include the dismissal of the aforementioned claims (e.g. Dkt. No. 128 at 35-46), the denial of leave to amend those claims (*id.* at 73-75) and the corresponding dismissal with prejudice, and the additional basis for dismissal of the aforementioned claims with respect to Defendant Leo ("LEO") set forth in pages 72-73 of the Court's order (*id.* at 72-73). The final judgment in this action was entered on February 26, 2021. Dkt. No. 143.

Dated: March 24, 2021

                                                   Respectfully submitted,

                                                  /s/ David Tracey

David Sanford*
Andrew Melzer*
David Tracey*
Albert Powell*
Scott Sullivan*
Meredith Firetog*
Carolin Guentert*

**SANFORD HEISLER SHARP, LLP**
1350 Avenue of the Americas, 31st Floor
New York, New York 10019
Telephone: (646) 402-5650
Facsimile: (646) 402-5651
dsanford@sanfordheisler.com
amelzer@sanfordheisler.com
dtracey@sanfordheisler.com
apowell@sanfordheisler.com
ssullivan@sanfordheisler.com
mfiretog@sanfordheisler.com
cguentert@sanfordheisler.com

*admitted *pro hac vice*

Attorney Daniel H. Schneider
Fed. Bar No. ct13208
**Schneider Law Firm, LLC**
112 Broad Street North, First Floor
Milford, CT 06460
Telephone: (203) 874-0030
Facsimile: (203) 878-01117
Daniel@Schneider-Law-Firm.com

*Attorneys for Plaintiffs and the Propose*