UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANNA MCNEIL, ELIANA SINGER, RY WALKER, on behalf of themselves and all others similarly situated, and ENGENDER on behalf of itself, its members and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>Yale Chapter of Alpha Delta Phi International, Inc.; Delta Kappa Epsilon, Phi Chapter; Leo; Sigma Chi, Theta Upsilon Chapter; Sigma Nu Fraternity Beta Alpha Chapter; Sigma Phi Epsilon, Connecticut Delta Chapter; Zeta Psi, ETA Chapter; Alpha Delta Phi International, Inc.; Delta Kappa Epsilon Fraternity; Sigma Alpha Epsilon Fraternity; Sigma Chi International Fraternity; Sigma Nu Fraternity, Inc.; Sigma Phi Epsilon Fraternity; Zeta Psi Fraternity, Inc.; Sig Ep Housing of Connecticut Delta, LLC; Edward J. Donahue III; Mother Phi Foundation, Inc.; Connecticut Omega of Sigma Alpha Epsilon House Corporation; House Corporation of Sigma Chi at Yale, Inc.; High Street Housing Corporation; ZP Nutmeg Associates Inc.<br><br>*Defendants*. | NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)<br><br>Case No.: 3:19-cv-00209-VAB |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Anna McNeil, Eliana Singer, Ry Walker, and Engender hereby give notice that the above captioned action against Defendants is voluntarily dismissed without prejudice**.** This includes a

1

voluntary dismissal without prejudice of all claims against Yale Chapter of Alpha Delta Phi International, Inc.; Delta Kappa Epsilon, Phi Chapter; Leo; Sigma Chi, Theta Upsilon Chapter; Sigma Nu Fraternity Beta Alpha Chapter; Sigma Phi Epsilon, Connecticut Delta Chapter; Zeta Psi, ETA Chapter; Alpha Delta Phi International, Inc.; Delta Kappa Epsilon Fraternity; Sigma Alpha Epsilon Fraternity; Sigma Chi International Fraternity; Sigma Nu Fraternity, Inc.; Sigma Phi Epsilon Fraternity; Zeta Psi Fraternity, Inc.; Sig Ep Housing of Connecticut Delta, LLC; Edward J. Donahue III; Mother Phi Foundation, Inc.; Connecticut Omega of Sigma Alpha Epsilon House Corporation; House Corporation of Sigma Chi at Yale, Inc.; High Street Housing Corporation; ZP Nutmeg Associates Inc.

Date: January 14, 2022

   /s/ David Tracey_____
*Signature of plaintiff or plaintiff's counsel*

David Tracey, Esq.*
Andrew Melzer, Esq.*
Albert Powell, Esq.*
Meredith Firetog, Esq.*
Carolin Guentert, Esq.*
**SANFORD HEISLER SHARP, LLP**

1350 Avenue of the Americas, 31st Floor
*Address*

New York, NY 10016
*City, State & Zip Code*

(646) 402-5650
*Telephone Number*

*\* admitted pro hac vice*

Daniel H. Schneider, Esq.
**SCHNEIDER LAW FIRM, LLC**

75 New Haven Avenue, Suite 1
*Address*

Milford, CT 06460
*City, State & Zip Code*

(203) 874-0030
*Telephone Number*